# EXHIBIT A
# Part 1

| Aetna | The Rawlings Company | Wednesday, November 16, 2016 10:59 am |
|---|---|---|
| Patient's Name: NELLINA GUERRERA<br>Member's Name: NELLINA GUERRERA<br>File Number: 15UMD0800268 | Make Checks Payable To:<br>The Rawlings Company LLC<br>Attn: Kevin E. James J.D.<br>The Rawlings Company, Subrogation Division<br>P.O. Box 2000, LaGrange, KY 40031-2000 | Paid Amount Subject to Change.<br>Please call (502) 716-6980<br>for the final paid amount.<br>Representative: Kevin E. James J.D. |

| Trmt. Date In | Trmt. Date Out | Claim No. | Provider or Drug Name | ICD | ICD Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/24/2015 | 02/24/2015 | 150226E7582100 | THE ORTHOPAEDIC | 719.41 | PAIN IN JOINT, SHOULDER | 99214 | OFFICE/OUTPT VISIT, EST, DETAILED | $183.00 | $110.20 |
| 02/24/2015 | 02/24/2015 | 150226E7582100 | THE ORTHOPAEDIC | 719.41 | PAIN IN JOINT, SHOULDER | 73030 | X-RAY EXAM OF SHOULDER, COMPLETE | $75.00 | $33.12 |
| 03/02/2015 | 03/02/2015 | 150311E0606300 | ADVANCED RADIOL | 727.61 | RUPTURE, ROTATOR CUFF | 73221 | MRI UPR EXTR JOINT, W/O CONTRAST | $1,050.00 | $235.37 |
| 03/31/2015 | 03/31/2015 | 150407E5217900 | THE ORTHOPAEDIC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 99214 | OFFICE/OUTPT VISIT, EST, DETAILED | $183.00 | $110.20 |
| 04/01/2015 | 04/01/2015 | 150407E7470200 | SPAK, JAMES I., | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 99214 | OFFICE/OUTPT VISIT, EST, DETAILED | $183.00 | $94.71 |
| 04/07/2015 | 04/07/2015 | 150417E9883200 | THE ORTHOPAEDIC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | L3660 | ABDUCT RESTRAINER CANVAS & WEBBING | $150.00 | $38.43 |
| 04/13/2015 | 04/13/2015 | 150417E5727900 | THE ORTHOPAEDIC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 29826 | ARTHSCPY SHLDR DECOMPRESSION | $230.00 | $23.09 |
| 04/13/2015 | 04/13/2015 | 150417E5727900 | THE ORTHOPAEDIC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 29827 | ARTHSCPY SHLDR W/ROTATOR CUFF RPR | $910.00 | $137.77 |
| 04/13/2015 | 04/13/2015 | 150417E9883100 | THE ORTHOPAEDIC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 29823 | ARTHSCPY SHLDR, DEBRID, EXTENSIVE | $2,661.00 | $438.08 |
| 04/13/2015 | 04/13/2015 | 150416E2765500 | YONEMOTO, LAURI | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 76942 | ULTRASONIC GUIDE NEEDLE PLCMNT S/I | $1,236.00 | $34.80 |
| 04/13/2015 | 04/13/2015 | 150417E9883100 | THE ORTHOPAEDIC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 29827 | ARTHSCPY SHLDR W/ROTATOR CUFF RPR | $4,528.00 | $1,510.43 |
| 04/13/2015 | 04/13/2015 | 15042808467800 | SURGERY CENTER | 840.6 | SPRAIN/STRAIN, SUPRASPINA | 29827 | ARTHSCPY SHLDR W/ROTATOR CUFF RPR | $10,090.00 | $2,717.29 |
| 04/13/2015 | 04/13/2015 | 150416E2765500 | YONEMOTO, LAURI | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 64415 | INJECT NRV BLOCK, BRCHL PLEXUS SNGL | $1,957.00 | $68.49 |
| 04/13/2015 | 04/13/2015 | 150417E5727900 | THE ORTHOPAEDIC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 29823 | ARTHSCPY SHLDR, DEBRID, EXTENSIVE | $535.00 | $40.42 |

Aetna                          The Rawlings Company                          Wednesday, November 16, 2016 10:59 am

Patient's Name: NELLINA GUERRERA            Make Checks Payable To:                         Paid Amount Subject to Change.
                                            The Rawlings Company LLC                        Please call (502) 716-6980
Member's Name: NELLINA GUERRERA             Attn: Kevin E. James J.D.                            for the final paid amount.
                                            The Rawlings Company, Subrogation Division      Representative: Kevin E. James J.D.
File Number: 15UMD0800268                   P.O. Box 2000, LaGrange, KY 40031-2000

| Trmt. Date In | Trmt. Date Out | Claim No. | Provider or Drug Name | ICD | ICD Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|---|
| 04/13/2015 | 04/13/2015 | 150416E2765500 | YONEMOTO, LAURI | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 01630 | ANESTHESIA, SHOULDER BONE SURGERY | $2,654.00 | $202.58 |
| 04/13/2015 | 04/13/2015 | 150417E9883100 | THE ORTHOPAEDIC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 29826 | ARTHSCPY SHLDR DECOMPRESSION | $1,150.00 | $932.53 |
| 05/12/2015 | 05/12/2015 | 150602E5197700 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 05/15/2015 | 05/15/2015 | 150605E7833200 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 05/18/2015 | 05/18/2015 | 150605E5781900 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 05/22/2015 | 05/22/2015 | 150605E4762200 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 05/26/2015 | 05/26/2015 | 150605E4762200 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 05/29/2015 | 05/29/2015 | 150608E7303600 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 06/02/2015 | 06/02/2015 | 150630E3322900 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 06/05/2015 | 06/05/2015 | 150630E3322900 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 06/09/2015 | 06/09/2015 | 150630E3322900 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |

Aetna | The Rawlings Company | Wednesday, November 16, 2016 10:59 am

Patient's Name: NELLINA GUERRERA
Member's Name: NELLINA GUERRERA
File Number: 15UMD0800268

Make Checks Payable To:
The Rawlings Company LLC
Attn: Kevin E. James J.D.
The Rawlings Company, Subrogation Division
P.O. Box 2000, LaGrange, KY 40031-2000

Paid Amount Subject to Change.
Please call (502) 716-6980
   for the final paid amount.
Representative: Kevin E. James J.D.

| Trmt. Date In | Trmt. Date Out | Claim No. | Provider or Drug Name | ICD | ICD Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|---|
| 06/12/2015 | 06/12/2015 | 150630E3322900 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 06/16/2015 | 06/16/2015 | 150630E0625100 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 06/19/2015 | 06/19/2015 | 150707E0418501 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 06/23/2015 | 06/23/2015 | 150709E0034500 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 06/26/2015 | 06/26/2015 | 150710E4989400 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 06/30/2015 | 06/30/2015 | 150710E7028300 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 07/02/2015 | 07/02/2015 | 150803E4792700 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 07/02/2015 | 07/02/2015 | 151019N7743500 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97014 | APPLY MODALITY,1+AREA STIM | $28.00 | $0.00 |
| 07/02/2015 | 07/02/2015 | 151019N7743500 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97140 | MANUAL THERAPY 1+ REGIONS, EA 15 MN | $65.00 | $0.00 |
| 07/07/2015 | 07/07/2015 | 150803E4792700 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 07/07/2015 | 07/07/2015 | 151019N7743500 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97014 | APPLY MODALITY,1+AREA STIM | $28.00 | $0.00 |

Please write this number on your check: 15UMD0800268        3        Tax Id Number: 31-1563156

| Aetna | The Rawlings Company | Wednesday, November 16, 2016 10:59 am |
|---|---|---|
| Patient's Name: NELLINA GUERRERA<br>Member's Name: NELLINA GUERRERA<br>File Number: 15UMD0800268 | Make Checks Payable To:<br>The Rawlings Company LLC<br>Attn: Kevin E. James J.D.<br>The Rawlings Company, Subrogation Division<br>P.O. Box 2000, LaGrange, KY 40031-2000 | Paid Amount Subject to Change.<br>Please call (502) 716-6980<br>for the final paid amount.<br>Representative: Kevin E. James J.D. |

| Trmt. Date In | Trmt. Date Out | Claim No. | Provider or Drug Name | ICD | ICD Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/2015 | 07/07/2015 | 151019N7743500 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97140 | MANUAL THERAPY 1+ REGIONS, EA 15 MN | $65.00 | $0.00 |
| 07/20/2015 | 07/20/2015 | 150808E1576900 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 07/21/2015 | 07/21/2015 | 150722E0108400 | THE ORTHOPAEDIC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 99213 | OFFICE/OUTPT VISIT, EST, EXP PROB | $125.00 | $57.85 |
| 07/24/2015 | 07/24/2015 | 150808E1576900 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 07/27/2015 | 07/27/2015 | 150808E1576900 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 07/31/2015 | 07/31/2015 | 150808E0913401 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 08/04/2015 | 08/04/2015 | 150902E7728000 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 08/11/2015 | 08/11/2015 | 150909E7006700 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 08/13/2015 | 08/13/2015 | 150909E7006700 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 08/18/2015 | 08/18/2015 | 150909E5726900 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 08/21/2015 | 08/21/2015 | 150910E9130300 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |

Please write this number on your check: 15UMD0800268        4        Tax Id Number: 31-1563156