EXHIBIT A
Part 2

| Aetna | The Rawlings Company | Wednesday, November 16, 2016 10:59 am |
|---|---|---|
| Patient's Name: NELLINA GUERRERA<br>Member's Name: NELLINA GUERRERA<br>File Number: 15UMD0800268 | Make Checks Payable To:<br>The Rawlings Company LLC<br>Attn: Kevin E. James J.D.<br>The Rawlings Company, Subrogation Division<br>P.O. Box 2000, LaGrange, KY 40031-2000 | Paid Amount Subject to Change.<br>Please call (502) 716-6980<br>for the final paid amount.<br>Representative: Kevin E. James J.D. |

| Trmt. Date In | Trmt. Date Out | Claim No. | Provider or Drug Name | ICD | ICD Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|---|
| 08/25/2015 | 08/25/2015 | 150912E0634200 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 08/28/2015 | 08/28/2015 | 150914E6992700 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 08/31/2015 | 08/31/2015 | 150915E4545100 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 09/04/2015 | 09/04/2015 | 150909E8353800 | THE ORTHOPAEDIC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 99213 | OFFICE/OUTPT VISIT, EST, EXP PROB | $125.00 | $57.85 |
| 09/04/2015 | 09/04/2015 | 150925E7413100 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | G8427 | DOC MEDS VERIFIED W/PT OR RE | $0.01 | $0.00 |
| 09/04/2015 | 09/04/2015 | 150925E7413100 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 09/15/2015 | 09/15/2015 | 151001E6650300 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 09/16/2015 | 09/16/2015 | 150923E0339301 | BRIDGEPORT HOSP | 618.1 | PRLPS, UTE W/O VAGINAL WA | | | $147.00 | $95.77 |
| 09/17/2015 | 09/17/2015 | 151001E6650300 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | G8427 | DOC MEDS VERIFIED W/PT OR RE | $0.01 | $0.00 |
| 09/17/2015 | 09/17/2015 | 151001E6650300 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 09/22/2015 | 09/22/2015 | 151002E6185900 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | G8427 | DOC MEDS VERIFIED W/PT OR RE | $0.01 | $0.00 |
| 09/22/2015 | 09/22/2015 | 151002E6185900 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |

| Aetna | The Rawlings Company | Wednesday, November 16, 2016 10:59 am |
|---|---|---|
| Patient's Name: NELLINA GUERRERA<br>Member's Name: NELLINA GUERRERA<br>File Number: 15UMD0800268 | Make Checks Payable To:<br>The Rawlings Company LLC<br>Attn: Kevin E. James J.D.<br>The Rawlings Company, Subrogation Division<br>P.O. Box 2000, LaGrange, KY 40031-2000 | Paid Amount Subject to Change.<br>Please call (502) 716-6980<br>    for the final paid amount.<br>Representative: Kevin E. James J.D. |

| Trmt. Date In | Trmt. Date Out | Claim No. | Provider or Drug Name | ICD | ICD Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/25/2015 | 09/25/2015 | 151012E7383300 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | G8427 | DOC MEDS VERIFIED W/PT OR RE | $0.01 | $0.00 |
| 09/25/2015 | 09/25/2015 | 151012E7383300 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 09/29/2015 | 09/29/2015 | 151012E8555700 | ORTHONET LLC | 840.4 | SPRAIN/STRAIN, ROTATOR CU | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 10/02/2015 | 10/02/2015 | 151029E5805500 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 10/06/2015 | 10/06/2015 | 151029E5805500 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 10/09/2015 | 10/09/2015 | 151103E7961500 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 10/16/2015 | 10/16/2015 | 151110E8954400 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 10/20/2015 | 10/20/2015 | 151110E6435900 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |

Aetna | The Rawlings Company | Wednesday, November 16, 2016 10:59 am

Patient's Name: NELLINA GUERRERA
Member's Name: NELLINA GUERRERA
File Number: 15UMD0800268

Make Checks Payable To:
The Rawlings Company LLC
Attn: Kevin E. James J.D.
The Rawlings Company, Subrogation Division
P.O. Box 2000, LaGrange, KY 40031-2000

Paid Amount Subject to Change.
Please call (502) 716-6980
   for the final paid amount.
Representative: Kevin E. James J.D.

| Trmt. Date In | Trmt. Date Out | Claim No. | Provider or Drug Name | ICD | ICD Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/2015 | 10/23/2015 | 151110E8954300 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 10/27/2015 | 10/27/2015 | 151110E0205101 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 11/03/2015 | 11/03/2015 | 151203E0668201 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 11/03/2015 | 11/03/2015 | 160107N6558700 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97014 | APPLY MODALITY,1+ARE STIM | $28.00 | $0.00 |
| 11/03/2015 | 11/03/2015 | 160107N6558700 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97140 | MANUAL THERAPY 1+ REGIONS, EA 15 MN | $65.00 | $0.00 |
| 11/10/2015 | 11/10/2015 | 151208E0930501 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 11/10/2015 | 11/10/2015 | 160107N4537700 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97014 | APPLY MODALITY,1+ARE STIM | $28.00 | $0.00 |

Please write this number on your check: 15UMD0800268            7            Tax Id Number: 31-1563156

**Aetna**  **The Rawlings Company**  Wednesday, November 16, 2016 10:59 am

Patient's Name: NELLINA GUERRERA

Member's Name: NELLINA GUERRERA

File Number: 15UMD0800268

Make Checks Payable To:
The Rawlings Company LLC
Attn: Kevin E. James J.D.
The Rawlings Company, Subrogation Division
P.O. Box 2000, LaGrange, KY 40031-2000

Paid Amount Subject to Change.
Please call (502) 716-6980
    for the final paid amount.
Representative: Kevin E. James J.D.

| Trmt. Date In | Trmt. Date Out | Claim No. | Provider or Drug Name | ICD | ICD Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/10/2015 | 11/10/2015 | 160107N4537700 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97140 | MANUAL THERAPY 1+ REGIONS, EA 15 MN | $65.00 | $0.00 |
| 11/17/2015 | 11/17/2015 | 151210E8515100 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 11/17/2015 | 11/17/2015 | 160107N7583000 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97140 | MANUAL THERAPY 1+ REGIONS, EA 15 MN | $65.00 | $0.00 |
| 11/24/2015 | 11/24/2015 | 160107N7583000 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97140 | MANUAL THERAPY 1+ REGIONS, EA 15 MN | $65.00 | $0.00 |
| 11/24/2015 | 11/24/2015 | 151211E7018400 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 12/01/2015 | 12/01/2015 | 160104E2948700 | ORTHONET LLC | M75.101 | Unspecified rotator cuff tear or rupture of right shoulder, not specified as traumatic | 97110 | TX PROC,1+AREA,TX EXER, EA 15 MIN | $79.56 | $59.56 |
| 12/04/2015 | 12/04/2015 | 151208E2811900 | THE ORTHOPAEDIC | S43.421A | Sprain of right rotator cuff capsule, initial encounter | 99213 | OFFICE/OUTPT VISIT, EST, EXP PROB | $125.00 | $57.85 |
| 04/26/2016 | 04/26/2016 | 160429E0728100 | THE ORTHOPAEDIC | S43.421A | Sprain of right rotator cuff capsule, initial encounter | 99213 | OFFICE/OUTPT VISIT, EST, EXP PROB | $125.00 | $58.01 |

Please write this number on your check: 15UMD0800268      8      Tax Id Number: 31-1563156

| Aetna | The Rawlings Company | Wednesday, November 16, 2016 10:59 am |

Patient's Name: NELLINA GUERRERA

Member's Name: NELLINA GUERRERA

File Number: 15UMD0800268

Make Checks Payable To:
The Rawlings Company LLC
Attn: Kevin E. James J.D.
The Rawlings Company, Subrogation Division
P.O. Box 2000, LaGrange, KY 40031-2000

Paid Amount Subject to Change.
Please call (502) 716-6980
for the final paid amount.
Representative: Kevin E. James J.D.

| Trmt. Date In | Trmt. Date Out | Claim No. | Provider or Drug Name | ICD | ICD Desc. | CPT | CPT Desc. | Bill Amount | Paid Amount |
|---|---|---|---|---|---|---|---|---|---|
| TOTALS | | | | | | | | $32,663.36 | $9,854.16 |

Please write this number on your check: 15UMD0800268          9          Tax Id Number: 31-1563156