# EXHIBIT B

# aetna℠

**January 1, 2015 – December 31, 2015**

# Evidence of Coverage:
## Your Medicare Health Benefits and Services as a Member of Aetna Medicare℠ Plan (PPO).

This booklet gives you the details about your Medicare health care coverage from January 1, 2015 – December 31, 2015. It explains how to get coverage for the health care services you need. **This is an important legal document. Please keep it in a safe place.**

This plan, Aetna Medicare Plan (PPO), is offered by Aetna Life Insurance Company. (When this *Evidence of Coverage* says "we," "us," or "our," it means Aetna Life Insurance Company. When it says "plan" or "our plan," it means Aetna Medicare Plan (PPO).)

Aetna Medicare is a PPO plan with a Medicare contract.  Enrollment in Aetna Medicare depends on contract renewal.

This information is available for free in other languages.  Please contact Customer Service at the telephone number printed on the back of your member ID card for additional information. You may also call our general customer service center at 1-855-660-1810.  (For TTY assistance, please dial 711.)  We're available 8 a.m. to 6 p.m. local time, Monday through Friday. Customer Service also has free language interpreter services available for non-English speakers.

Esta información está disponible en otros idiomas de manera gratuita. Si desea más información, comuníquese con Servicios al Cliente al número en el dorso de su tarjeta de identificación de miembro.  También puede llamar a nuestro centro de servicio al cliente en general, al 1-855-660-1810.  (Los usuarios de TTY deben llamar al 711.) Estamos disponibles de 8 a.m. a 6 p.m. hora local, el lunes por al viernes. Las personas que no hablan inglés pueden solicitar el servicio gratuito de intérpretes a Servicios al Cliente.

This document may be made available in other formats such as Braille, large print or other alternate formats. Please contact Customer Service for more information.

Benefits, premium, deductible, and/or copayments/coinsurance may change on January 1st.

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Table of Contents

---

# 2015 Evidence of Coverage

## Table of Contents

This list of chapters and page numbers is your starting point. For more help in finding information you need, go to the first page of a chapter. **You will find a detailed list of topics at the beginning of each chapter.**

**Chapter 1.   Getting started as a member** .......................................................................... **4**
    Explains what it means to be in a Medicare health plan and how to use this booklet. Tells about materials we will send you, your plan premium, your plan membership card, and keeping your membership record up to date.

**Chapter 2.   Important phone numbers and resources** ........................................................ **13**
    Tells you how to get in touch with our plan (Aetna Medicare Plan (PPO)) and with other organizations including Medicare, the State Health Insurance Assistance Program (SHIP), the Quality Improvement Organization, Social Security, Medicaid (the state health insurance program for people with low incomes), and the Railroad Retirement Board.

**Chapter 3.   Using the plan's coverage for your medical services** ....................................... **22**
    Explains important things you need to know about getting your medical care as a member of our plan. Topics include using the providers in the plan's network and how to get care when you have an emergency.

**Chapter 4.   Medical Benefits Chart (what is covered and what you pay)** .......................... **34**
    Gives the details about which types of medical care are covered and *not* covered for you as a member of our plan. Explains how much you will pay as your share of the cost for your covered medical care.

**Chapter 5.   Asking us to pay our share of a bill you have received for covered medical services** ................................................................................................................. **41**
    Explains when and how to send a bill to us when you want to ask us to pay you back for our share of the cost for your covered services.

**Chapter 6.   Your rights and responsibilities** ..................................................................... **45**
    Explains the rights and responsibilities you have as a member of our plan. Tells what you can do if you think your rights are not being respected.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Table of Contents

**Chapter 7.** **What to do if you have a problem or complaint** (coverage decisions, appeals, complaints) ................................................................... **62**
Tells you step-by-step what to do if you are having problems or concerns as a member of our plan.

- Explains how to ask for coverage decisions and make appeals if you are having trouble getting the medical care you think are covered by our plan. This includes asking us to keep covering hospital care and certain types of medical services if you think your coverage is ending too soon.
- Explains how to make complaints about quality of care, waiting times, customer service, and other concerns.

**Chapter 8.** **Ending your membership in the plan** ............................................... **97**
Explains when and how you can end your membership in the plan. Explains situations in which our plan is required to end your membership.

**Chapter 9.** **Legal notices** ................................................................... **105**
Includes notices about governing law and about nondiscrimination.

**Chapter 10.** **Definitions of important words** ......................................... **109**
Explains key terms used in this booklet.

# Chapter 1.  Getting started as a member

**SECTION 1    Introduction** ........................................................................... **5**
    Section 1.1    You are enrolled in Aetna Medicare Plan (PPO), which is a
                 Medicare PPO .............................................................. 5
    Section 1.2    What is the *Evidence of Coverage* booklet about? ..................... 5
    Section 1.3    What does this chapter tell you? ....................................... 5
    Section 1.4    What if you are new to our plan? ...................................... 5
    Section 1.5    Legal information about the *Evidence of Coverage* ..................... 6

**SECTION 2    What makes you eligible to be a plan member?** ............................... **6**
    Section 2.1    Your eligibility requirements ............................................ 6
    Section 2.2    What are Medicare Part A and Medicare Part B? ..................... 6
    Section 2.3    The plan service area .................................................... 7

**SECTION 3    What other materials will you get from us?** ................................. **7**
    Section 3.1    Your plan membership card – Use it to get all covered care ......... 7
    Section 3.2    The *Provider Directory*: Your guide to all providers in the
                 plan's network ........................................................... 8

**SECTION 4    Your monthly premium for our plan (if applicable)** .......................... **9**
    Section 4.1    How much is your plan premium (if applicable)? ...................... 9
    Section 4.2    There are several ways you can pay your plan premium (if
                 applicable) ................................................................ 9
    Section 4.3    Can we change your monthly plan premium (if applicable)
                 during the year? ......................................................... 10

**SECTION 5    Please keep your plan membership record up to date** ..................... **10**
    Section 5.1    How to help make sure that we have accurate information
                 about you ................................................................. 10

**SECTION 6    We protect the privacy of your personal health information** ......................... **11**
    Section 6.1    We make sure that your health information is protected .............. 11

**SECTION 7    How other insurance works with our plan** ................................... **12**
    Section 7.1    Which plan pays first when you have other insurance? ............... 12

# SECTION 1        Introduction

### Section 1.1      You are enrolled in Aetna Medicare Plan (PPO), which is a Medicare PPO

Your coverage is provided through contract with your current employer or former employer/union/trust. You are covered by Medicare, and you get your Medicare health care coverage through our plan, Aetna Medicare Plan (PPO).

There are different types of Medicare health plans. Our plan is a Medicare Advantage PPO Plan (PPO stands for Preferred Provider Organization). This plan does <u>not</u> include Part D prescription drug coverage. Like all Medicare health plans, this Medicare PPO is approved by Medicare and run by a private company.

### Section 1.2      What is the *Evidence of Coverage* booklet about?

This *Evidence of Coverage* booklet tells you how to get your Medicare medical care covered through our plan. This booklet explains your rights and responsibilities, what is covered, and what you pay as a member of the plan.

This plan, Aetna Medicare Plan (PPO), is offered by Aetna Life Insurance Company. (When this *Evidence of Coverage* says "we," "us," or "our," it means Aetna Life Insurance Company. When it says "plan" or "our plan," it means Aetna Medicare Plan (PPO).

The word "coverage" and "covered services" refers to the medical care and services available to you as a member of our plan.

### Section 1.3      What does this chapter tell you?

Look through Chapter 1 of this *Evidence of Coverage* to learn:
- What makes you eligible to be a plan member?
- What is your plan's service area?
- What materials will you get from us?
- How to pay your plan premium (if applicable)
- How do you keep the information in your membership record up to date?

### Section 1.4      What if you are new to our plan?

If you are a new member, then it's important for you to learn what the plan's rules are and what services are available to you. We encourage you to set aside some time to look through this *Evidence of Coverage* booklet.

If you are confused or concerned or just have a question, please contact our plan's Customer Service (phone numbers are printed on the back of your member ID card).

| Section 1.5    Legal information about the *Evidence of Coverage* |
|---|

**It's part of our contract with you**

This *Evidence of Coverage* is part of our contract with you about how our plan covers your care. Other parts of this contract include your enrollment form and any notices you receive from us about changes to your coverage or conditions that affect your coverage. These notices are sometimes called "riders" or "amendments."

The contract is in effect for months in which you are enrolled in our plan between January 1, 2015 – December 31, 2015.

Each calendar year, Medicare allows us to make changes to the plans that we offer. This means we can change the costs and benefits of our plan after December 31, 2015. We can also choose to stop offering the plan, or to offer it in a different service area, after December 31, 2015.

**Medicare must approve our plan each year**

Medicare (the Centers for Medicare & Medicaid Services) must approve our plan each year. Your former employer/union/trust can continue to offer you Medicare coverage as a member of our plan as long as we choose to continue to offer the plan and Medicare renews its approval of the plan.

# SECTION 2          What makes you eligible to be a plan member?

| Section 2.1    Your eligibility requirements |
|---|

*You are eligible for membership in our plan as long as:*
- You live in our geographic service area (section 2.3 below describes our service area)
- *and* – you have both Medicare Part A and Medicare Part B
- *and* – if you have Medicare because you have End-Stage Renal Disease (ESRD), you are not within the first 30 months of becoming eligible for or entitled to Medicare (referred to as your "30 month coordination period").

| Section 2.2    What are Medicare Part A and Medicare Part B? |
|---|

When you first signed up for Medicare, you received information about what services are covered under Medicare Part A and Medicare Part B. Remember:
- Medicare Part A generally helps cover services provided by hospitals for inpatient services, skilled nursing facilities, or home health agencies.
- Medicare Part B is for most other medical services (such as physician's services and other outpatient services) and certain items (such as durable medical equipment and supplies).

| Section 2.3 | The plan service area |
|---|---|

Although Medicare is a federal program, our plan is available only to individuals who live in our plan service area. To remain a member of our plan, you must continue to reside in the plan service area.  Addendum B at the back of this *Evidence of Coverage* lists the Aetna Medicare (PPO) service areas. Your former employer/union/trust offers you coverage through our plan's extended service area feature.

If you move outside of your service area, you will have a Special Enrollment Period that will allow you to switch to a different plan.  Please contact your former employer/union/trust plan administrator to see what other plan options are available to you in your new location.

If you move, please contact Customer Service at the telephone number on your member ID card.

It is also important that you call Social Security if you move or change your mailing address. You can find phone numbers and contact information for Social Security in Chapter 2, Section 5.


## SECTION 3          What other materials will you get from us?

| Section 3.1 | Your plan membership card – Use it to get all covered care |
|---|---|

While you are a member of our plan, you must use your membership card for our plan whenever you get any services covered by this plan. Here's a sample membership card to show you what yours will look like:



As long as you are a member of our plan **you must <u>not</u> use your red, white, and blue Medicare card** to get covered medical services (with the exception of routine clinical research studies and hospice services). Keep your red, white, and blue Medicare card in a safe place in case you need it later.

**Here's why this is so important:** If you get covered services using your red, white, and blue Medicare card instead of using your Aetna Medicare membership card while you are a plan member, you may have to pay the full cost yourself.

If your plan membership card is damaged, lost, or stolen, call Customer Service right away and we will send you a new card. (Phone numbers for Customer Service are printed on the back of this booklet.)

---

| Section 3.2 | The *Provider Directory*: Your guide to all providers in the plan's network |
| --- | --- |

The *Provider Directory* lists our network providers.

You are a member of our plan through our extended service area feature.  Aetna Medicare may or may not have a provider network where you live.  Our network is a group of doctors, hospitals, and other health care experts contracted by Aetna to provide covered services to its members. Network providers are independent contractors and not agents of Aetna.

**What are "network providers"?**

**Network providers** are the doctors and other health care professionals, medical groups, hospitals, and other health care facilities that have an agreement with us to accept our payment and any plan cost sharing as payment in full. We have arranged for these providers to deliver covered services to members in our plan.

**Why do you need to know which providers are part of our network?**

As a member of our plan, you may use network providers and out-of-network providers for all covered medical services at the same member cost sharing amount. Our plan will cover services from either in-network or out-of-network providers, as long as the services are covered benefits and medically necessary. See Chapter 3 (*Using the plan's coverage for your medical services*) for more specific information.

If you don't have your copy of the *Provider Directory* and you reside in a network service area, you can request a copy from Customer Service (phone numbers are printed on the back of this booklet). A listing of network service areas is available in Addendum B at the back of this *Evidence of Coverage*. You may ask Customer Service for more information about our network providers, including their qualifications. You can also see the *Provider Directory* at http://www.aetnaretireeplans.com, or download it from this website. Both Customer Service and the website can give you the most up-to-date information about changes in our network providers.

Out-of-network providers must be eligible to receive payment under Medicare and willing to accept our plan. To find a provider that participates with Original Medicare, go to http://www.medicare.gov.

# SECTION 4          Your monthly premium for our plan (if applicable)

## Section 4.1      How much is your plan premium (if applicable)?

Your coverage is provided through a contract with your current employer or former employer/union/trust. Your plan benefits administrator will let you know about your plan premium, if any.

If you have an Aetna plan premium and are billed directly by Aetna Medicare for the full amount of the premium, we will notify you of your plan premium amount before the start of the plan year. If you have an Aetna plan premium and you are not billed directly by Aetna Medicare for this premium, please refer to your plan benefits administrator for any premium payment information.

In addition, you must continue to pay your Medicare Part B premium (unless your Part B premium is paid for you by Medicaid or another third party).

**Many members are required to pay other Medicare premiums**
In addition to paying the monthly plan premium (if applicable), many members are required to pay other Medicare premiums. As explained in Section 2 above, in order to be eligible for our plan, you must be entitled to Medicare Part A and enrolled in Medicare Part B. For that reason, some plan members (those who aren't eligible for premium-free Part A) pay a premium for Medicare Part A. And most plan members pay a premium for Medicare Part B. **You must continue paying your Medicare premiums to remain a member of the plan.**

Your copy of *Medicare & You 2015* gives information about the Medicare premiums in the section called "2015 Medicare Costs." This explains how the Medicare Part B premium differs for people with different incomes. Everyone with Medicare receives a copy of *Medicare & You* each year in the fall. Those new to Medicare receive it within a month after first signing up. You can also download a copy of *Medicare & You 2015* from the Medicare website (http://www.medicare.gov). Or, you can order a printed copy by phone at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users call 1-877-486-2048.

## Section 4.2      There are several ways you can pay your plan premium (if applicable)

Your coverage is provided through a contract with your current employer or former employer/union/trust. For most members, your plan benefits administrator will provide you with information about your plan premium (if applicable).

If Aetna bills you directly for your total plan premium, we will mail you a letter detailing your premium amount.  (You must also continue to pay your Medicare Part B premium.)  For members who have an Aetna plan premium and are billed directly by Aetna, there are several ways you can pay your plan premium, including by check, electronic payment or automatic withdrawal. You may inform us of your premium payment option choice or change your choice by calling Customer Service at the numbers printed on the back of your member ID card.  If you

decide to change the way you pay your premium, it can take up to three months for your new payment method to take effect. While we are processing your request for a new payment method, you are responsible for making sure that your plan premium is paid on time.

**What to do if you are having trouble paying your plan premium**

If you are billed directly by Aetna, your plan premium is due in our office by the first day of the month. If we have not received your premium by the first day of the month, we will send you a notice telling you that your plan membership will end if we do not receive your premium within a three-month period.  We will mail a reminder notice to you.

If you are having trouble paying your premium on time, please contact Customer Service to see if we can direct you to programs that will help with your plan premium. (Phone numbers for Customer Service are printed on the back of this booklet.)

If we end your membership because you did not pay your premium, you will have health coverage under Original Medicare.

At the time we end your membership, you may still owe us for premiums you have not paid. In the future, if you want to enroll again in our plan (or another plan that we offer), you may need to pay the amount you owe before you can enroll.

If you think we have wrongfully ended your membership, you have a right to ask us to reconsider this decision by making a complaint. Chapter 7, Section 9 of this booklet tells how to make a complaint. If you had an emergency circumstance that was out of your control and it caused you to not be able to pay your premiums within our grace period, you can ask Medicare to reconsider this decision by calling 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

| Section 4.3     Can we change your monthly plan premium (if applicable) during the year? |
| --- |

**No.** We are not allowed to change the amount we charge for the plan's monthly plan premium during the year. If the monthly plan premium changes for next year the change will take effect on January 1.

# SECTION 5          Please keep your plan membership record up to date

| Section 5.1     How to help make sure that we have accurate information about you |
| --- |

Your membership record has information from your enrollment form, including your address and telephone number. It shows your specific plan coverage including your Primary Care Provider/Medical Group/IPA. (An IPA, or Independent Practice Association, is an independent group of physicians and other health-care providers under contract to provide services to members of managed care organizations.)

The doctors, hospitals, and other providers in the plan's network need to have correct information about you. **These network providers use your membership record to know what services are covered and the cost-sharing amounts for you.** Because of this, it is very important that you help us keep your information up to date.

**Let us know about these changes:**
- Changes to your name, your address, or your phone number
- Changes in any other health insurance coverage you have (such as from your employer, your spouse's employer, workers' compensation, or Medicaid)
- If you have any liability claims, such as claims from an automobile accident
- If you have been admitted to a nursing home
- If you receive care in an out-of-area or out-of-network hospital or emergency room
- If your designated responsible party (such as a caregiver) changes
- If you are participating in a clinical research study

If any of this information changes, please let us know by calling Customer Service (phone numbers are printed on the back of your member ID card).

It is also important to contact Social Security if you move or change your mailing address. You can find phone numbers and contact information for Social Security in Chapter 2, Section 5.

**Read over the information we send you about any other insurance coverage you have**
Medicare requires that we collect information from you about any other medical or drug insurance coverage that you have. That's because we must coordinate any other coverage you have with your benefits under our plan. (For more information about how our coverage works when you have other insurance, see Section 7 in this chapter.)

Once each year, we will send you a letter that lists any other medical or drug insurance coverage that we know about. Please read over this information carefully. If it is correct, you don't need to do anything. If the information is incorrect, or if you have other coverage that is not listed, please call Customer Service (phone numbers are printed on the back of your member ID card).

## SECTION 6        We protect the privacy of your personal health information

### Section 6.1    We make sure that your health information is protected

Federal and state laws protect the privacy of your medical records and personal health information. We protect your personal health information as required by these laws.

For more information about how we protect your personal health information, please go to Chapter 6, Section 1.4 of this booklet.

## SECTION 7    How other insurance works with our plan

### Section 7.1    Which plan pays first when you have other insurance?

When you have other insurance (like coverage under another employer group health plan), there are rules set by Medicare that decide whether our plan or your other insurance pays first. The insurance that pays first is called the "primary payer" and pays up to the limits of its coverage. The one that pays second, called the "secondary payer," only pays if there are costs left uncovered by the primary coverage. The secondary payer may not pay all of the uncovered costs.

These rules apply for employer or union group health plan coverage:
- If you have retiree coverage, Medicare pays first.
- If your group health plan coverage is based on your or a family member's current employment, who pays first depends on your age, the number of people employed by your employer, and whether you have Medicare based on age, disability, or End-stage Renal Disease (ESRD):
- If you're under 65 and disabled and you or your family member is still working, your plan pays first if the employer has 100 or more employees or at least one employer in a multiple employer plan that has more than 100 employees.
- If you're over 65 and you or your spouse is still working, the plan pays first if the employer has 20 or more employees or at least one employer in a multiple employer plan that has more than 20 employees.
- If you have Medicare because of ESRD, your group health plan will pay first for the first 30 months after you become eligible for Medicare even if you are retired.

These types of coverage usually pay first for services related to each type:
- No-fault insurance (including automobile insurance)
- Liability (including automobile insurance)
- Black lung benefits
- Workers' compensation

Medicaid and TRICARE never pay first for Medicare-covered services. They only pay after Medicare, employer group health plans, and/or Medigap have paid.

If you have other insurance, tell your doctor, hospital, and pharmacy. If you have questions about who pays first, or you need to update your other insurance information, call Customer Service (phone numbers are printed on the back of your member ID card). You may need to give your plan member ID number to your other insurers (once you have confirmed their identity) so your bills are paid correctly and on time.

# Chapter 2.  Important phone numbers and resources

**SECTION 1**  **Aetna Medicare Plan contacts** (how to contact us, including how to reach Customer Service at the plan) ............................................................... **14**

**SECTION 2**  **Medicare** (how to get help and information directly from the federal Medicare program) ........................................................... **17**

**SECTION 3**  **State Health Insurance Assistance Program** (free help, information, and answers to your questions about Medicare) ........................................... **18**

**SECTION 4**  **Quality Improvement Organization** (paid by Medicare to check on the quality of care for people with Medicare) ............................................. **18**

**SECTION 5**  **Social Security** ........................................................................... **19**

**SECTION 6**  **Medicaid** (a joint federal and state program that helps with medical costs for some people with limited income and resources) .................................. **20**

**SECTION 7**  **How to contact the Railroad Retirement Board** ................................. **20**

**SECTION 8**  **Do you have "group insurance" or other health insurance from another employer/union/trust plan?** ........................................................ **21**

---

| SECTION 1 | Aetna Medicare Plan contacts (how to contact us, including how to reach Customer Service at the plan) |
|---|---|

**How to contact our plan's Customer Service**

For assistance with claims, billing or member card questions, please call or write to Aetna Medicare Plan Customer Service. We will be happy to help you.

| Method | Customer Service – Contact Information |
|---|---|
| **CALL** | Please call the telephone number printed on the back of your member ID card or our general customer service center at 1-855-660-1810. |
| | Calls to this number are toll free. We're available 8 a.m. to 6 p.m. local time, Monday through Friday. |
| | Customer Service also has free language interpreter services available for non-English speakers. |
| **TTY** | 711 |
| | Calls to this number are toll free. We're available 8 a.m. to 6 p.m. local time, Monday through Friday. |
| **WRITE** | Aetna Medicare P.O. Box 14088 Lexington, KY 40512-4088 |
| **WEBSITE** | http://www.aetnaretireeplans.com |

**How to contact us when you are asking for a coverage decision about your medical care**

A coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your medical services. For more information on asking for coverage decisions about your medical care, see Chapter 7 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*).

You may call us if you have questions about our coverage decision process.

| Method | Coverage Decisions for Medical Care – Contact Information |
|---|---|
| **CALL** | Please call the telephone number printed on the back of your member ID card or our general customer service center at 1-888-267-2637. |
| | Calls to this number are toll free. We're available 8 a.m. to 6 p.m. local time, Monday through Friday. |
| | Customer Service also has free language interpreter services available for non-English speakers. |

| Method | Coverage Decisions for Medical Care – Contact Information |
|---|---|
| TTY | 711<br>Calls to this number are toll free. We're available 8 a.m. to 6 p.m. local time, Monday through Friday. |
| FAX | Please use the following fax number to submit expedited (fast) requests only:  1-860-754-5468 |
| WRITE | Aetna Medicare Precertification Unit<br>P.O. Box 14079<br>Lexington, KY 40512-4079 |

**How to contact us when you are making an appeal about your medical care**

An appeal is a formal way of asking us to review and change a coverage decision we have made. For more information on making an appeal about your medical care, see Chapter 7 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*).

| Method | Appeals for Medical Care – Contact Information |
|---|---|
| CALL | 1-800-932-2159 for Expedited Appeals Only<br><br>Calls to this number are toll free. We're available 7 days per week, 8 a.m. to 8 p.m. local time. |
| TTY | 711<br><br>Calls to this number are toll free. We're available 7 days per week, 8 a.m. to 8 p.m. local time. |
| FAX | 1-866-604-7092 |
| WRITE | Aetna Medicare Grievance & Appeal Unit<br>P.O. Box 14067<br>Lexington, KY 40512 |
| AETNA WEBSITE | You can submit an appeal about our plan online.  To submit an online appeal go to http://www.aetnamedicare.com/plan_choices/advantage_appeals_grievances.jsp |

**How to contact us when you are making a complaint about your medical care**

You can make a complaint about us or one of our network providers, including a complaint about the quality of your care. This type of complaint does not involve coverage or payment disputes. (If you have a problem about the plan's coverage or payment, you should look at the section above about making an appeal.) For more information on making a complaint about your medical care, see Chapter 7 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*).

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 2. Important phone numbers and resources                                      16

| Method | Complaints about Medical Care – Contact Information |
|---|---|
| CALL | Please call the telephone number printed on the back of your member ID card or our general customer service center at 1-888-267-2637.<br><br>Calls to this number are toll free.  We're available 8 a.m. to 6 p.m. local time, Monday through Friday. |
| TTY | 711<br><br>Calls to this number are toll free.  We're available 8 a.m. to 6 p.m. local time, Monday through Friday. |
| FAX | 1-866-604-7092 |
| WRITE | Aetna Medicare Grievance & Appeal Unit<br>P.O. Box 14067<br>Lexington, KY 40512 |
| AETNA WEBSITE | You can submit a complaint about our plan online.  To submit an online complaint go to http://www.aetnamedicare.com/plan_choices/advantage_ appeals_grievances.jsp |
| MEDICARE WEBSITE | You can submit a complaint about our plan directly to Medicare. To submit an online complaint to Medicare go to http://www.medicare.gov/MedicareComplaintForm/home.aspx |

**Where to send a request asking us to pay for our share of the cost for medical care you have received**
For more information on situations in which you may need to ask us for reimbursement or to pay a bill you have received from a provider, see Chapter 5 (*Asking us to pay our share of a bill you have received for covered medical services*).

**Please note:** If you send us a payment request and we deny any part of your request, you can appeal our decision. See Chapter 7 *(What to do if you have a problem or complaint (coverage decisions, appeals, complaints))* for more information.

| Method | Payment Request – Contact Information |
|---|---|
| WRITE | Aetna<br>P.O. Box 981106<br>El Paso, TX 79998-1106 |

| SECTION 2 | Medicare |
|---|---|
| | **(how to get help and information directly from the federal Medicare program)** |

Medicare is the federal health insurance program for people 65 years of age or older, some people under age 65 with disabilities, and people with End-Stage Renal Disease (permanent kidney failure requiring dialysis or a kidney transplant).

The federal agency in charge of Medicare is the Centers for Medicare & Medicaid Services (sometimes called "CMS"). This agency contracts with Medicare Advantage organizations including us.

| Method | Medicare – Contact Information |
|---|---|
| **CALL** | 1-800-MEDICARE, or 1-800-633-4227<br><br>Calls to this number are free.<br><br>24 hours a day, 7 days a week. |
| **TTY** | 1-877-486-2048<br><br>This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking.<br><br>Calls to this number are free. |
| **WEBSITE** | http://www.medicare.gov<br><br>This is the official government website for Medicare. It gives you up-to-date information about Medicare and current Medicare issues. It also has information about hospitals, nursing homes, physicians, home health agencies, and dialysis facilities. It includes booklets you can print directly from your computer. You can also find Medicare contacts in your state.<br><br>The Medicare website also has detailed information about your Medicare eligibility and enrollment options with the following tools:<br><br>• **Medicare Eligibility Tool:** Provides Medicare eligibility status information.<br><br>• **Medicare Plan Finder:** Provides personalized information about available Medicare prescription drug plans, Medicare health plans, and Medigap (Medicare Supplement Insurance) policies in your area. These tools provide an *estimate* of what your out-of-pocket costs might be in different Medicare plans.<br><br>You can also use the website to tell Medicare about any complaints you have about our plan: |

2015 Evidence of Coverage for Aetna Medicare^SM Plan (PPO)
Chapter 2. Important phone numbers and resources                              18

| Method | Medicare – Contact Information |
|--------|-------------------------------|
| | • **Tell Medicare about your complaint:** You can submit a complaint about our plan directly to Medicare. To submit a complaint to Medicare, go to http://www.medicare.gov/ MedicareComplaintForm/home.aspx. Medicare takes your complaints seriously and will use this information to help improve the quality of the Medicare program. <br><br> If you don't have a computer, your local library or senior center may be able to help you visit this website using its computer. Or, you can call Medicare and tell them what information you are looking for. They will find the information on the website, print it out, and send it to you. (You can call Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.) |

## SECTION 3    State Health Insurance Assistance Program (free help, information, and answers to your questions about Medicare)

The State Health Insurance Assistance Program (SHIP) is a government program with trained counselors in every state. Refer to Addendum A at the back of this Evidence of Coverage for the name of the State Health Insurance Assistance Program in your state.

A SHIP is independent (not connected with any insurance company or health plan). It is a state program that gets money from the federal government to give free local health insurance counseling to people with Medicare.

SHIP counselors can help you with your Medicare questions or problems. They can help you understand your Medicare rights, help you make complaints about your medical care or treatment, and help you straighten out problems with your Medicare bills. SHIP counselors can also help you understand your Medicare plan choices and answer questions about switching plans.

## SECTION 4    Quality Improvement Organization (paid by Medicare to check on the quality of care for people with Medicare)

There is a Quality Improvement Organization for each state. Refer to Addendum A at the back of this *Evidence of Coverage* for the name of the Quality Improvement Organization in your state.

A QIO has a group of doctors and other health care professionals who are paid by the federal government. This organization is paid by Medicare to check on and help improve the quality of

care for people with Medicare. A QIO is an independent organization. It is not connected with our plan.

You should contact the QIO in your state in any of these situations:

- You have a complaint about the quality of care you have received.
- You think coverage for your hospital stay is ending too soon.
- You think coverage for your home health care, skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services are ending too soon.

## SECTION 5        Social Security

Social Security is responsible for determining eligibility and handling enrollment for Medicare. U.S. citizens who are 65 or older, or who have a disability or End-Stage Renal Disease and meet certain conditions, are eligible for Medicare. If you are already getting Social Security checks, enrollment into Medicare is automatic. If you are not getting Social Security checks, you have to enroll in Medicare. Social Security handles the enrollment process for Medicare. To apply for Medicare, you can call Social Security or visit your local Social Security office.

If you move or change your mailing address, it is important that you contact Social Security to let them know.

| Method | Social Security – Contact Information |
|---|---|
| **CALL** | 1-800-772-1213 <br><br> Calls to this number are free. <br><br> Available 7:00 a.m. to 7:00 p.m., Monday through Friday. <br><br> You can use Social Security's automated telephone services to get recorded information and conduct some business 24 hours a day. |
| **TTY** | 1-800-325-0778 <br><br> This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking. <br><br> Calls to this number are free. <br><br> Available 7:00 a.m. to 7:00 p.m., Monday through Friday. |
| **WEBSITE** | http://www.ssa.gov |

## SECTION 6     Medicaid
## (a joint federal and state program that helps with medical costs for some people with limited income and resources)

Medicaid is a joint federal and state government program that helps with medical costs for certain people with limited incomes and resources. Some people with Medicare are also eligible for Medicaid.

In addition, there are programs offered through Medicaid that help people with Medicare pay their Medicare costs, such as their Medicare premiums. These "Medicare Savings Programs" help people with limited income and resources save money each year:

- **Qualified Medicare Beneficiary (QMB):** Helps pay Medicare Part A and Part B premiums, and other cost-sharing (like deductibles, coinsurance, and copayments). (Some people with QMB are also eligible for full Medicaid benefits (QMB+).)
- **Specified Low-Income Medicare Beneficiary (SLMB):** Helps pay Part B premiums. (Some people with SLMB are also eligible for full Medicaid benefits (SLMB+).)
- **Qualified Individual (QI):** Helps pay Part B premiums.
- **Qualified Disabled & Working Individuals (QDWI):** Helps pay Part A premiums.

To find out more about Medicaid and its programs, contact your state Medicaid agency. Contact information is in Addendum A in the back of this *Evidence of Coverage*.

## SECTION 7     How to contact the Railroad Retirement Board

The Railroad Retirement Board is an independent federal agency that administers comprehensive benefit programs for the nation's railroad workers and their families. If you have questions regarding your benefits from the Railroad Retirement Board, contact the agency.

If you receive your Medicare through the Railroad Retirement Board, it is important that you let them know if you move or change your mailing address.

| Method | Railroad Retirement Board – Contact Information |
|--------|-----------------------------------------------|
| **CALL** | 1-877-772-5772 |
| | Calls to this number are free. |
| | Available 9:00 am to 3:30 pm, Monday through Friday |
| | If you have a touch-tone telephone, recorded information and automated services are available 24 hours a day, including weekends and holidays. |

| Method | Railroad Retirement Board – Contact Information |
|--------|--------------------------------------------------|
| **TTY** | 1-312-751-4701 |
| | This number requires special telephone equipment and is only for people who have difficulties with hearing or speaking. |
| | Calls to this number are not free. |
| **WEBSITE** | http://www.rrb.gov |

| **SECTION 8** | **Do you have "group insurance" or other health insurance from another employer/union/trust plan?** |
|---|---|

You (or your spouse) get benefits from your (or your spouse's) employer or retiree group. Call the employer/union benefits administrator or Customer Service if you have any questions. You can ask about your (or your spouse's) employer or retiree health benefits, premiums, or the enrollment period. (Phone numbers for Customer Service are printed on the back of your member ID card.)  You may also call 1-800-MEDICARE (1-800-633-4227; TTY: 1-877-486-2048) with questions related to your Medicare coverage under this plan.

If you have other prescription drug coverage through your (or your spouse's) employer or retiree group, please contact **that group's benefits administrator.** The benefits administrator can help you determine how your current prescription drug coverage will work with our plan.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 23 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 3. Using the plan's coverage for your medical services                    22

## Chapter 3.  Using the plan's coverage for your medical services

**SECTION 1    Things to know about getting your medical care covered as a member of our plan** ................................................................................................ **23**

　　　Section 1.1    What are "network providers" and "covered services"? ............... 23

　　　Section 1.2    Basic rules for getting your medical care covered by the plan ...... 23

**SECTION 2    Using network and out-of-network providers to get your medical care** ......... **24**

　　　Section 2.1    You may choose a Primary Care Provider (PCP) to provide and oversee your medical care ............................................................ 24

　　　Section 2.2    How to get care from specialists and other network providers ...... 25

　　　Section 2.3    How to get care from out-of-network providers ........................... 26

**SECTION 3    How to get covered services when you have an emergency or urgent need for care** ............................................................................................. **27**

　　　Section 3.1    Getting care if you have a medical emergency ............................. 27

　　　Section 3.2    Getting care when you have an urgent need for care ................... 28

**SECTION 4    What if you are billed directly for the full cost of your covered services?** ..... **29**

　　　Section 4.1    You can ask us to pay our share of the cost of covered services ... 29

　　　Section 4.2    If services are not covered by our plan, you must pay the full cost ................................................................................................ 29

**SECTION 5    How are your medical services covered when you are in a "clinical research study"?** ................................................................................... **29**

　　　Section 5.1    What is a "clinical research study"? ............................................ 29

　　　Section 5.2    When you participate in a clinical research study, who pays for what? ............................................................................................. 30

**SECTION 6    Rules for getting care covered in a "religious non-medical health care institution"** ................................................................................... **31**

　　　Section 6.1    What is a religious non-medical health care institution? ............... 31

　　　Section 6.2    What care from a religious non-medical health care institution is covered by our plan? ................................................................... 32

**SECTION 7    Rules for ownership of durable medical equipment** ..................................... **32**

　　　Section 7.1    Will you own the durable medical equipment after making a certain number of payments under our plan? ................................ 32

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 24 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 3. Using the plan's coverage for your medical services                    23

## SECTION 1          Things to know about getting your medical care covered as a member of our plan

This chapter explains what you need to know about using the plan to get your medical care coverage. It gives definitions of terms and explains the rules you will need to follow to get the medical treatments, services, and other medical care that are covered by the plan.

For the details on what medical care is covered by our plan and how much you pay when you get this care, use the benefits chart included with this *Evidence of Coverage.* It's described in Chapter 4 (*Medical Benefits Chart, what is covered and what you pay*). **This benefits chart is also referred to as Aetna's** *Schedule of Copayments/ Coinsurance*.

| Section 1.1 | What are "network providers" and "covered services"? |
|---|---|

Here are some definitions that can help you understand how you get the care and services that are covered for you as a member of our plan:

- **"Providers"** are doctors and other health care professionals licensed by the state to provide medical services and care. The term "providers" also includes hospitals and other health care facilities.
- **"Network providers"** are the doctors and other health care professionals, medical groups, hospitals, and other health care facilities that have an agreement with us to accept our payment and your cost-sharing amount as payment in full. We have arranged for these providers to deliver covered services to members in our plan. The providers in our network generally bill us directly for care they give you. When you see a network provider, you usually pay only your share of the cost for their services.
- **"Covered services"** include all the medical care, health care services, supplies, and equipment that are covered by our plan. Your covered services for medical care are listed in the benefits chart described in Chapter 4.

| Section 1.2 | Basic rules for getting your medical care covered by the plan |
|---|---|

As a Medicare health plan, our plan must cover all services covered by Original Medicare and must follow Original Medicare's coverage rules.

Our plan will generally cover your medical care as long as:

- **The care you receive is included in the plan's Medical Benefits Chart (Schedule of Copayments/Coinsurance)** included with this *Evidence of Coverage*).
- **The care you receive is considered medically necessary.** "Medically necessary" means that the services, supplies, or drugs are needed for the prevention, diagnosis, or treatment of your medical condition and meet accepted standards of medical practice.
- **You receive your care from a provider who is eligible to provide services under Original Medicare.** As a member of our plan, you can receive your care from either a

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 25 of 183

2015 Evidence of Coverage for Aetna Medicare^SM Plan (PPO)
Chapter 3. Using the plan's coverage for your medical services                                    24

network provider or an out-of-network provider (for more about this, see Section 2 in this chapter).

o   The providers in our network are listed in the *Provider Directory*.

o   **Please note:** While you can get your care from an out-of-network provider, the provider must be eligible to participate in Medicare and willing to accept our plan. Except for emergency care, we cannot pay a provider who is not eligible to participate in Medicare. If you go to a provider who is not eligible to participate in Medicare, you will be responsible for the full cost of the services you receive. Check with your provider before receiving services to confirm that they are eligible to participate in Medicare and willing to accept our plan.

| SECTION 2 | Using network and out-of-network providers to get your medical care |
| --- | --- |
| **Section 2.1** | **You may choose a Primary Care Provider (PCP) to provide and oversee your medical care** |

**What is a "PCP" and what does the PCP do for you?**

When you become a member of our plan, you do not have to choose a plan provider to be your Primary Care Provider (PCP), however, we encourage you to do so by contacting Customer Service at the number on your plan membership card and designating your choice of a PCP.  By having a PCP coordinate your care, you benefit from receiving care from a doctor that has a deeper understanding of your health care needs. A PCP is usually a physician who meets state requirements and is trained for and skilled in both disease prevention and the diagnosis and treatment of acute and chronic illnesses. The PCP is the entry point for most of your health care needs and they collaborate with other health professionals and coordinate your care with the appropriate specialists.

Depending on where you live, the following types of providers may act as a PCP:

•   General Practitioner
•   Internist
•   Family Practitioner
•   Geriatrician
•   Physician Assistants (Not available in all states)
•   Nurse Practitioners (Not available in all states)

Please refer to your *Provider Directory* or access our online *Provider Directory* (DocFind) at http://www.aetnaretireeplans.com for a complete listing of PCPs in your area.

**What is the role of a PCP in coordinating covered services?**

Your PCP will provide most of your care, and when you need more specialized services, they will coordinate with other providers. They will help you find a specialist and will arrange for covered services you get as a member of our plan. Some of the services that the PCP will coordinate include:

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 26 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 3. Using the plan's coverage for your medical services                           25

- x-rays;
- laboratory tests;
- therapies;
- care from doctors who are specialists;
- hospital admissions;
- follow-up care.

"Coordinating" your services includes checking or consulting with other plan providers about your care and how it is progressing. Since your PCP will provide and coordinate your medical care, we recommend that you have your past medical records sent to your PCP's office. In some cases, your PCP may need to get approval in advance from our Medical Management Department for certain types of services or tests (this is called getting "prior authorization"). Services and items requiring prior authorization are listed in Chapter 4.

**How do you choose your Network PCP?**
You may select a network PCP at the time of enrollment or at any other time. You can select your PCP by using the *Provider Directory,* by accessing our online *Provider Directory* (DocFind) at http://www.aetnaretireeplans.com, or getting help from Customer Service (phone numbers are on the back of your member ID card).

If there is a particular plan specialist or hospital that you want to use, check first to be sure that your PCP makes referrals to that specialist, or uses that hospital.

**Changing your Network PCP**
You may change your PCP for any reason, at any time. Also, it's possible that your PCP might leave our plan's network of providers and you would have to find a new PCP.

To change your PCP, call Customer Service at the number on the back of your member ID card **before** you set up an appointment with a new PCP. When you call, be sure to tell Customer Service if you are seeing specialists or currently getting other covered services that were coordinated by your PCP (such as home health services and durable medical equipment). They will check to see if the PCP you want to switch to is accepting new patients. Customer Service will change your membership record to show the name of your new PCP, let you know the effective date of your change request, and answer your questions about the change.

| Section 2.2 | How to get care from specialists and other network providers |
|---|---|

A specialist is a doctor who provides health care services for a specific disease or part of the body. There are many kinds of specialists. Here are a few examples:
- Oncologists care for patients with cancer.
- Cardiologists care for patients with heart conditions.
- Orthopedists care for patients with certain bone, joint, or muscle conditions.

As a member of our plan, you don't need to use a PCP to provide a referral. You may go directly to a network specialist. If you do choose to use a PCP, when your PCP thinks you may need

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 27 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 3. Using the plan's coverage for your medical services                    26

specialized treatment, your PCP will direct you to see a network plan specialist or other health care provider or facility.

For certain types of covered services or supplies, your network PCP or other network provider will need to get prior authorization (prior approval) from Aetna. These covered services are marked on the Benefits Chart included with this *Evidence of Coverage*.

**What if a specialist or another network provider leaves our plan?**
We may make changes to the hospitals, doctors, and specialists (providers) that are part of your plan during the year. There are a number of reasons why your provider might leave your plan but if your doctor or specialist does leave your plan you have certain rights and protections that are summarized below:

- Even though our network of providers may change during the year, Medicare requires that we furnish you with uninterrupted access to qualified doctors and specialists.
- When possible we will provide you with at least 30 days' notice that your provider is leaving your plan so that you have time to select a new provider.
- We will assist you in selecting a new qualified provider to continue managing your health care needs.
- If you are undergoing medical treatment you have the right to request, and we will work with you to ensure, that the medically necessary treatment you are receiving is not interrupted.
- If you believe we have not furnished you with a qualified provider to replace your previous provider or that your care is not being appropriately managed you have the right to file an appeal of our decision.
- If you find out that your doctor or specialist is leaving your plan please contact us so we can assist you in finding a new provider and managing your care.

You may contact Customer Service at the number on your ID card for assistance in selecting a new PCP or to identify other Aetna Medicare participating providers. You may also look up participating providers using DocFind, available on our website at http://www.aetnaretireeplans.com.

| Section 2.3 | How to get care from out-of-network providers |
| --- | --- |

As a member of our plan, you can choose to receive care from out-of-network providers. Our plan will cover services from either in-network or out-of-network providers, as long as the services are covered benefits and are medically necessary.  Here are other important things to know about using out-of-network providers:

- You can get your care from an out-of-network provider; however, in most cases that provider must be eligible to participate in Medicare and willing to accept our plan. Except for emergency care, we cannot pay a provider who is not eligible to participate in Medicare. If you receive care from a provider who is not eligible to participate in Medicare, you will be responsible for the full cost of the services you receive. Check with your provider before receiving services to confirm that they are eligible to participate in Medicare and willing to accept our plan.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 28 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 3. Using the plan's coverage for your medical services                    27

- You don't need to get a referral or prior authorization when you get care from out-of-network providers. However, before getting services from out-of-network providers you may want to ask for a pre-visit coverage decision to confirm that the services you are getting are covered and are medically necessary. (See Chapter 7, Section 4 for information about asking for coverage decisions.) This is important because:
  - Without a pre-visit coverage decision, if we later determine that the services are not covered or were not medically necessary, we may deny coverage and you will be responsible for the entire cost. If we say we will not cover your services, you have the right to appeal our decision not to cover your care. See Chapter 7 *(What to do if you have a problem or complaint)* to learn how to make an appeal.

- It is best to ask an out-of-network provider to bill the plan first. But, if you have already paid for the covered services, we will reimburse you for our share of the cost for covered services. Or if an out-of-network provider sends you a bill that you think we should pay, you can send it to us for payment. See Chapter 5 (*Asking us to pay our share of a bill you have received for covered medical services or drugs*) for information about what to do if you receive a bill or if you need to ask for reimbursement.

## SECTION 3      How to get covered services when you have an emergency or urgent need for care

### Section 3.1      Getting care if you have a medical emergency

**What is a "medical emergency" and what should you do if you have one?**
A **"medical emergency"** is when you, or any other prudent layperson with an average knowledge of health and medicine, believe that you have medical symptoms that require immediate medical attention to prevent loss of life, loss of a limb, or loss of function of a limb. The medical symptoms may be an illness, injury, severe pain, or a medical condition that is quickly getting worse.

If you have a medical emergency:
- **Get help as quickly as possible.** Call 911 for help or go to the nearest emergency room or hospital. Call for an ambulance if you need it. You do *not* need to get approval or a referral first from your PCP.
- **As soon as possible, make sure that our plan has been told about your emergency.** We need to follow up on your emergency care. You or someone else should call to tell us about your emergency care, usually within 48 hours. Please call Customer Service at the number on your member ID card.

**What is covered if you have a medical emergency?**
You may get covered emergency medical care whenever you need it, anywhere in the United States or its territories. Our plan covers ambulance services in situations where getting to the emergency room in any other way could endanger your health. For more information, see the Medical Benefits Chart included with this *Evidence of Coverage*.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 29 of 183

2015 Evidence of Coverage for Aetna Medicare$^{SM}$ Plan (PPO)
Chapter 3. Using the plan's coverage for your medical services                    28

Our plan also covers emergency medical care if you receive the care outside of the United States. Please see Chapter 4 for more information.

If you have an emergency, we will talk with the doctors who are giving you emergency care to help manage and follow up on your care. The doctors who are giving you emergency care will decide when your condition is stable and the medical emergency is over.

After the emergency is over you are entitled to follow-up care to be sure your condition continues to be stable. Your follow-up care will be covered by our plan.

**What if it wasn't a medical emergency?**
Sometimes it can be hard to know if you have a medical emergency. For example, you might go in for emergency care – thinking that your health is in serious danger – and the doctor may say that it wasn't a medical emergency after all. If it turns out that it was not an emergency, as long as you reasonably thought your health was in serious danger, we will cover your care.

In addition, after the doctor has said that it was *not* an emergency, the amount of cost-sharing that you pay will be the same whether you get the care from network providers or out-of-network providers.

| Section 3.2 | Getting care when you have an urgent need for care |
|---|---|

**What is "urgently needed care"?**
"Urgently needed care" is a non-emergency, unforeseen medical illness, injury, or condition that requires immediate medical care. The unforeseen condition could, for example, be an unforeseen flare-up of a known condition that you have.

**What if you are in the plan's service area when you have an urgent need for care?**
Our plan covers urgently needed care you receive from network or out-of-network providers at the same cost sharing amount.

When circumstances are unusual or extraordinary, proceed to the nearest urgent care center for immediate treatment.

**What if you are <u>outside</u> the plan's service area when you have an urgent need for care?**
When you are outside the service area, our plan covers urgently needed care you receive from network or out-of-network providers at the same cost-sharing amount.

Our plan covers urgently needed care if you receive the care outside of the United States.

| SECTION 4 | What if you are billed directly for the full cost of your covered services? |
|---|---|

| Section 4.1 | You can ask us to pay our share of the cost of covered services |
|---|---|

If you have paid more than your share for covered services, or if you have received a bill for the full cost of covered medical services, go to Chapter 5 (*Asking us to pay our share of a bill you have received for covered medical services*) for information about what to do.

| Section 4.2 | If services are not covered by our plan, you must pay the full cost |
|---|---|

Our plan covers all medical services that are medically necessary, are listed in the plan's Medical Benefits Chart (this chart is included with this *Evidence of Coverage*), and are obtained consistent with plan rules. You are responsible for paying the full cost of services that aren't covered by our plan, either because they are not plan covered services, or plan rules were not followed.

If you have any questions about whether we will pay for any medical service or care that you are considering, you have the right to ask us whether we will cover it before you get it. If we say we will not cover your services, you have the right to appeal our decision not to cover your care.

Chapter 7 (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*) has more information about what to do if you want a coverage decision from us or want to appeal a decision we have already made. You may also call Customer Service to get more information about how to do this (phone numbers are printed on the back of your member ID card).

For covered services that have a benefit limitation, you pay the full cost of any services you get after you have used up your benefit for that type of covered service. Paying for costs once a benefit limit has been reached will not count toward an out-of-pocket maximum limit. You can call Customer Service when you want to know how much of your benefit limit you have already used.

| SECTION 5 | How are your medical services covered when you are in a "clinical research study"? |
|---|---|

| Section 5.1 | What is a "clinical research study"? |
|---|---|

A clinical research study (also called a "clinical trial") is a way that doctors and scientists test new types of medical care, like how well a new cancer drug works. They test new medical care procedures or drugs by asking for volunteers to help with the study. This kind of study is one of the final stages of a research process that helps doctors and scientists see if a new approach works and if it is safe.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 31 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 3. Using the plan's coverage for your medical services                    30

Not all clinical research studies are open to members of our plan. Medicare first needs to approve the research study. If you participate in a study that Medicare has *not* approved, *you will be responsible for paying all costs for your participation in the study*.

Once Medicare approves the study, someone who works on the study will contact you to explain more about the study and see if you meet the requirements set by the scientists who are running the study. You can participate in the study as long as you meet the requirements for the study *and* you have a full understanding and acceptance of what is involved if you participate in the study.

If you participate in a Medicare-approved study, Original Medicare pays most of the costs for the covered services you receive as part of the study. When you are in a clinical research study, you may stay enrolled in our plan and continue to get the rest of your care (the care that is not related to the study) through our plan.

If you want to participate in a Medicare-approved clinical research study, you do *not* need to get approval from us. The providers that deliver your care as part of the clinical research study do *not* need to be part of our plan's network of providers.

Although you do not need to get our plan's permission to be in a clinical research study, **you do need to tell us before you start participating in a clinical research study.** Here is why you need to tell us:
1.      We can let you know whether the clinical research study is Medicare-approved.
2.      We can tell you what services you will get from clinical research study providers instead of from our plan.

If you plan on participating in a clinical research study, contact Customer Service (phone numbers are printed on the back of your member ID card).

| Section 5.2 | When you participate in a clinical research study, who pays for what? |
|---|---|

Once you join a Medicare-approved clinical research study, you are covered for routine items and services you receive as part of the study, including:
- Room and board for a hospital stay that Medicare would pay for even if you weren't in a study.
- An operation or other medical procedure if it is part of the research study.
- Treatment of side effects and complications of the new care.

Original Medicare pays most of the cost of the covered services you receive as part of the study. After Medicare has paid its share of the cost for these services, our plan will also pay for part of the costs. We will pay the difference between the cost-sharing in Original Medicare and your cost sharing as a member of our plan. This means you will pay the same amount for the services you receive as part of the study as you would if you received these services from our plan.

*Here's an example of how the cost-sharing works:* Let's say that you have a lab test that costs $100 as part of the research study. Let's also say that your share of the costs for this test is $20 under Original Medicare, but the test would be $10 under our plan's benefits. In this case, Original Medicare would pay $80 for the test and we would pay another $10. This means that you would pay $10, which is the same amount you would pay under our plan's benefits.

In order for us to pay for our share of the costs, you will need to submit a request for payment. With your request, you will need to send us a copy of your Medicare Summary Notices or other documentation that shows what services you received as part of the study and how much you owe. Please see Chapter 5 for more information about submitting requests for payment.

When you are part of a clinical research study, **neither Medicare nor our plan will pay for any of the following**:

- Generally, Medicare will *not* pay for the new item or service that the study is testing unless Medicare would cover the item or service even if you were *not* in a study.
- Items and services the study gives you or any participant for free.
- Items or services provided only to collect data, and not used in your direct health care. For example, Medicare would not pay for monthly CT scans done as part of the study if your medical condition would normally require only one CT scan.

**Do you want to know more?**

You can get more information about joining a clinical research study by reading the publication "Medicare and Clinical Research Studies" on the Medicare website (http://www.medicare.gov). You can also call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

## SECTION 6        Rules for getting care covered in a "religious non-medical health care institution"

### Section 6.1            What is a religious non-medical health care institution?

A religious non-medical health care institution is a facility that provides care for a condition that would ordinarily be treated in a hospital or skilled nursing facility care. If getting care in a hospital or a skilled nursing facility is against a member's religious beliefs, we will instead provide coverage for care in a religious non-medical health care institution. You may choose to pursue medical care at any time for any reason. This benefit is provided only for Part A inpatient services (non-medical health care services). Medicare will only pay for non-medical health care services provided by religious non-medical health care institutions.

Case 3:17-cv-00621-KAD    Document 1-3    Filed 04/13/17    Page 33 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 3. Using the plan's coverage for your medical services                    32

| Section 6.2 | What care from a religious non-medical health care institution is covered by our plan? |
|---|---|

To get care from a religious non-medical health care institution, you must sign a legal document that says you are conscientiously opposed to getting medical treatment that is "non-excepted."

- "Non-excepted" medical care or treatment is any medical care or treatment that is *voluntary* and *not required* by any federal, state, or local law.
- "Excepted" medical treatment is medical care or treatment that you get that is *not* voluntary or *is required* under federal, state, or local law.

To be covered by our plan, the care you get from a religious non-medical health care institution must meet the following conditions:

- The facility providing the care must be certified by Medicare.
- Our plan's coverage of services you receive is limited to *non-religious* aspects of care.
- If you get services from this institution that are provided to you in your home, our plan will cover these services only if your condition would ordinarily meet the conditions for coverage of services given by home health agencies that are not religious non-medical health care institutions.
- If you get services from this institution that are provided to you in a facility, the following condition applies:
  - You must have a medical condition that would allow you to receive covered services for inpatient hospital care or skilled nursing facility care.

Medicare Inpatient Hospital coverage limits apply. See the Benefits Chart included with this *Evidence of Coverage*.


## SECTION 7    Rules for ownership of durable medical equipment

| Section 7.1 | Will you own the durable medical equipment after making a certain number of payments under our plan? |
|---|---|

Durable medical equipment includes items such as oxygen equipment and supplies, wheelchairs, walkers, and hospital beds ordered by a provider for use in the home. Certain items, such as prosthetics, are always owned by the member. In this section, we discuss other types of durable medical equipment that must be rented.

In Original Medicare, people who rent certain types of durable medical equipment own the equipment after paying copayments for the item for 13 months. As a member of our plan, we will transfer ownership of certain durable medical equipment items. Call Customer Service (phone numbers are printed on the back cover of this booklet) to find out about the requirements you must meet and the documentation you need to provide.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 3. Using the plan's coverage for your medical services                33

**What happens to payments you have made for durable medical equipment if you switch to Original Medicare?**

<u>If you switch to Original Medicare after being a member of our plan:</u> If you did not acquire ownership of the durable medical equipment item while in our plan, you will have to make 13 new consecutive payments for the item while in Original Medicare in order to acquire ownership of the item. Your previous payments while in our plan do not count toward these 13 consecutive payments.

If you made payments for the durable medical equipment item under Original Medicare *before* you joined our plan, these previous Original Medicare payments also do not count toward the 13 consecutive payments. You will have to make 13 consecutive payments for the item under Original Medicare in order to acquire ownership. There are no exceptions to this case when you return to Original Medicare.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 35 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 4. Medical Benefits Chart (what is covered and what you pay)          34

# Chapter 4.  Medical Benefits Chart (what is covered and what you pay)

**SECTION 1**   **Understanding your out-of-pocket costs for covered services ........................ 35**

    Section 1.1   Types of out-of-pocket costs you may pay for your covered services ......................................................................... 35

    Section 1.2   What is your yearly plan deductible (if applicable)? ................... 35

    Section 1.3   What is the most you will pay for Medicare Part A and Part B covered medical services? ........................................... 36

    Section 1.4   Our plan does not allow providers to "balance bill" you ............. 36

**SECTION 2**   **Use the *Medical Benefits Chart* to find out what is covered for you and how much you will pay ........................................................................ 37**

    Section 2.1   Your medical benefits and costs as a member of the plan............ 37

**SECTION 3**   **What benefits are not covered by the plan? .................................................. 38**

    Section 3.1   Benefits we do *not* cover (exclusions) ......................................... 38

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 36 of 183

2015 Evidence of Coverage for Aetna Medicare^SM Plan (PPO)
Chapter 4. Medical Benefits Chart (what is covered and what you pay)                    35

## SECTION 1          Understanding your out-of-pocket costs for covered services

This chapter focuses on your covered services and what you pay for your medical benefits. It describes a Medical Benefits Chart that lists your covered services and shows how much you will pay for each covered service as a member of our plan. The Medical Benefits Chart is included with and is part of this *Evidence of Coverage*. (This Benefits Chart is also referred to as Aetna's Schedule of Copayments/Coinsurance.) Later in this chapter, you can find information about medical services that are not covered. It also explains limits on certain services.

| Section 1.1 | Types of out-of-pocket costs you may pay for your covered services |
| --- | --- |

To understand the payment information we give you in this chapter, you need to know about the types of out-of-pocket costs you may pay for your covered services.

- The **"deductible"** is the amount you must pay for medical services before our plan begins to pay its share. (Section 1.2 tells you more about your yearly plan deductible.)
- A **"copayment"** is the fixed amount you pay each time you receive certain medical services. You pay a copayment at the time you get the medical service. (The Medical Benefits Chart tells you more about your copayments.)
- **"Coinsurance"** is the percentage you pay of the total cost of certain medical services. You pay a coinsurance at the time you get the medical service. (The Medical Benefits Chart tells you more about your coinsurance.)

Some people qualify for State Medicaid programs to help them pay their out-of-pocket costs for Medicare. (These "Medicare Savings Programs" include the Qualified Medicare Beneficiary (QMB), Specified Low-Income Medicare Beneficiary (SLMB), Qualifying Individual (QI), and Qualified Disabled & Working Individuals (QDWI) programs.) If you are enrolled in one of these programs, you may still have to pay a copayment for the service, depending on the rules in your state.

| Section 1.2 | What is your yearly plan deductible (if applicable)? |
| --- | --- |

Your plan may include a deductible amount for services received from both in-network providers and out-of-network providers. Your plan's yearly deductible (if applicable) is shown on page 1 of the Medical Benefits Chart (Schedule of Copayments/Coinsurance) included with this *Evidence of Coverage*. This is the amount you have to pay out-of-pocket before our plan pays its share for your covered medical services.

The deductible does not apply to some services, including certain preventive services. This means that we will pay our share of the costs for these services even if you haven't paid your yearly deductible yet. Refer to page 1 of the Medical Benefits Chart for a full list of services that are not subject to the plan deductible.

Until you have paid the deductible amount, you must pay the full cost for most of your covered services. Once you have paid your deductible, we will begin to pay our share of the costs for covered medical services and you will pay your share (your copayment or coinsurance amount) for the rest of the calendar year.

| Section 1.3 | What is the most you will pay for Medicare Part A and Part B covered medical services? |
|---|---|

Under our plan, there are two different limits on what you have to pay out-of-pocket for covered medical services.  These amounts are shown on page 1 of your Medical Benefits Chart.

- Your **in-network maximum out-of-pocket amount.** This is the most you pay during the calendar year for covered Medicare Part A and Part B services received from in-network providers.  The amounts you pay for deductibles, if applicable, copayments, and coinsurance for covered services from in-network providers count toward this in-network maximum out-of-pocket amount. (The amounts you pay for plan premiums and services received from out-of-network providers do not count toward your in-network maximum out-of-pocket amount. In addition, amounts you pay for some services do not count toward your in-network maximum out-of-pocket amount. These services are noted in the Medical Benefits Chart.) If you have paid the maximum out-of-pocket amount for covered Part A and Part B services from in-network providers, you will not have any out-of-pocket costs for the rest of the year when you see our network providers. However, you must continue to pay your plan premium and the Medicare Part B premium (unless your Part B premium is paid for you by Medicaid or another third party).

- Your **combined maximum out-of-pocket amount.** This is the most you pay during the calendar year for covered Medicare Part A and Part B services received from both in-network and out-of-network providers.  The amounts you pay for deductibles, if applicable, copayments, and coinsurance for covered services count toward this combined maximum out-of-pocket amount. (The amounts you pay for your plan premiums do not count toward your combined maximum out-of-pocket amount. In addition, amounts you pay for some services do not count toward your combined maximum out-of-pocket amount. These services are noted in the Medical Benefits Chart.) If you have paid the combined maximum out-of-pocket amount for covered services, you will have 100% coverage and will not have any out-of-pocket costs for the rest of the year for covered Part A and Part B services. However, you must continue to pay your plan premium and the Medicare Part B premium (unless your Part B premium is paid for you by Medicaid or another third party).

| Section 1.4 | Our plan does not allow providers to "balance bill" you |
|---|---|

As a member of our plan, an important protection for you is that, after you meet any deductibles, if applicable, you only have to pay your cost-sharing amount when you get services covered by our plan. We do not allow providers to add additional separate charges, called "balance billing." This protection (that you never pay more than your cost-sharing amount) applies even if we pay the provider less than the provider charges for a service and even if there is a dispute and we don't pay certain provider charges.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 38 of 183

2015 Evidence of Coverage for Aetna Medicare$^{SM}$ Plan (PPO)
Chapter 4. Medical Benefits Chart (what is covered and what you pay)          37

Here is how this protection works.

- If your cost-sharing is a copayment (a set amount of dollars, for example, $15.00), then you pay only that amount for any covered services from a network provider.
- If your cost-sharing is a coinsurance (a percentage of the total charges), then you never pay more than that percentage. However, your cost depends on which type of provider you see:
    o If you obtain covered services from a network provider, you pay the coinsurance percentage multiplied by the plan's reimbursement rate (as determined in the contract between the provider and the plan).
    o If you obtain covered services from an out-of-network provider who participates with Medicare, you pay the coinsurance percentage multiplied by the Medicare payment rate for participating providers.
    o If you obtain covered services from an out-of-network provider who does not participate with Medicare, then you pay the coinsurance amount multiplied by the Medicare payment rate for non-participating providers.

| SECTION 2 | Use the *Medical Benefits Chart* to find out what is covered for you and how much you will pay |
|---|---|
| **Section 2.1** | **Your medical benefits and costs as a member of the plan** |

The Medical Benefits Chart (also referred to as the Aetna Schedule of Copayments/ Coinsurance) included with this *Evidence of Coverage* lists the services our plan covers and what you pay out-of-pocket for each service. The services listed in the Medical Benefits Chart are covered only when the following coverage requirements are met:

- Your Medicare covered services must be provided according to the coverage guidelines established by Medicare.
- Your services (including medical care, services, supplies, and equipment) *must* be medically necessary. "Medically necessary" means that the services, supplies, or drugs are needed for the prevention, diagnosis, or treatment of your medical condition and meet accepted standards of medical practice.
- Some of the services listed in the Medical Benefits Chart are covered as in-network services *only* if your doctor or other network provider gets approval in advance (sometimes called "prior authorization") from our plan.
    o Covered services that need approval in advance to be covered as in-network services are marked by an asterisk and footnote in the Medical Benefits Chart.
    o You never need approval in advance for out-of-network services from out-of-network providers.
    o While you don't need approval in advance for out-of-network services, you or your doctor can ask us to make a coverage decision in advance.

Other important things to know about our coverage:
- For benefits where your cost-sharing is a coinsurance percentage, the amount you pay

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 39 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 4. Medical Benefits Chart (what is covered and what you pay)          38

depends on what type of provider you receive the services from:

- o   If you receive the covered services from a network provider, you pay the coinsurance percentage multiplied by the plan's reimbursement rate (as determined in the contract between the provider and the plan)
- o   If you receive the covered services from an out-of-network provider who participates with Medicare, you pay the coinsurance percentage multiplied by the Medicare payment rate for participating providers,
- o   If you receive the covered services from an out-of-network provider who does not participate with Medicare, you pay the coinsurance percentage multiplied by the Medicare payment rate for non-participating providers.

- Like all Medicare health plans, we cover everything that Original Medicare covers. For some of these benefits, you pay *more* in our plan than you would in Original Medicare. For others, you pay *less.* (If you want to know more about the coverage and costs of Original Medicare, look in your *Medicare & You 2015* Handbook. View it online at http://www.medicare.gov or ask for a copy by calling 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.)
- For all preventive services that are covered at no cost under Original Medicare, we also cover the service at no cost to you. However, if you also are treated or monitored for an existing medical condition during the visit when you receive the preventive service, a copayment/coinsurance will apply for the care received for the existing medical condition.
- Sometimes, Medicare adds coverage under Original Medicare for new services during the year. If Medicare adds coverage for any services during 2015, either Medicare or our plan will cover those services.

See the Medical Benefits Chart (also referred to as Aetna's Schedule of Copayments/Coinsurance) included with this *Evidence of Coverage* for details.

## SECTION 3          What benefits are not covered by the plan?

| Section 3.1 | Benefits we do *not* cover (exclusions) |
|---|---|

This section tells you what kinds of benefits are "excluded." Excluded means that the plan doesn't cover these benefits.

The list below describes some services and items that aren't covered under any conditions and some that are excluded only under specific conditions.

If you get benefits that are excluded, you must pay for them yourself. We won't pay for the excluded medical benefits listed in this section (or elsewhere in this booklet), and neither will Original Medicare. The only exception: If a benefit on the exclusion list is found upon appeal to be a medical benefit that we should have paid for or covered because of your specific situation. (For information about appealing a decision we have made to not cover a medical service, go to Chapter 7, Section 5.3 in this booklet.)

In addition to any exclusions or limitations described in the Benefits Chart, or anywhere else in this *Evidence of Coverage,* **the following items and services aren't covered under Original Medicare or by our plan:**

- Services considered not reasonable and necessary, according to the standards of Original Medicare, unless these services are listed by our plan as covered services.

- Experimental medical and surgical procedures, equipment and medications, unless covered by Original Medicare or under a Medicare-approved clinical research study or by our plan. (See Chapter 3, Section 5 for more information on clinical research studies.) Experimental procedures and items are those items and procedures determined by our plan and Original Medicare to not be generally accepted by the medical community.

- Surgical treatment for morbid obesity, except when it is considered medically necessary and covered under Original Medicare.

- Private room in a hospital, except when it is considered medically necessary.

- Private duty nurses unless purchased as additional plan coverage by your employer/union/trust group plan.

- Personal items in your room at a hospital or a skilled nursing facility, such as a telephone or a television.

- Full-time nursing care in your home.

- Custodial care is care provided in a nursing home, hospice, or other facility setting when you do not require skilled medical care or skilled nursing care. Custodial care is personal care that does not require the continuing attention of trained medical or paramedical personnel, such as care that helps you with activities of daily living, such as bathing or dressing.

- Homemaker services include basic household assistance, including light housekeeping or light meal preparation.

- Fees charged by your immediate relatives or members of your household.

- Meals delivered to your home.

- Elective or voluntary enhancement procedures or services (including weight loss, hair growth, sexual performance, athletic performance, cosmetic purposes, anti-aging and mental performance), except when medically necessary.

- Cosmetic surgery or procedures, unless because of an accidental injury or to improve a malformed part of the body. However, all stages of reconstruction are covered for a breast after a mastectomy, as well as for the unaffected breast to produce a symmetrical appearance.

- Routine dental care, such as cleanings, fillings or dentures. However, non-routine dental care required to treat illness or injury may be covered as inpatient or outpatient care.

- Chiropractic care, other than manual manipulation of the spine consistent with Medicare coverage guidelines unless purchased as additional plan coverage by your employer/union/trust group plan.

- Routine foot care, except for the limited coverage provided according to Medicare guidelines unless purchased as additional plan coverage by your employer/union/trust group plan.

- Orthopedic shoes, unless the shoes are part of a leg brace and are included in the cost of the brace or the shoes are for a person with diabetic foot disease, unless purchased as additional plan coverage by your employer/union/trust group plan.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 41 of 183

2015 Evidence of Coverage for Aetna Medicare^SM Plan (PPO)
Chapter 4. Medical Benefits Chart (what is covered and what you pay)          40

- Supportive devices for the feet, except for orthopedic or therapeutic shoes for people with diabetic foot disease, unless purchased as additional plan coverage by your employer/union/trust group plan.
- Routine hearing exams, hearing aids, or exams to fit hearing aids (unless specifically listed in the Benefits Chart).
- Eyeglasses, routine eye examinations, (unless specifically listed in the Benefits Chart,) radial keratotomy, LASIK surgery, vision therapy and other low vision aids. However, eyeglasses are covered for people after cataract surgery.
  - When eyeglasses are provided after cataract surgery, some service extras are not covered.  Non-covered extras may include, but are not limited to:
    - Anti-reflective or scratch resistant coatings
    - oversize or progressive lenses
    - deluxe frames
    - tinting
    - U-V lenses
- Outpatient prescription drugs
- Reversal of sterilization procedures, sex change operations, and non-prescription contraceptive supplies.
- Acupuncture (unless specifically listed in the Benefits Chart).
- Naturopath services (uses natural or alternative treatments).
- Services provided to veterans in Veterans Affairs (VA) facilities. However, when emergency services are received at VA hospital and the VA cost sharing is more than the cost-sharing under our plan, we will reimburse veterans for the difference. Members are still responsible for our cost-sharing amounts.

The plan will not cover the excluded services listed above. Even if you receive the services at an emergency facility, the excluded services are still not covered.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 42 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 5. Asking us to pay our share of a bill you have received for covered medical services 41

# Chapter 5.   Asking us to pay our share of a bill you have received for covered medical services

**SECTION 1   Situations in which you should ask us to pay our share of the cost of your covered services** ..................................................... **42**

    Section 1.1   If you pay our plan's share of the cost of your covered services, or if you receive a bill, you can ask us for payment ..................... 42

**SECTION 2   How to ask us to pay you back or to pay a bill you have received** .................. **43**

    Section 2.1   How and where to send us your request for payment ................. 43

**SECTION 3   We will consider your request for payment and say yes or no** ....................... **44**

    Section 3.1   We check to see whether we should cover the service and how much we owe ...................................................................... 44

    Section 3.2   If we tell you that we will not pay for all or part of the medical care, you can make an appeal ...................................... 44

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 43 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 5. Asking us to pay our share of a bill you have received for covered medical services 42

| SECTION 1 | Situations in which you should ask us to pay our share of the cost of your covered services |
|---|---|
| **Section 1.1** | **If you pay our plan's share of the cost of your covered services, or if you receive a bill, you can ask us for payment** |

Sometimes when you get medical care, you may need to pay the full cost right away. Other times, you may find that you have paid more than you expected under the coverage rules of the plan. In either case, you can ask our plan to pay you back (paying you back is often called "reimbursing" you). It is your right to be paid back by our plan whenever you've paid more than your share of the cost for medical services that are covered by our plan.

There may also be times when you get a bill from a provider for the full cost of medical care you have received. In many cases, you should send this bill to us instead of paying it. We will look at the bill and decide whether the services should be covered. If we decide they should be covered, we will pay the provider directly.

Here are examples of situations in which you may need to ask our plan to pay you back or to pay a bill you have received:

1.  **When you've received medical care from a provider who is not in our plan's network**

     When you received care from a provider who is not part of our network, you are only responsible for paying your share of the cost, not for the entire cost. You should ask the provider to bill the plan for our share of the cost.

     - If you pay the entire amount yourself at the time you receive the care, you need to ask us to pay you back for our share of the cost. Send us the bill, along with documentation of any payments you have made.

     - At times you may get a bill from the provider asking for payment that you think you do not owe. Send us this bill, along with documentation of any payments you have already made.
         - If the provider is owed anything, we will pay the provider directly.
         - If you have already paid more than your share of the cost of the service, we will determine how much you owed and pay you back for our share of the cost.

     - **Please note:** While you can get your care from an out-of-network provider, the provider must be eligible to participate in Medicare and willing to accept our plan. Except for emergency care, we cannot pay a provider who is not eligible to participate in Medicare. If the provider is not eligible to participate in Medicare, you will be responsible for the full cost of the services you receive.

2.  **When a network provider sends you a bill you think you should not pay**

     Network providers should always bill the plan directly, and ask you only for your share of the cost. But sometimes they make mistakes, and ask you to pay more than your share.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 44 of 183

2015 Evidence of Coverage for Aetna Medicare^SM Plan (PPO)
Chapter 5. Asking us to pay our share of a bill you have received for covered medical services 43

- You only have to pay your cost-sharing amount when you get services covered by our plan. We do not allow providers to add additional separate charges, called "balance billing." This protection (that you never pay more than your cost-sharing amount) applies even if we pay the provider less than the provider charges for a service and even if there is a dispute and we don't pay certain provider charges. For more information about "balance billing," go to Chapter 4, Section 1.4.
- Whenever you get a bill from a network provider that you think is more than you should pay, send us the bill. We will contact the provider directly and resolve the billing problem.
- If you have already paid a bill to a network provider, but you feel that you paid too much, send us the bill along with documentation of any payment you have made and ask us to pay you back the difference between the amount you paid and the amount you owed under the plan.

**3.** **If you are retroactively enrolled in our plan.**

Sometimes a person's enrollment in the plan is retroactive. (Retroactive means that the first day of their enrollment has already passed. The enrollment date may even have occurred last year.)

If you were retroactively enrolled in our plan and you paid out-of-pocket for any of your covered services after your enrollment date, you can ask us to pay you back for our share of the costs. You will need to submit paperwork for us to handle the reimbursement.

- Please call Customer Service for additional information about how to ask us to pay you back and deadlines for making your request. (Phone numbers for Customer Service are printed on the back of your member ID card.)

All of the examples above are types of coverage decisions. This means that if we deny your request for payment, you can appeal our decision. Chapter 7 of this booklet (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*) has information about how to make an appeal.

## SECTION 2      How to ask us to pay you back or to pay a bill you have received

| Section 2.1 | How and where to send us your request for payment |
|---|---|

Send us your request for payment, along with your bill and documentation of any payment you have made. It's a good idea to make a copy of your bill and receipts for your records.

Mail your request for payment together with any bills or receipts to us at the address below.

      Aetna Life Insurance Company
      P.O. Box 981106
      El Paso, TX 79998-1106

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 5. Asking us to pay our share of a bill you have received for covered medical services 44

You must submit your claim to us within one calendar year of the date you received the service or item.

Contact Customer Service if you have any questions (phone numbers are printed on the back of your member ID card). If you don't know what you should have paid, or you receive bills and you don't know what to do about those bills, we can help. You can also call if you want to give us more information about a request for payment you have already sent to us.

| SECTION 3 | We will consider your request for payment and say yes or no |
|---|---|

| Section 3.1 | We check to see whether we should cover the service and how much we owe |
|---|---|

When we receive your request for payment, we will let you know if we need any additional information from you. Otherwise, we will consider your request and make a coverage decision.

- If we decide that the medical care is covered and you followed all the rules for getting the care, we will pay for our share of the cost. If you have already paid for the service, we will mail your reimbursement of our share of the cost to you. If you have not paid for the service yet, we will mail the payment directly to the provider. (Chapter 3 explains the rules you need to follow for getting your medical services covered.)
- If we decide that the medical care is *not* covered, or you did *not* follow all the rules, we will not pay for our share of the cost. Instead, we will send you a letter that explains the reasons why we are not sending the payment you have requested and your rights to appeal that decision.

| Section 3.2 | If we tell you that we will not pay for all or part of the medical care, you can make an appeal |
|---|---|

If you think we have made a mistake in turning down your request for payment or you don't agree with the amount we are paying, you can make an appeal. If you make an appeal, it means you are asking us to change the decision we made when we turned down your request for payment.

For the details on how to make this appeal, go to Chapter 7 of this booklet (*What to do if you have a problem or complaint (coverage decisions, appeals, complaints)*). The appeals process is a formal process with detailed procedures and important deadlines. If making an appeal is new to you, you will find it helpful to start by reading Section 4 of Chapter 7. Section 4 is an introductory section that explains the process for coverage decisions and appeals and gives definitions of terms such as "appeal."  Then after you have read Section 4, you can go to Section 5.3 in Chapter 7 that tells what to do if you want to make an appeal about getting paid back for a medical service.

# Chapter 6.   Your rights and responsibilities

**SECTION 1   Our plan must honor your rights as a member of the plan ........................... 46**

Section 1.1    We must provide information in a way that works for you (in languages other than English, in Braille, in large print, or other alternate formats, etc.) .................................................................. 46

Sección 1.1    Estamos obligados a ofrecerle la información en una forma que le convenga (en idiomas diferentes al inglés, braille, impresión en letra grande, u otras variantes de formatos, etc.)...................... 46

Section 1.2    We must treat you with fairness and respect at all times.............. 46

Section 1.3    We must ensure that you get timely access to your covered services ...................................................................................... 47

Section 1.4    We must protect the privacy of your personal health information.................................................................................. 47

Section 1.5    We must give you information about the plan, its network of providers, and your covered services ....................................... 52

Section 1.6    We must support your right to make decisions about your care.... 54

Section 1.7    You have the right to make complaints and to ask us to reconsider decisions we have made .............................................. 55

Section 1.8    What can you do if you believe you are being treated unfairly or your rights are not being respected?........................................ 56

Section 1.9    How to get more information about your rights .......................... 56

**SECTION 2   You have some responsibilities as a member of the plan ................................ 56**

Section 2.1    What are your responsibilities?.................................................... 56

**SECTION 3   Fraud, waste and abuse – What you can do to protect your identity and benefits ............................................................................................................. 58**

| SECTION 1 | Our plan must honor your rights as a member of the plan |
|---|---|

| Section 1.1 | We must provide information in a way that works for you (in languages other than English, in Braille, in large print, or other alternate formats, etc.) |
|---|---|

To get information from us in a way that works for you, please call Customer Service (phone numbers are printed on the back of your member ID card).

Our plan has people and free language interpreter services available to answer questions from non-English speaking members. We can also give you information in Braille, in large print, or other alternate formats if you need it. If you are eligible for Medicare because of a disability, we are required to give you information about the plan's benefits that is accessible and appropriate for you.

If you have any trouble getting information from our plan because of problems related to language or a disability, please call Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week, and tell them that you want to file a complaint. TTY users call 1-877-486-2048.

| Sección 1.1 | Estamos obligados a ofrecerle la información en una forma que le convenga (en idiomas diferentes al inglés, braille, impresión en letra grande, u otras variantes de formatos, etc.) |
|---|---|

Para que le enviemos la información en la forma en que más le conviene, llame a Servicio al Cliente (los números de teléfono aparecen en el dorso de su tarjeta de identificación de miembro).

Nuestro plan dispone de personal y servicios gratuitos de intérpretes para atender las preguntas de los afiliados que no hablan inglés.  Disponemos asimismo de muchos documentos en español. También podemos ofrecerle información en braille, impresa en letras grandes u otras variantes de formato, si la necesita. Si usted es elegible para Medicare debido a una discapacidad, estamos obligados a darle la información de los beneficios del plan de forma accesible y conveniente.

Si tiene algún problema en conseguir la información de nuestro plan debido al idioma o una discapacidad, llame a Medicare al 1-800-MEDICARE (1-800-633-4227), las 24 horas del día, los 7 días de la semana, y dígales que quiere presentar una queja. Las personas que utilizan dispositivos TTY llaman al 1-877-486-2048.

| Section 1.2 | We must treat you with fairness and respect at all times |
|---|---|

**You have the right to be treated with respect and recognition of your dignity and your right to privacy.** Our plan must obey laws that protect you from discrimination or unfair treatment. **We do not discriminate** based on a person's race, ethnicity, national origin, religion,

gender, age, mental or physical disability, health status, claims experience, medical history, genetic information, evidence of insurability, or geographic location within the service area.

If you want more information or have concerns about discrimination or unfair treatment, please call the Department of Health and Human Services' **Office for Civil Rights** 1-800-368-1019 (TTY 1-800-537-7697) or your local Office for Civil Rights.

If you have a disability and need help with access to care, please call us at Customer Service (phone numbers are printed on the back of your member ID card). If you have a complaint, such as a problem with wheelchair access, Customer Service can help.

| Section 1.3 | We must ensure that you get timely access to your covered services |
|---|---|

You have the right to choose a provider for your care.

As a plan member, you have the right to get appointments and covered services from your providers *within a reasonable amount of time*. This includes the right to get timely services from specialists when you need that care.

If you think that you are not getting your medical care within a reasonable amount of time, Chapter 7, Section 9 of this booklet tells what you can do. (If we have denied coverage for your medical care and you don't agree with our decision, Chapter 7, Section 4 tells what you can do.)

| Section 1.4 | We must protect the privacy of your personal health information |
|---|---|

Federal and state laws protect the privacy of your medical records and personal health information. We protect your personal health information as required by these laws.

- Your "personal health information" includes the personal information you gave us when you enrolled in this plan as well as your medical records and other medical and health information.
- The laws that protect your privacy give you rights related to getting information and controlling how your health information is used. We give you a written notice, called a "Notice of Privacy Practice," that tells about these rights and explains how we protect the privacy of your health information.

**How do we protect the privacy of your health information?**

- We make sure that unauthorized people don't see or change your records.
- In most situations, if we give your health information to anyone who isn't providing your care or paying for your care, *we are required to get written permission from you first.* Written permission can be given by you or by someone you have given legal power to make decisions for you.
- There are certain exceptions that do not require us to get your written permission first. These exceptions are allowed or required by law.
  - For example, we are required to release health information to government agencies that are checking on quality of care.

 o  Because you are a member of our plan through Medicare, we are required to give Medicare your health information. If Medicare releases your information for research or other uses, this will be done according to federal statutes and regulations.

**You can see the information in your records and know how it has been shared with others**
You have the right to look at your medical records held at the plan, and to get a copy of your records. We are allowed to charge you a fee for making copies. You also have the right to ask us to make additions or corrections to your medical records. If you ask us to do this, we will work with your health care provider to decide whether the changes should be made.

You have the right to know how your health information has been shared with others for any purposes that are not routine.

If you have questions or concerns about the privacy of your personal health information, please call Customer Service (phone numbers are printed on the back of your member ID card).

## Notice of Privacy Practices

*Para recibir esta notificación en español por favor llamar al número gratuito de Member Services (Servicios a Miembros) que figura en su tarjeta de identificación.*

This Notice of Privacy Practices applies to Aetna's insured health benefit plans.  It does not apply to any plans that are self-funded by an employer.  If you receive benefits through a group health insurance plan, your employer will be able to tell you if your plan is insured or self-funded.  If your plan is self-funded, you may want to ask for a copy of your employer's privacy notice.

*This notice describes how medical information about you may be used and disclosed and how you can get access to this information.*
*Please review it carefully.*

Aetna[1] considers personal information to be confidential. We protect the privacy of that information in accordance with federal and state privacy laws, as well as our own company privacy policies.

This notice describes how we may use and disclose information about you in administering your benefits, and it explains your legal rights regarding the information.

---

[1] For purposes of this notice, "Aetna" and the pronouns "we," "us" and "our" refer to all of the HMO and licensed insurer subsidiaries of Aetna Inc., including the entities listed at the end of this section 1.4. These entities have been designated as a single affiliated covered entity for federal privacy purposes.

When we use the term "personal information," we mean information that identifies you as an individual, such as your name and Social Security Number, as well as financial, health and other information about you that is nonpublic, and that we obtain so we can provide you with insurance coverage. By "health information," we mean information that identifies you and relates to your medical history (i.e., the health care you receive or the amounts paid for that care).

This notice became effective on April 26, 2013.

### How Aetna Uses and Discloses Personal Information

In order to provide you with insurance coverage, we need personal information about you, and we obtain that information from many different sources – particularly you, your employer or benefits plan sponsor if applicable, other insurers, HMOs or third-party administrators (TPAs), and health care providers. In administering your health benefits, we may use and disclose personal information about you in various ways, including:

**Health Care Operations:** We may use and disclose personal information during the course of running our health business – that is, during operational activities such as quality assessment and improvement; licensing; accreditation by independent organizations; performance measurement and outcomes assessment; health services research; and preventive health, disease management, case management and care coordination. For example, we may use the information to provide disease management programs for members with specific conditions, such as diabetes, asthma or heart failure. Other operational activities requiring use and disclosure include administration of reinsurance and stop loss; underwriting and rating; detection and investigation of fraud; administration of pharmaceutical programs and payments; transfer of policies or contracts from and to other health plans; facilitation of a sale, transfer, merger or consolidation of all or part of Aetna with another entity (including due diligence related to such activity); and other general administrative activities, including data and information systems management, and customer service.

**Payment:** To help pay for your covered services, we may use and disclose personal information in a number of ways – in conducting utilization and medical necessity reviews; coordinating care; determining eligibility; determining formulary compliance; collecting premiums; calculating cost-sharing amounts; and responding to complaints, appeals and requests for external review. For example, we may use your medical history and other health information about you to decide whether a particular treatment is medically necessary and what the payment should be – and during the process, we may disclose information to your provider. We also mail Explanation of Benefits forms and other information to the address we have on record for the subscriber (i.e., the primary insured). In addition, we make claims information contained on our Aetna Navigator$^{TM}$ health site and telephonic claims status sites available to the subscriber and all covered dependents.  We also use personal information to obtain payment for any mail order pharmacy services provided to you.

**Treatment:** We may disclose information to doctors, dentists, pharmacies, hospitals and other health care providers who take care of you. For example, doctors may request medical information from us to supplement their own records. We also may use personal information in

providing mail order pharmacy services and by sending certain information to doctors for patient safety or other treatment-related reasons.

**Disclosures to Other Covered Entities:** We may disclose personal information to other covered entities, or business associates of those entities for treatment, payment and certain health care operations purposes.  For example, if you receive benefits through a group health insurance plan, we may disclose personal information to other health plans maintained by your employer if it has been arranged for us to do so in order to have certain expenses reimbursed.

**Additional Reasons for Disclosure**
We may use or disclose personal information about you in providing you with treatment alternatives, treatment reminders, or other health-related benefits and services. We also may disclose such information in support of:

- **Plan Administration** – to your employer (for group health insurance plans), when we have been informed that appropriate language has been included in your plan documents, or when summary data is disclosed to assist in bidding or amending a group health plan.
- **Research** – to researchers, provided measures are taken to protect your privacy.
- **Business Partners** – to persons who provide services to us and assure us they will protect the information.
- **Industry Regulation** – to state insurance departments, boards of pharmacy, U.S. Food and Drug Administration, U.S. Department of Labor and other government agencies that regulate us.
- **Law Enforcement** – to federal, state and local law enforcement officials.
- **Legal Proceedings** – in response to a court order or other lawful process.
- **Public Welfare** – to address matters of public interest as required or permitted by law (e.g., child abuse and neglect, threats to public health and safety, and national security).

**Disclosure to Others Involved in Your Health Care**
We may disclose health information about you to a relative, a friend, the subscriber of your health benefits plan or any other person you identify, provided the information is directly relevant to that person's involvement with your health care or payment for that care. For example, if a family member or a caregiver calls us with prior knowledge of a claim, we may confirm whether or not the claim has been received and paid. You have the right to stop or limit this kind of disclosure by calling the toll-free Member Services number on your ID card.

If you are a minor, you also may have the right to block parental access to your health information in certain circumstances, if permitted by state law. You can contact us using the toll-free Member Services number on your ID card – or have your provider contact us.

**Uses and Disclosures Requiring Your Written Authorization**
In all situations other than those described above, we will ask for your written authorization before using or disclosing personal information about you. For example, we will get your authorization:

- for marketing purposes that are unrelated to your benefit plan(s),
- before disclosing any psychotherapy notes,
- related to the sale of your health information, and

- for other reasons as required by law.

If you have given us an authorization, you may revoke it at any time, if we have not already acted on it. If you have questions regarding authorizations, please call the toll-free Member Services number on your ID card.

**Your Legal Rights**
The federal privacy regulations give you several rights regarding your health information:

- You have the right to ask us to communicate with you in a certain way or at a certain location. For example, if you are covered as an adult dependent, you might want us to send health information to a different address from that of your subscriber. We will accommodate reasonable requests.
- You have the right to ask us to restrict the way we use or disclose health information about you in connection with health care operations, payment and treatment. We will consider, but may not agree to, such requests. You also have the right to ask us to restrict disclosures to persons involved in your health care.
- You have the right to ask us to obtain a copy of health information that is contained in a "designated record set" – medical records and other records maintained and used in making enrollment, payment, claims adjudication, medical management and other decisions. We may ask you to make your request in writing, may charge a reasonable fee for producing and mailing the copies and, in certain cases, may deny the request.
- You have the right to ask us to amend health information that is in a "designated record set." Your request must be in writing and must include the reason for the request. If we deny the request, you may file a written statement of disagreement.
- You have the right to ask us to provide a list of certain disclosures we have made about you, such as disclosures of health information to government agencies that license us. Your request must be in writing. If you request such an accounting more than once in a 12-month period, we may charge a reasonable fee.
- You have the right to be notified following a breach involving your health information.
- You have the right to know the reasons for an unfavorable underwriting decision. Previous unfavorable underwriting decisions may not be used as the basis for future underwriting decisions unless we make an independent evaluation of the basic facts. Your genetic information cannot be used for underwriting purposes.
- You have the right with very limited exceptions, not to be subjected to pretext interviews.[2]

You may make any of the requests described above (if applicable), may request a paper copy of this notice, or ask questions regarding this notice by calling the toll-free Member Services number on your ID card.

_____
[2] Aetna does not participate in pretext interviews.

You also have the right to file a complaint if you think your privacy rights have been violated. To do so, please send your inquiry to the following address:

> HIPAA Member Rights Team
> Aetna Inc.
> 151 Farmington Avenue RT65
> Hartford, CT 06156

You also may write to the Secretary of the U.S. Department of Health and Human Services. You will not be penalized for filing a complaint.

**Aetna's Legal Obligations**

The federal privacy regulations require us to keep personal information about you private, to give you notice of our legal duties and privacy practices, and to follow the terms of the notice currently in effect.

**Safeguarding Your Information**

We guard your information with administrative, technical, and physical safeguards to protect it against unauthorized access and against threats and hazards to its security and integrity. We comply with all applicable state and federal law pertaining to the security and confidentiality of personal information.

**This Notice is Subject to Change**

We may change the terms of this notice and our privacy policies at any time. If we do, the new terms and policies will be effective for all of the information that we already have about you, as well as any information that we may receive or hold in the future.

Please note that we do not destroy personal information about you when you terminate your coverage with us. It may be necessary to use and disclose this information for the purposes described above even after your coverage terminates, although policies and procedures will remain in place to protect against inappropriate use or disclosure.

*Coverage may be underwritten or administered by one or more of the following companies: Aetna Health Inc.; Aetna Health of California Inc.; Aetna Dental of California Inc.; Aetna Health of the Carolinas Inc.; Aetna Health of Illinois Inc.; Aetna Dental Inc.; Aetna Health of Washington Inc.; Aetna Life Insurance Company; Aetna Insurance Company of Connecticut; Aetna Health Insurance Company of Connecticut; and Aetna Health Insurance Company of New York. Mail order pharmacy services may be provided by Aetna Rx Home Delivery, LLC.*

| Section 1.5 | We must give you information about the plan, its network of providers, and your covered services |
|---|---|

**You have the right to receive information about the organization, its services, its practitioners and providers and member rights and responsibilities.** As a member of our plan, you have the right to get several kinds of information from us. (As explained above in Section 1.1, you have the right to get information from us in a way that works for you. This

includes getting the information in languages other than English and in large print or other alternate formats.)

If you want any of the following kinds of information, please call Customer Service (phone numbers are printed on the back of your member ID card):

- **Information about our plan.** This includes, for example, information about the plan's financial condition. It also includes information about the number of appeals made by members and the plan's performance ratings, including how it has been rated by plan members and how it compares to other Medicare health plans.

- **Information about our network providers.**
  - o   For example, you have the right to get information from us about the qualifications of the providers in our network and how we pay the providers in our network.
  - o   For a list of the providers in the plan's network, see the *Provider Directory*.
  - o   For more detailed information about our providers, you can call Customer Service (phone numbers are printed on the back of your member ID card) or visit our website at http://www.aetnaretireeplans.com.

- **Information about your coverage and the rules you must follow when using your coverage.**
  - o   **You have the right to a candid discussion of appropriate or medically necessary treatment options for your conditions, regardless of cost or benefit coverage.**
  - o   In Chapters 3 and 4 of this booklet, we explain what medical services are covered for you, any restrictions to your coverage, and what rules you must follow to get your covered medical services.
  - o   If you have questions about the rules or restrictions, please call Customer Service (phone numbers are printed on the back of your member ID card).

- **Information about why something is not covered and what you can do about it.**
  - o   If a medical service is not covered for you, or if your coverage is restricted in some way, you can ask us for a written explanation. You have the right to this explanation even if you received the medical service from an out-of-network provider.
  - o   If you are not happy or if you disagree with a decision we make about what medical care is covered for you, you have the right to ask us to change the decision. You can ask us to change the decision by making an appeal. For details on what to do if something is not covered for you in the way you think it should be covered, see Chapter 7 of this booklet. It gives you the details about how to make an appeal if you want us to change our decision. (Chapter 7 also tells about how to make a complaint about quality of care, waiting times, and other concerns.)
  - o   If you want to ask our plan to pay our share of a bill you have received for medical care, see Chapter 5 of this booklet.

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 6. Your rights and responsibilities                                              54

| Section 1.6 | We must support your right to make decisions about your care |
|---|---|

**You have the right to know your treatment options and participate in decisions about your health care**

**You have the right to participate with practitioners in making decisions about your health care.** You have the right to get full information from your doctors and other health care providers when you go for medical care. Your providers must explain your medical condition and your treatment choices *in a way that you can understand*.

You also have the right to participate fully in decisions about your health care. To help you make decisions with your doctors about what treatment is best for you, your rights include the following:

- **To know about all of your choices.** This means that you have the right to be told about all of the treatment options that are recommended for your condition, no matter what they cost or whether they are covered by our plan.

- **To know about the risks.** You have the right to be told about any risks involved in your care. You must be told in advance if any proposed medical care or treatment is part of a research experiment. You always have the choice to refuse any experimental treatments.

- **The right to say "no."** You have the right to refuse any recommended treatment. This includes the right to leave a hospital or other medical facility, even if your doctor advises you not to leave. Of course, if you refuse treatment, you accept full responsibility for what happens to your body as a result.

- **To receive an explanation if you are denied coverage for care.** You have the right to receive an explanation from us if a provider has denied care that you believe you should receive. To receive this explanation, you will need to ask us for a coverage decision. Chapter 7 of this booklet tells how to ask the plan for a coverage decision.

- **We follow specific rules to help us make your health a top concern:**
  - o  Our employees are not compensated based on denials of coverage.
  - o  Our plan does not encourage denials of coverage. In fact, our utilization review staff is trained to focus on the risks of members not adequately using certain services.

**You have the right to give instructions about what is to be done if you are not able to make medical decisions for yourself**

Sometimes people become unable to make health care decisions for themselves due to accidents or serious illness. You have the right to say what you want to happen if you are in this situation. This means that, *if you want to*, you can:

- Fill out a written form to give **someone the legal authority to make medical decisions for you** if you ever become unable to make decisions for yourself.

- **Give your doctors written instructions** about how you want them to handle your medical care if you become unable to make decisions for yourself.

The legal documents that you can use to give your directions in advance in these situations are called "**advance directives**." There are different types of advance directives and different names

for them. Documents called "**living will**" and "**power of attorney for health care**" are examples of advance directives.

If you want to use an "advance directive" to give your instructions, here is what to do:

* **Get the form.** If you want to have an advance directive, you can get a form from your lawyer, from a social worker, or from some office supply stores. You can sometimes get advance directive forms from organizations that give people information about Medicare. You can also contact Customer Service to ask for the forms (phone numbers are printed on the back of your member ID card).
* **Fill it out and sign it.** Regardless of where you get this form, keep in mind that it is a legal document. You should consider having a lawyer help you prepare it.
* **Give copies to appropriate people.** You should give a copy of the form to your doctor and to the person you name on the form as the one to make decisions for you if you can't. You may want to give copies to close friends or family members as well. Be sure to keep a copy at home.

If you know ahead of time that you are going to be hospitalized, and you have signed an advance directive, **take a copy with you to the hospital**.

* If you are admitted to the hospital, they will ask you whether you have signed an advance directive form and whether you have it with you.
* If you have not signed an advance directive form, the hospital has forms available and will ask if you want to sign one.

**Remember, it is your choice whether you want to fill out an advance directive** (including whether you want to sign one if you are in the hospital). According to law, no one can deny you care or discriminate against you based on whether or not you have signed an advance directive.

**What if your instructions are not followed?**

If you have signed an advance directive, and you believe that a doctor or hospital did not follow the instructions in it, you may file a complaint with the state agency that oversees advance directives.  To find the appropriate agency in your state, contact your SHIP.  Contact information is on Addendum A at the back of this booklet.

| | |
|---|---|
| **Section 1.7** | **You have the right to make complaints and to ask us to reconsider decisions we have made** |

**You have the right to voice complaints or appeals about the organization or the care it provides.** If you have any problems or concerns about your covered services or care, Chapter 7 of this booklet tells what you can do. It gives the details about how to deal with all types of problems and complaints.

As explained in Chapter 7, what you need to do to follow up on a problem or concern depends on the situation. You might need to ask our plan to make a coverage decision for you, make an appeal to us to change a coverage decision, or make a complaint. Whatever you do – ask for a coverage decision, make an appeal, or make a complaint – **we are required to treat you fairly.**

You have the right to get a summary of information about the appeals and complaints that other members have filed against our plan in the past. To get this information, please call Customer Service (phone numbers are printed on the back of your member ID card).

| Section 1.8 | What can you do if you believe you are being treated unfairly or your rights are not being respected? |
| --- | --- |

**If it is about discrimination, call the Office for Civil Rights**

If you believe you have been treated unfairly or your rights have not been respected due to your race, disability, religion, sex, health, ethnicity, creed (beliefs), age, or national origin, you should call the Department of Health and Human Services' **Office for Civil Rights** at 1-800-368-1019 or TTY 1-800-537-7697, or call your local Office for Civil Rights.

**Is it about something else?**

If you believe you have been treated unfairly or your rights have not been respected, *and* it's *not* about discrimination, you can get help dealing with the problem you are having:

*   You can **call Customer Service** (phone numbers are printed on the back of your member ID card).
*   You can **call the State Health Insurance Assistance Program**. For details about this organization and how to contact it, go to Chapter 2, Section 3.
*   Or, **you can call Medicare** at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

| Section 1.9 | How to get more information about your rights |
| --- | --- |

There are several places where you can get more information about your rights:

*   You can **call Customer Service** (phone numbers are printed on the back of your member ID card).
*   You can **call the State Health Insurance Assistance Program**. For details about this organization and how to contact it, go to Chapter 2, Section 3.
*   You can contact **Medicare**.
    *   You can visit the Medicare website to read or download the publication "Your Medicare Rights & Protections." (The publication is available at: http://www.medicare.gov/Publications/Pubs/pdf/11534.pdf.)
    *   Or, you can call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.
*   In addition, you can make recommendations regarding our rights and responsibilities policies by contacting Customer Service (phone numbers are printed on the back of your member ID card).

# SECTION 2    You have some responsibilities as a member of the plan

| Section 2.1 | What are your responsibilities? |
| --- | --- |

Things you need to do as a member of the plan are listed below. If you have any questions,

please call Customer Service (phone numbers are printed on the back of your member ID card). We're here to help.

- ***Get familiar with your covered services and the rules you must follow to get these covered services***. Use this Evidence of Coverage booklet to learn what is covered for you and the rules you need to follow to get your covered services.
  - o   Chapters 3 and 4 give the details about your medical services, including what is covered, what is not covered, rules to follow, and what you pay.

- ***If you have any other health insurance coverage in addition to our plan, you are required to tell us***. Please call Customer Service to let us know (phone numbers are printed on the back of your member ID card).
  - o   We are required to follow rules set by Medicare to make sure that you are using all of your coverage in combination when you get your covered services from our plan. This is called "**coordination of benefits**" because it involves coordinating the health benefits you get from our plan with any other health benefits available to you. We'll help you coordinate your benefits. (For more information about coordination of benefits, go to Chapter 1, Section 7.)

- ***Tell your doctor and other health care providers that you are enrolled in our plan***. Show your plan membership card whenever you get your medical care.

- ***Help your doctors and other providers help you by giving them information, asking questions, and following through on your care.***
  - o   **You have a responsibility to supply information (to the extent possible) that the organization and its practitioners and providers need in order to provide care.**
  - o   **You have a responsibility to understand your health problems and participate in developing mutually agreed-upon treatment goals, to the degree possible.**
  - o   **You have a responsibility to follow plans and instructions for care that you have agreed to with your practitioners.** To help your doctors and other health providers give you the best care, learn as much as you are able to about your health problems and give them the information they need about you and your health. Follow the treatment plans and instructions that you and your doctors agree upon.
  - o   Make sure your doctors know all of the drugs you are taking, including over-the-counter drugs, vitamins, and supplements.
  - o   If you have any questions, be sure to ask. Your doctors and other health care providers are supposed to explain things in a way you can understand. If you ask a question and you don't understand the answer you are given, ask again.

- ***Be considerate.*** We expect all our members to respect the rights of other patients. We also expect you to act in a way that helps the smooth running of your doctor's office, hospitals, and other offices.

- ***Pay what you owe.*** As a plan member, you are responsible for these payments:
  - o   You must pay your plan premiums (if applicable) to continue being a member of our plan.
  - o   In order to be eligible for our plan, you must have Medicare Part A and Medicare Part B. For that reason, some plan members must pay a premium for Medicare

> Part A and most plan members must pay a premium for Medicare Part B to remain a member of the plan.
>
> o   For most of your medical services or drugs covered by the plan, you must pay your share of the cost when you get the service. This will be a copayment (a fixed amount) or coinsurance (a percentage of the total cost). Chapter 4 tells what you must pay for your medical services.
>
> o   If you get any medical services that are not covered by our plan or by other insurance you may have, you must pay the full cost.
>
>> ▪   If you disagree with our decision to deny coverage for a service or drug, you can make an appeal. Please see Chapter 7 of this booklet for information about how to make an appeal.

- *Tell us if you move.* If you are going to move, it's important to tell us right away. Call Customer Service (phone numbers are printed on the back of your member ID card).
  - o   **If you move *outside* of our plan service area, you cannot remain a member of our plan.** (Chapter 1 tells about our service area.) We can help you figure out whether you are moving outside our service area. If you are leaving our service area, you will have a Special Enrollment Period when you can join any Medicare plan available in your new area. We can let you know if we have a plan in your new area.
  - o   **If you move *within* our service area, we still need to know** so we can keep your membership record up to date and know how to contact you.
  - o   If you move, it is also important to tell Social Security (or the Railroad Retirement Board). You can find phone numbers and contact information for these organizations in Chapter 2.

- *Call Customer Service for help if you have questions or concerns.* We also welcome any suggestions you may have for improving our plan.
  - o   **You have a right to make recommendations regarding the organization's member rights and responsibilities policy.**
  - o   Phone numbers and calling hours for Customer Service are printed on the back of your member ID card.
  - o   For more information on how to reach us, including our mailing address, please see Chapter 2.

## SECTION 3          Fraud, waste and abuse – What you can do to protect your identity and benefits

There are many different types of fraud, waste and abuse.  It is important to be able to identify these issues and protect your identity and benefits.  The chart below explains the different types of fraud, waste and abuse and actions you can take to protect your identity and benefits.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 6. Your rights and responsibilities                                    59

| Did you know? | What you can do |
|---|---|
| *You are one of the first lines of defense against Medicare fraud.* *Do your part and report services or items that you have been billed for, but did not receive. Review your plan statement and be on the lookout for this scheme:* | • Make sure you received the services or items billed • Check the number of services billed • Ensure the same service has not been billed more than once |
| *Identity theft impacts Medicare and can lead to higher health care costs.* *Don't let anybody steal your identity. Current fraud schemes to be on the lookout for include:* | • People using your Medicare or health plan member number for reimbursements of services you never received • People calling you to ask for your Medicare or health plan numbers • People trying to bribe you to use a doctor you don't know to get services you may not need |
| *Medical transport services are sometimes necessary, but be aware that some ambulance companies are inappropriately billing Medicare billions of dollars each year.* *These suspect medical transport companies may bill for services that you may not have received; such as oxygen, cardiac monitoring, and more. If you suspect a medical transport company has committed fraud, you must report the matter in order to protect yourself and your health care benefits.* | • Basic Life Support, or BLS, includes oxygen, cardiac monitoring, and more. If you were charged for BLS but did not receive these services– report it! |
| *Home Health Services can be vital if you are confined to your home, but be aware, there are some home health agencies that may take advantage of you and even commit fraud.* *Watch out for home health schemes by reviewing your Medicare Summary Notice.* | • Services Not Rendered: Make sure that you are only billed for the actual number and correct type of visits that you have received. • Services Not Ordered: Make sure that your home health services have been authorized by your doctor. • Services Not Medically Necessary: Remember, home health services are only medically necessary if you are confined to your home. |
| *Open enrollment for the Health Insurance Marketplace on Healthcare.gov began October 1, 2013.* | • If you already have Medicare, it is against the law for someone to sell you a Marketplace plan. |

| *Did you know?* | **What you can do** |
|---|---|
| *Stay informed to protect yourself from fraud.* | • Protect your personal information. No one should ask you for your personal health information.<br>• Do not sign anything you don't fully understand.<br>• If you feel like you gave your personal information to someone you should not have, report it! |
| *Most online pharmacies are not safe or legal.*<br>*They might send you medication that is tampered with, expired, or fake. They might use your personal information to steal your identity. To protect yourself:* | • Only order from online pharmacies in your health plan's pharmacy network.<br>• Do not click on links in emails or pop-up advertisements on the internet.<br>• Do not order from pharmacies outside the United States.<br>• Report pharmacies that offer prescription drugs without a prescription or won't accept your prescription insurance card as a form of payment.<br>• Remember: If the deal is "too good to be true," it probably is! |
| *Medicare does not sell or mail medical supplies.*<br>*If you receive medical supplies that you or your doctor did not order, you might be the target of a fraud scheme. Take action to protect your Medicare benefits:* | • Refuse medical supplies you did not order<br>• Return unordered medical supplies that are shipped to your home<br>• Report companies that send you these items |
| *Reducing Medicare fraud is one step towards making sure your grandchildren will have Medicare when they need it. You can do your part by being on the lookout for fraudulent schemes such as:* | • People going door to door to sell you healthcare items or services (only your doctor knows what you need)<br>• People calling you to ask for your Medicare or health plan numbers<br>• People offering you money or incentives for health care services you don't need |

**Do your part to reduce fraud, waste and abuse**

In addition to the chart above, you can protect your identity and benefits in the following ways:

• Never give out your Social Security, Medicare, health plan numbers, or banking information to someone you don't know.

• Carefully review your Plan Statement to ensure all the information is correct.

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 6. Your rights and responsibilities                                           61

- Know that free services DO NOT require you give your plan or Medicare number to anyone.
- Share this information with your friends.

To discuss benefit, coverage or claims payment concerns, please contact our Customer Service number at 1-855-660-1810. (For TTY assistance please call 711). We're available 8 a.m. to 6 p.m. local time, Monday through Friday. Calls to these numbers are toll free.  To report suspected fraud, call: 1-877-7SAFERX (1-877-772-3379).

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 63 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)     62

# Chapter 7.  What to do if you have a problem or complaint (coverage decisions, appeals, complaints)

## BACKGROUND

**SECTION 1   Introduction** ........................................................................................ **64**
    Section 1.1     What to do if you have a problem or concern .............................. 64
    Section 1.2     What about the legal terms? ........................................................ 64

**SECTION 2   You can get help from government organizations that are not connected with us** ........................................................................................ **65**
    Section 2.1     Where to get more information and personalized assistance ......... 65

**SECTION 3   To deal with your problem, which process should you use?** ........................... **65**
    Section 3.1     Should you use the process for coverage decisions and appeals? Or should you use the process for making complaints? .. 65

## COVERAGE DECISIONS AND APPEALS

**SECTION 4   A guide to the basics of coverage decisions and appeals** ................................. **66**
    Section 4.1     Asking for coverage decisions and making appeals: the big picture ................................................................................... 66
    Section 4.2     How to get help when you are asking for a coverage decision or making an appeal ................................................ 67
    Section 4.3     Which section of this chapter gives the details for your situation? ................................................................................. 68

**SECTION 5   Your medical care: How to ask for a coverage decision or make an appeal** .. **68**
    Section 5.1     This section tells what to do if you have problems getting coverage for medical care or if you want us to pay you back for our share of the cost of your care ................................. 68
    Section 5.2     Step-by-step: How to ask for a coverage decision (how to ask our plan to authorize or provide the medical care coverage you want) ......................................................................... 69
    Section 5.3     Step-by-step: How to make a Level 1 Appeal (how to ask for a review of a medical care coverage decision made by our plan) .... 72
    Section 5.4     Step-by-step: How a Level 2 Appeal is done ............................... 75
    Section 5.5     What if you are asking us to pay you for our share of a bill you have received for medical care? ................................. 76

**SECTION 6   How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon** .............................................................. **77**
    Section 6.1     During your inpatient hospital stay, you will get a written notice from Medicare that tells about your rights ......................... 78
    Section 6.2     Step-by-step: How to make a Level 1 Appeal to change your hospital discharge date ............................................... 79

Section 6.3      Step-by-step: How to make a Level 2 Appeal to change your hospital discharge date ..................................................................... 81

Section 6.4      What if you miss the deadline for making your Level 1 Appeal? ................................................................................... 82

**SECTION 7    How to ask us to keep covering certain medical services if you think your coverage is ending too soon .......................................................................... 84**

Section 7.1      *This section is about three services <u>only</u>:* Home health care, skilled nursing facility care, and Comprehensive Outpatient Rehabilitation Facility (CORF) services ...................................... 84

Section 7.2      We will tell you in advance when your coverage will be ending .. 85

Section 7.3      Step-by-step: How to make a Level 1 Appeal to have our plan cover your care for a longer time ................................................. 86

Section 7.4      Step-by-step: How to make a Level 2 Appeal to have our plan cover your care for a longer time ................................................. 88

Section 7.5      What if you miss the deadline for making your Level 1 Appeal? ................................................................................... 89

**SECTION 8    Taking your appeal to Level 3 and beyond ...................................... 91**

Section 8.1      Levels of Appeal 3, 4, and 5 for Medical Service Appeals .......... 91

## MAKING COMPLAINTS

**SECTION 9    How to make a complaint about quality of care, waiting times, customer service, or other concerns ................................................................. 92**

Section 9.1      What kinds of problems are handled by the complaint process?... 93

Section 9.2      The formal name for "making a complaint" is "filing a grievance" ............................................................................... 94

Section 9.3      Step-by-step: Making a complaint ............................................... 94

Section 9.4      You can also make complaints about quality of care to the Quality Improvement Organization ............................................. 96

Section 9.5      You can also tell Medicare about your complaint ....................... 96

# BACKGROUND

## SECTION 1          Introduction

### Section 1.1          What to do if you have a problem or concern

This chapter explains two types of processes for handling problems and concerns:

* For some types of problems, you need to use the **process for coverage decisions and appeals**.
* For other types of problems, you need to use the **process for making complaints**.

Both of these processes have been approved by Medicare. To ensure fairness and prompt handling of your problems, each process has a set of rules, procedures, and deadlines that must be followed by us and by you.

Which one do you use? That depends on the type of problem you are having. The guide in Section 3 will help you identify the right process to use.

### Section 1.2          What about the legal terms?

There are technical legal terms for some of the rules, procedures, and types of deadlines explained in this chapter. Many of these terms are unfamiliar to most people and can be hard to understand.

To keep things simple, this chapter explains the legal rules and procedures using simpler words in place of certain legal terms. For example, this chapter generally says "making a complaint" rather than "filing a grievance," "coverage decision" rather than "organization determination" and "Independent Review Organization" instead of "Independent Review Entity." It also uses abbreviations as little as possible.

However, it can be helpful – and sometimes quite important – for you to know the correct legal terms for the situation you are in. Knowing which terms to use will help you communicate more clearly and accurately when you are dealing with your problem and get the right help or information for your situation. To help you know which terms to use, we include legal terms when we give the details for handling specific types of situations.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)    65

| SECTION 2 | You can get help from government organizations that are not connected with us |
|---|---|

| Section 2.1 | Where to get more information and personalized assistance |
|---|---|

Sometimes it can be confusing to start or follow through the process for dealing with a problem. This can be especially true if you do not feel well or have limited energy. Other times, you may not have the knowledge you need to take the next step.

**Get help from an independent government organization**
We are always available to help you. But in some situations you may also want help or guidance from someone who is not connected with us. You can always contact your **State Health Insurance Assistance Program (SHIP)**. This government program has trained counselors in every state. The program is not connected with us or with any insurance company or health plan. The counselors at this program can help you understand which process you should use to handle a problem you are having. They can also answer your questions, give you more information, and offer guidance on what to do.

The services of SHIP counselors are free. You will find phone numbers in Addendum A of this booklet.

**You can also get help and information from Medicare**
For more information and help in handling a problem, you can also contact Medicare. Here are two ways to get information directly from Medicare:
- You can call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.
- You can visit the Medicare website (http://www.medicare.gov).

| SECTION 3 | To deal with your problem, which process should you use? |
|---|---|

| Section 3.1 | Should you use the process for coverage decisions and appeals? Or should you use the process for making complaints? |
|---|---|

If you have a problem or concern, you only need to read the parts of this chapter that apply to your situation. The guide that follows will help.

To figure out which part of this chapter will help with your specific problem or concern, **START HERE**

**Is your problem or concern about your benefits or coverage?**
(This includes problems about whether particular medical care or prescription drugs are covered or not, the way in which they are covered, and problems related to payment for medical care or prescription drugs.)

**Yes.** My problem is about benefits or coverage.

Go on to the next section of this chapter, **Section 4, "A guide to the basics of coverage decisions and appeals."**

**No.**  My problem is <u>not</u> about benefits or coverage.

Skip ahead to **Section 9** at the end of this chapter: **"How to make a complaint about quality of care, waiting times, customer service or other concerns."**

# COVERAGE DECISIONS AND APPEALS

## SECTION 4        A guide to the basics of coverage decisions and appeals

### Section 4.1            Asking for coverage decisions and making appeals: the big picture

The process for coverage decisions and appeals deals with problems related to your benefits and coverage for medical services, including problems related to payment. This is the process you use for issues such as whether something is covered or not and the way in which something is covered.

**Asking for coverage decisions**

A coverage decision is a decision we make about your benefits and coverage or about the amount we will pay for your medical services. For example, your plan network doctor makes a (favorable) coverage decision for you whenever you receive medical care from him or her or if your network doctor refers you to a medical specialist. You or your doctor can also contact us and ask for a coverage decision if your doctor is unsure whether we will cover a particular medical service or refuses to provide medical care you think that you need. In other words, if you want to know if we will cover a medical service before you receive it, you can ask us to make a coverage decision for you.

We are making a coverage decision for you whenever we decide what is covered for you and how much we pay. In some cases we might decide a service is not covered or is no longer covered by Medicare for you. If you disagree with this coverage decision, you can make an appeal.

**Making an appeal**

If we make a coverage decision and you are not satisfied with this decision, you can "appeal" the decision. An appeal is a formal way of asking us to review and change a coverage decision we have made.

When you make an appeal, we review the coverage decision we have made to check to see if we were following all of the rules properly. Your appeal is handled by different reviewers than those who made the original unfavorable decision. When we have completed the review, we give you our decision.

If we say no to all or part of your Level 1 Appeal, you can go on to a Level 2 Appeal. The Level 2 Appeal is conducted by an independent organization that is not connected to us. (In some situations, your case will be automatically sent to the independent organization for a Level 2 Appeal. If this happens, we will let you know. In other situations, you will need to ask for a Level 2 Appeal.) If you are not satisfied with the decision at the Level 2 Appeal, you may be able to continue through additional levels of appeal.

| Section 4.2 | How to get help when you are asking for a coverage decision or making an appeal |
| --- | --- |

Would you like some help? Here are resources you may wish to use if you decide to ask for any kind of coverage decision or appeal a decision:

- You **can call us at Customer Service** (phone numbers are printed on the back of your member ID card).
- To **get free help from an independent organization** that is not connected with our plan, contact your State Health Insurance Assistance Program (see Section 2 of this chapter).
- **Your doctor can make a request for you.** For medical care, your doctor can request a coverage decision or a Level 1 Appeal on your behalf. If your appeal is denied at Level 1, it will be automatically forwarded to Level 2. To request any Appeal after Level 2, your doctor must be appointed as your representative.
- **You can ask someone to act on your behalf.** If you want to, you can name another person to act for you as your "representative" to ask for a coverage decision or make an appeal.
  - o There may be someone who is already legally authorized to act as your representative under state law.
  - o If you want a friend, relative, your doctor or other provider, or other person to be your representative, call Customer Service (phone numbers are printed on the back of your member ID card) and ask for the "Appointment of Representative" form. (The form is also available on Medicare's website at http://www.cms.hhs.gov/cmsforms/downloads/cms1696.pdf. The form gives that person permission to act on your behalf. It must be signed by you and by the person who you would like to act on your behalf. You must give us a copy of the signed form. You may also download the form on our website at http://www. aetnamedicare.com/help_and_resources/downloadable_forms_2014.jsp, select the "Other forms & documents" tab and select the "CMS Appointment of Representative Form" located in the Exception, Appeals and Grievances Forms section of the site.
- **You also have the right to hire a lawyer to act for you.** You may contact your own lawyer, or get the name of a lawyer from your local bar association or other referral service. There are also groups that will give you free legal services if you qualify. However, **you are not required to hire a lawyer** to ask for any kind of coverage decision or appeal a decision.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 69 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)     68

| Section 4.3 | Which section of this chapter gives the details for <u>your</u> situation? |
|---|---|

There are three different types of situations that involve coverage decisions and appeals. Since each situation has different rules and deadlines, we give the details for each one in a separate section:

- **Section 5** of this chapter: "Your medical care: How to ask for a coverage decision or make an appeal"
- **Section 6** of this chapter: "How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon"
- **Section 7** of this chapter: "How to ask us to keep covering certain medical services if you think your coverage is ending too soon" (*Applies to these services only*: home health care, skilled nursing facility care, and Comprehensive Outpatient Rehabilitation Facility (CORF) services)

If you're not sure which section you should be using, please call Customer Service (phone numbers are printed on the back of your member ID card). You can also get help or information from government organizations such as your State Health Insurance Assistance Program (Addendum A at the back of this booklet has the phone numbers for this program).

## SECTION 5     Your medical care: How to ask for a coverage decision or make an appeal

 **Have you read Section 4 of this chapter (*A guide to "the basics" of coverage decisions and appeals*)? If not, you may want to read it before you start this section.**

| Section 5.1 | This section tells what to do if you have problems getting coverage for medical care or if you want us to pay you back for our share of the cost of your care |
|---|---|

This section is about your benefits for medical care and services.  These benefits are described in the Medical Benefits Chart (Summary of Copayments/Coinsurance) included with this *Evidence of Coverage*.  To keep things simple, we generally refer to "medical care coverage" or "medical care" in the rest of this section, instead of repeating "medical care or treatment or services" every time.

This section tells what you can do if you are in any of the five following situations:

1. You are not getting certain medical care you want, and you believe that this care is covered by our plan.
2. Our plan will not approve the medical care your doctor or other medical provider wants to give you, and you believe that this care is covered by the plan.
3. You have received medical care or services that you believe should be covered by the plan, but we have said we will not pay for this care.

4.     You have received and paid for medical care or services that you believe should be covered by the plan, and you want to ask our plan to reimburse you for this care.

5.     You are being told that coverage for certain medical care you have been getting that we previously approved will be reduced or stopped, and you believe that reducing or stopping this care could harm your health.

- NOTE: **If the coverage that will be stopped is for hospital care, home health care, skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services**, you need to read a separate section of this chapter because special rules apply to these types of care. Here's what to read in those situations:
    - o   Chapter 7, Section 6: *How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon.*
    - o   Chapter 7, Section 7: *How to ask us to keep covering certain medical services if you think your coverage is ending too soon.* This section is about three services only: home health care, skilled nursing facility care, and Comprehensive Outpatient Rehabilitation Facility (CORF) services.
- For *all other* situations that involve being told that medical care you have been getting will be stopped, use this section (Section 5) as your guide for what to do.

**Which of these situations are you in?**

| If you are in this situation: | This is what you can do: |
| --- | --- |
| Do you want to find out whether we will cover the medical care or services you want? | You can ask us to make a coverage decision for you.<br><br>Go to the next section of this chapter, **Section 5.2**. |
| Have we already told you that we will not cover or pay for a medical service in the way that you want it to be covered or paid for? | You can make an **appeal**. (This means you are asking us to reconsider.)<br><br>Skip ahead to **Section 5.3** of this chapter. |
| Do you want to ask us to pay you back for medical care or services you have already received and paid for? | You can send us the bill.<br><br>Skip ahead to **Section 5.5** of this chapter. |

| Section 5.2 | Step-by-step: How to ask for a coverage decision (how to ask our plan to authorize or provide the medical care coverage you want) |
| --- | --- |

| Legal Terms |
| --- |
| When a coverage decision involves your medical care, it is called an **"organization determination."** |

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 71 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)     70

**Step 1:** **You ask our plan to make a coverage decision on the medical care you are requesting**. If your health requires a quick response, you should ask us to make a **"fast coverage decision."**

| Legal Terms |
| --- |
| A "fast coverage decision" is called an **"expedited determination."** |

**How to request coverage for the medical care you want**

- Start by calling, writing, or faxing our plan to make your request for us to authorize or provide coverage for the medical care you want. You, your doctor, or your representative can do this.
    - For the details on how to contact us, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are asking for a coverage decision about your medical care.*

*Generally we use the standard deadlines for giving you our decision*

When we give you our decision, we will use the "standard" deadlines unless we have agreed to use the "fast" deadlines. **A standard coverage decision means we will give you an answer within 14 days** after we receive your request.

- **However, we can take up to 14 more calendar days** if you ask for more time, or if we need information (such as medical records from out-of-network providers) that may benefit you. If we decide to take extra days to make the decision, we will tell you in writing.
- If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (The process for making a complaint is different from the process for coverage decisions and appeals. For more information about the process for making complaints, including fast complaints, see Section 9 of this chapter.)

*If your health requires it, ask us to give you a "fast coverage decision"*

- **A fast coverage decision means we will answer within 72 hours.**
    - **However, we can take up to 14 more calendar days** if we find that some information that may benefit you is missing (such as medical records from out-of-network providers), or if you need time to get information to us for the review. If we decide to take extra days, we will tell you in writing.
    - If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. (For more information about the process for making complaints, including fast complaints, see Section 9 of this chapter.) We will call you as soon as we make the decision.
- **To get a fast coverage decision, you must meet two requirements:**
    - You can get a fast coverage decision *only* if you are asking for coverage for medical care *you have not yet received*. (You cannot get a fast coverage decision if your request is about payment for medical care you have already received.)
    - You can get a fast coverage decision *only* if using the standard deadlines could *cause serious harm to your health or hurt your ability to function.*

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 72 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)    71

- **If your doctor tells us that your health requires a "fast coverage decision," we will automatically agree to give you a fast coverage decision.**
- If you ask for a fast coverage decision on your own, without your doctor's support, we will decide whether your health requires that we give you a fast coverage decision.
  - o If we decide that your medical condition does not meet the requirements for a fast coverage decision, we will send you a letter that says so (and we will use the standard deadlines instead).
  - o This letter will tell you that if your doctor asks for the fast coverage decision, we will automatically give a fast coverage decision.
  - o The letter will also tell how you can file a "fast complaint" about our decision to give you a standard coverage decision instead of the fast coverage decision you requested. (For more information about the process for making complaints, including fast complaints, see Section 9 of this chapter.)

**Step 2: We consider your request for medical care coverage and give you our answer.**

*Deadlines for a "fast" coverage decision*

- Generally, for a fast coverage decision, we will give you our answer **within 72 hours**.
  - o As explained above, we can take up to 14 more calendar days under certain circumstances. If we decide to take extra days to make the coverage decision, we will tell you in writing.
  - o If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (For more information about the process for making complaints, including fast complaints, see Section 9 of this chapter.
  - o If we do not give you our answer within 72 hours (or if there is an extended time period, by the end of that period), you have the right to appeal. Section 5.3 below tells how to make an appeal.
- **If our answer is yes to part or all of what you requested,** we must authorize or provide the medical care coverage we have agreed to provide within 72 hours after we received your request. If we extended the time needed to make our coverage decision, we will provide the coverage by the end of that extended period.
- **If our answer is no to part or all of what you requested,** we will send you a detailed written explanation as to why we said no.

*Deadlines for a "standard" coverage decision*

- Generally, for a standard coverage decision, we will give you our answer **within 14 days of receiving your request.**
  - o We can take up to 14 more calendar days ("an extended time period") under certain circumstances. If we decide to take extra days to make the coverage decision, we will tell you in writing.
  - o If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (For more information about the

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 73 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   72

process for making complaints, including fast complaints, see Section 9 of this chapter.)

  o If we do not give you our answer within 14 days (or if there is an extended time period, by the end of that period), you have the right to appeal. Section 5.3 below tells how to make an appeal.

- **If our answer is yes to part or all of what you requested,** we must authorize or provide the coverage we have agreed to provide within 14 days after we received your request. If we extended the time needed to make our coverage decision, we will provide the coverage by the end of that extended period.

- **If our answer is no to part or all of what you requested**, we will send you a written statement that explains why we said no.

**Step 3:** **If we say no to your request for coverage for medical care, you decide if you want to make an appeal.**

- If we say no, you have the right to ask us to reconsider – and perhaps change – this decision by making an appeal. Making an appeal means making another try to get the medical care coverage you want.

- If you decide to make an appeal, it means you are going on to Level 1 of the appeals process (see Section 5.3 below).

| Section 5.3 | Step-by-step: How to make a Level 1 Appeal (how to ask for a review of a medical care coverage decision made by our plan) |
|---|---|

| **Legal Terms** |
|---|
| An appeal to the plan about a medical care coverage decision is called a plan **"reconsideration."** |

**Step 1: You contact us and make your appeal**. If your health requires a quick response, you must ask for a **"fast appeal."**

***What to do***

- **To start an appeal, you, your doctor, or your representative, must contact us.** For details on how to reach us for any purpose related to your appeal, go to Chapter 2, Section 1 and look for section called, *How to contact us when you are making an appeal about your medical care.*

- **If you are asking for a standard appeal, make your standard appeal in writing by submitting a request.**

  o If you have someone appealing our decision for you other than your doctor, your appeal must include an Appointment of Representative form authorizing this person to represent you. (To get the form, call Customer Service (phone numbers are printed on the back of your member ID card) and ask for the "Appointment of Representative" form. It is also available on Medicare's website at http://www.cms.hhs.gov/cmsforms/downloads/cms1696.pdf.   You may also download the form on our website at (http://www. aetnamedicare.com/help_ and_resources/downloadable_forms_2014.jsp), select the "Other forms &

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 74 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   73

documents" tab, and select the "CMS Appointment of Representative Form" located in the Exception, Appeals and Grievances Forms section of the site. While we can accept an appeal request without the form, we cannot complete our review until we receive it. If we do not receive the form within 44 days after receiving your appeal request (our deadline for making a decision on your appeal), your appeal request will be dismissed.  If this happens, we will send you a written notice explaining your right to ask the Independent Review Organization to review our decision.

- **If you are asking for a fast appeal, make your appeal in writing or call us** at the phone number shown in Chapter 2, Section 1 (*How to contact us when you are making an appeal about your medical care*).

- **You must make your appeal request within 60 calendar days** from the date on the written notice we sent to tell you our answer to your request for a coverage decision. If you miss this deadline and have a good reason for missing it, we may give you more time to make your appeal. Examples of good cause for missing the deadline may include if you had a serious illness that prevented you from contacting us or if we provided you with incorrect or incomplete information about the deadline for requesting an appeal.

- **You can ask for a copy of the information regarding your medical decision and add more information to support your appeal.**
  - o   You have the right to ask us for a copy of the information regarding your appeal. We are allowed to charge a fee for copying and sending this information to you.
  - o   If you wish, you and your doctor may give us additional information to support your appeal.

*If your health requires it, ask for a "fast appeal" (you can make a request by calling us)*

| Legal Terms |
|---|
| A "fast appeal" is also called an **"expedited reconsideration."** |

- If you are appealing a decision we made about coverage for care you have not yet received, you and/or your doctor will need to decide if you need a "fast appeal."

- The requirements and procedures for getting a "fast appeal" are the same as those for getting a "fast coverage decision." To ask for a fast appeal, follow the instructions for asking for a fast coverage decision. (These instructions are given earlier in this section.)

- If your doctor tells us that your health requires a "fast appeal," we will give you a fast appeal.

**Step 2: We consider your appeal and we give you our answer.**
- When our plan is reviewing your appeal, we take another careful look at all of the information about your request for coverage of medical care. We check to see if we were following all the rules when we said no to your request.

- We will gather more information if we need it. We may contact you or your doctor to get more information.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 75 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   74

### Deadlines for a "fast" appeal

- When we are using the fast deadlines, we must give you our answer **within 72 hours after we receive your appeal**. We will give you our answer sooner if your health requires us to do so.

  o However, if you ask for more time, or if we need to gather more information that may benefit you, we **can take up to 14 more calendar days.** If we decide to take extra days to make the decision, we will tell you in writing.

  o If we do not give you an answer within 72 hours (or by the end of the extended time period if we took extra days), we are required to automatically send your request on to Level 2 of the appeals process, where it will be reviewed by an independent organization. Later in this section, we tell you about this organization and explain what happens at Level 2 of the appeals process.

- **If our answer is yes to part or all of what you requested,** we must authorize or provide the coverage we have agreed to provide within 72 hours after we receive your appeal.

- **If our answer is no to part or all of what you requested,** we will send you a written denial notice informing you that we have automatically sent your appeal to the Independent Review Organization for a Level 2 Appeal.

### Deadlines for a "standard" appeal

- If we are using the standard deadlines, we must give you our answer **within 30 calendar days** after we receive your appeal if your appeal is about coverage for services you have not yet received. We will give you our decision sooner if your health condition requires us to.

  o However, if you ask for more time, or if we need to gather more information that may benefit you, **we can take up to 14 more calendar days.**

  o If you believe we should *not* take extra days, you can file a "fast complaint" about our decision to take extra days. When you file a fast complaint, we will give you an answer to your complaint within 24 hours. (For more information about the process for making complaints, including fast complaints, see Section 9 of this chapter.)

  o If we do not give you an answer by the deadline above (or by the end of the extended time period if we took extra days), we are required to send your request on to Level 2 of the appeals process, where it will be reviewed by an independent outside organization. Later in this section, we talk about this review organization and explain what happens at Level 2 of the appeals process.

- **If our answer is yes to part or all of what you requested,** we must authorize or provide the coverage we have agreed to provide within 30 days after we receive your appeal.

- **If our answer is no to part or all of what you requested**, we will send you a written denial notice informing you that we have automatically sent your appeal to the Independent Review Organization for a Level 2 Appeal.

**Step 3:** **If our plan says no to part or all of your appeal, your case will *automatically* be sent on to the next level of the appeals process.**

- To make sure we were following all the rules when we said no to your appeal, **we are required to send your appeal to the "Independent Review Organization."** When we

do this, it means that your appeal is going on to the next level of the appeals process, which is Level 2.

| Section 5.4 | Step-by-step: How a Level 2 Appeal is done |
|---|---|

If we say no to your Level 1 Appeal, your case will *automatically* be sent on to the next level of the appeals process. During the Level 2 Appeal, the **Independent Review Organization** reviews our decision for your first appeal. This organization decides whether the decision we made should be changed.

| **Legal Terms** |
|---|
| The formal name for the "Independent Review Organization" is the **"Independent Review Entity."** It is sometimes called the **"IRE."** |

**Step 1:** The Independent Review Organization reviews your appeal.

- **The Independent Review Organization is an independent organization that is hired by Medicare**. This organization is not connected with us and it is not a government agency. This organization is a company chosen by Medicare to handle the job of being the Independent Review Organization. Medicare oversees its work.

- We will send the information about your appeal to this organization. This information is called your "case file." **You have the right to ask us for a copy of your case file**. We are allowed to charge you a fee for copying and sending this information to you.

- You have a right to give the Independent Review Organization additional information to support your appeal.

- Reviewers at the Independent Review Organization will take a careful look at all of the information related to your appeal.

***If you had a "fast" appeal at Level 1, you will also have a "fast" appeal at Level 2***
- If you had a fast appeal to our plan at Level 1, you will automatically receive a fast appeal at Level 2. The review organization must give you an answer to your Level 2 Appeal within 72 hours of when it receives your appeal.

- However, if the Independent Review Organization needs to gather more information that may benefit you, **it can take up to 14 more calendar days**.

***If you had a "standard" appeal at Level 1, you will also have a "standard" appeal at Level 2***
- If you had a standard appeal to our plan at Level 1, you will automatically receive a standard appeal at Level 2. The review organization must give you an answer to your Level 2 Appeal **within 30 calendar days** of when it receives your appeal.

- However, if the Independent Review Organization needs to gather more information that may benefit you, **it can take up to 14 more calendar days**.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 77 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)    76

**Step 2:** **The Independent Review Organization gives you their answer.**

The Independent Review Organization will tell you its decision in writing and explain the reasons for it.

- **If the review organization says yes to part or all of what you requested,** we must authorize the medical care coverage within 72 hours or provide the service within 14 calendar days after we receive the decision from the review organization.
- **If this organization says no to part or all of your appeal,** it means they agree with us that your request (or part of your request) for coverage for medical care should not be approved. (This is called "upholding the decision." It is also called "turning down your appeal.")
  - There is a certain dollar amount that must be in dispute to continue with the appeals process. For example, to continue and make another appeal at Level 3, the dollar value of the medical care coverage you are requesting must meet a certain minimum. If the dollar value of the coverage you are requesting is too low, you cannot make another appeal, which means that the decision at Level 2 is final. The written notice you get from the Independent Review Organization will tell you how to find out the dollar amount to continue the appeals process.

**Step 3:** **If your case meets the requirements, you choose whether you want to take your appeal further.**

- There are three additional levels in the appeals process after Level 2 (for a total of five levels of appeal).
- If your Level 2 Appeal is turned down and you meet the requirements to continue with the appeals process, you must decide whether you want to go on to Level 3 and make a third appeal. The details on how to do this are in the written notice you got after your Level 2 Appeal.
- The Level 3 Appeal is handled by an administrative law judge. Section 8 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

| Section 5.5 | What if you are asking us to pay you for our share of a bill you have received for medical care? |
|---|---|

If you want to ask us for payment for medical care, start by reading Chapter 5 of this booklet: *Asking us to pay our share of a bill you have received for covered medical services*. Chapter 5 describes the situations in which you may need to ask for reimbursement or to pay a bill you have received from a provider. It also tells how to send us the paperwork that asks us for payment.

**Asking for reimbursement is asking for a coverage decision from us**

If you send us the paperwork that asks for reimbursement, you are asking us to make a coverage decision (for more information about coverage decisions, see Section 4.1 of this chapter). To make this coverage decision, we will check to see if the medical care you paid for is a covered service (see Chapter 4: *Medical Benefits Chart (what is covered and what you pay)*). We will also check to see if you followed all the rules for using your coverage for medical care (these

rules are given in Chapter 3 of this booklet: *Using the plan's coverage for your medical services*).

**We will say yes or no to your request**

- If the medical care you paid for is covered and you followed all the rules, we will send you the payment for our share of the cost of your medical care within 60 calendar days after we receive your request. Or, if you haven't paid for the services, we will send the payment directly to the provider. When we send the payment, it's the same as saying *yes* to your request for a coverage decision.)

- If the medical care is *not* covered, or you did *not* follow all the rules, we will not send payment. Instead, we will send you a letter that says we will not pay for the services and the reasons why in detail. (When we turn down your request for payment, it's the same as saying *no* to your request for a coverage decision.)

**What if you ask for payment and we say that we will not pay?**
If you do not agree with our decision to turn you down, **you can make an appeal**. If you make an appeal, it means you are asking us to change the coverage decision we made when we turned down your request for payment.

**To make this appeal, follow the process for appeals that we describe in part 5.3 of this section**. Go to this part for step-by-step instructions. When you are following these instructions, please note:

- If you make an appeal for reimbursement, we must give you our answer within 60 calendar days after we receive your appeal. (If you are asking us to pay you back for medical care you have already received and paid for yourself, you are not allowed to ask for a fast appeal.)

- If the Independent Review Organization reverses our decision to deny payment, we must send the payment you have requested to you or to the provider within 30 calendar days. If the answer to your appeal is yes at any stage of the appeals process after Level 2, we must send the payment you requested to you or to the provider within 60 calendar days.

| SECTION 6 | How to ask us to cover a longer inpatient hospital stay if you think the doctor is discharging you too soon |
|-----------|---|

When you are admitted to a hospital, you have the right to get all of your covered hospital services that are necessary to diagnose and treat your illness or injury. For more information about our coverage for your hospital care, including any limitations on this coverage, see Chapter 4 of this booklet: *Medical Benefits Chart (what is covered and what you pay)*.

During your hospital stay, your doctor and the hospital staff will be working with you to prepare for the day when you will leave the hospital. They will also help arrange for care you may need after you leave.

- The day you leave the hospital is called your "**discharge date**." Our plan's coverage of your hospital stay ends on this date.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 79 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)    78

- When your discharge date has been decided, your doctor or the hospital staff will let you know.
- If you think you are being asked to leave the hospital too soon, you can ask for a longer hospital stay and your request will be considered. This section tells you how to ask.

| Section 6.1 | During your inpatient hospital stay, you will get a written notice from Medicare that tells about your rights |
| --- | --- |

During your hospital stay, you will be given a written notice called *An Important Message from Medicare about Your Rights.* Everyone with Medicare gets a copy of this notice whenever they are admitted to a hospital. Someone at the hospital (for example, a caseworker or nurse) must give it to you within two days after you are admitted. If you do not get the notice, ask any hospital employee for it. If you need help, please call Customer Service (phone numbers are printed on the back of your member ID card). You can also call 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

1. **Read this notice carefully and ask questions if you don't understand it.** It tells you about your rights as a hospital patient, including:
   - Your right to receive Medicare-covered services during and after your hospital stay, as ordered by your doctor. This includes the right to know what these services are, who will pay for them, and where you can get them.
   - Your right to be involved in any decisions about your hospital stay, and know who will pay for it.
   - Where to report any concerns you have about quality of your hospital care.
   - Your right to appeal your discharge decision if you think you are being discharged from the hospital too soon.

| Legal Terms |
| --- |
| The written notice from Medicare tells you how you can **"request an immediate review."** Requesting an immediate review is a formal, legal way to ask for a delay in your discharge date so that we will cover your hospital care for a longer time. (Section 6.2 below tells you how you can request an immediate review.) |

2. **You must sign the written notice to show that you received it and understand your rights.**
   - You or someone who is acting on your behalf must sign the notice. (Section 4 of this chapter tells how you can give written permission to someone else to act as your representative.)
   - Signing the notice shows *only* that you have received the information about your rights. The notice does not give your discharge date (your doctor or hospital staff will tell you your discharge date). Signing the notice **does *not* mean** you are agreeing on a discharge date.

3. **Keep your copy** of the signed notice so you will have the information about making an appeal (or reporting a concern about quality of care) handy if you need it.

- If you sign the notice more than 2 days before the day you leave the hospital, you will get another copy before you are scheduled to be discharged.
- To look at a copy of this notice in advance, you can call Customer Service (phone numbers are printed on the back of your member ID card) or 1-800 MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048. You can also see it online at http://www.cms.gov/BNI/12_HospitalDischargeAppealNotices.asp.

| Section 6.2 | Step-by-step: How to make a Level 1 Appeal to change your hospital discharge date |
|---|---|

If you want to ask for your inpatient hospital services to be covered by us for a longer time, you will need to use the appeals process to make this request. Before you start, understand what you need to do and what the deadlines are.

- **Follow the process.** Each step in the first two levels of the appeals process is explained below.
- **Meet the deadlines.** The deadlines are important. Be sure that you understand and follow the deadlines that apply to things you must do.
- **Ask for help if you need it.** If you have questions or need help at any time, please call Customer Service (phone numbers are printed on the back of your member ID card). Or call your State Health Insurance Assistance Program, a government organization that provides personalized assistance (see Section 2 of this chapter).

**During a Level 1 Appeal, the Quality Improvement Organization reviews your appeal.** It checks to see if your planned discharge date is medically appropriate for you.

**Step 1:** **Contact the Quality Improvement Organization in your state and ask for a "fast review" of your hospital discharge. You must act quickly.**

| Legal Terms |
|---|
| A "fast review" is also called an **"immediate review."** |

*What is the Quality Improvement Organization?*

- This organization is a group of doctors and other health care professionals who are paid by the federal government. These experts are not part of our plan. This organization is paid by Medicare to check on and help improve the quality of care for people with Medicare. This includes reviewing hospital discharge dates for people with Medicare.

*How can you contact this organization?*

- The written notice you received (*An Important Message from Medicare About Your Rights*) tells you how to reach this organization. (Or find the name, address, and phone number of the Quality Improvement Organization for your state in Addendum A at the back of this booklet.)

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   80

*Act quickly:*
- To make your appeal, you must contact the Quality Improvement Organization *before* you leave the hospital and **no later than your planned discharge date.** (Your "planned discharge date" is the date that has been set for you to leave the hospital.)
  - If you meet this deadline, you are allowed to stay in the hospital *after* your discharge date *without paying for it* while you wait to get the decision on your appeal from the Quality Improvement Organization.
  - If you do *not* meet this deadline, and you decide to stay in the hospital after your planned discharge date, *you may have to pay all of the costs* for hospital care you receive after your planned discharge date.
- If you miss the deadline for contacting the Quality Improvement Organization about your appeal, you can make your appeal directly to our plan instead. For details about this other way to make your appeal, see Section 6.4.

*Ask for a "fast review":*
- You must ask the Quality Improvement Organization for a **"fast review"** of your discharge. Asking for a "fast review" means you are asking for the organization to use the "fast" deadlines for an appeal instead of using the standard deadlines.

| Legal Terms |
| --- |
| A **"fast review"** is also called an **"immediate review"** or an **"expedited review."** |

**Step 2:** **The Quality Improvement Organization conducts an independent review of your case.**

*What happens during this review?*
- Health professionals at the Quality Improvement Organization (we will call them "the reviewers" for short) will ask you (or your representative) why you believe coverage for the services should continue. You don't have to prepare anything in writing, but you may do so if you wish.
- The reviewers will also look at your medical information, talk with your doctor, and review information that the hospital and we have given to them.
- By noon of the day after the reviewers informed our plan of your appeal, you will also get a written notice that gives your planned discharge date and explains in detail the reasons why your doctor, the hospital, and we think it is right (medically appropriate) for you to be discharged on that date.

| Legal Terms |
| --- |
| This written explanation is called the **"Detailed Notice of Discharge."** You can get a sample of this notice by calling Customer Service (phone numbers are printed on the back of your member ID card) or 1-800-MEDICARE (1-800-633-4227, 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.) Or you can see a sample notice online at http://www.cms.hhs.gov/BNI/ |

**Step 3:** **Within one full day after it has all the needed information, the Quality Improvement Organization will give you its answer to your appeal.**

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 82 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)     81

*What happens if the answer is yes?*
- If the review organization says *yes* to your appeal, **we must keep providing your covered inpatient hospital services for as long as these services are medically necessary.**
- You will have to keep paying your share of the costs (such as deductibles or copayments, if these apply). In addition, there may be limitations on your covered hospital services. (See Chapter 4 of this booklet).

*What happens if the answer is no?*
- If the review organization says *no* to your appeal, they are saying that your planned discharge date is medically appropriate. If this happens, **our coverage for your inpatient hospital services will end** at noon on the day *after* the Quality Improvement Organization gives you its answer to your appeal.
- If the review organization says *no* to your appeal and you decide to stay in the hospital, then **you may have to pay the full cost** of hospital care you receive after noon on the day after the Quality Improvement Organization gives you its answer to your appeal.

**Step 4: If the answer to your Level 1 Appeal is no, you decide if you want to make another appeal.**
- If the Quality Improvement Organization has turned down your appeal, *and* you stay in the hospital after your planned discharge date, then you can make another appeal. Making another appeal means you are going on to "Level 2" of the appeals process.

| Section 6.3 | Step-by-step: How to make a Level 2 Appeal to change your hospital discharge date |
|---|---|

If the Quality Improvement Organization has turned down your appeal, *and* you stay in the hospital after your planned discharge date, then you can make a Level 2 Appeal. During a Level 2 Appeal, you ask the Quality Improvement Organization to take another look at the decision they made on your first appeal. If the Quality Improvement Organization turns down your Level 2 Appeal, you may have to pay the full cost for your stay after your planned discharge date.

Here are the steps for Level 2 of the appeal process:

**Step 1: You contact the Quality Improvement Organization again and ask for another review.**
- You must ask for this review **within 60 calendar days** after the day when the Quality Improvement Organization said *no* to your Level 1 Appeal. You can ask for this review only if you stayed in the hospital after the date that your coverage for the care ended.

**Step 2: The Quality Improvement Organization does a second review of your situation.**
- Reviewers at the Quality Improvement Organization will take another careful look at all of the information related to your appeal.

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   82

**Step 3:** Within 14 calendar days, the **Quality Improvement Organization** reviewers will decide on your appeal and tell you their decision.

**If the review organization says yes:**
- **We must reimburse you** for our share of the costs of hospital care you have received since noon on the day after the date your first appeal was turned down by the Quality Improvement Organization. **We must continue providing coverage for your inpatient hospital care for as long as it is medically necessary.**
- You must continue to pay your share of the costs and coverage limitations may apply.

**If the review organization says no:**
- It means they agree with the decision they made on your Level 1 Appeal and will not change it.
- The notice you get will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to the next level of appeal, which is handled by a judge.

**Step 4:** If the answer is no, you will need to decide whether you want to take your appeal further by going on to Level 3.
- There are three additional levels in the appeals process after Level 2 (for a total of five levels of appeal). If the review organization turns down your Level 2 Appeal, you can choose whether to accept that decision or whether to go on to Level 3 and make another appeal. At Level 3, your appeal is reviewed by a judge.
- Section 8 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

| Section 6.4 | What if you miss the deadline for making your Level 1 Appeal? |
|---|---|

**You can appeal to us instead**
As explained above in Section 6.2, you must act quickly to contact the Quality Improvement Organization to start your first appeal of your hospital discharge. ("Quickly" means before you leave the hospital and no later than your planned discharge date.) If you miss the deadline for contacting this organization, there is another way to make your appeal.

If you use this other way of making your appeal, *the first two levels of appeal are different.*

**Step-by-Step: How to make a Level 1 *Alternate* Appeal**
If you miss the deadline for contacting the Quality Improvement Organization, you can make an appeal to us, asking for a "fast review." A fast review is an appeal that uses the fast deadlines instead of the standard deadlines.

| Legal Terms |
|---|
| A "fast" review (or "fast appeal") is also called an **"expedited appeal."** |

**Step 1: Contact us and ask for a "fast review."**

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 84 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   83

- For details on how to contact us, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are making an appeal about your medical care*.
- **Be sure to ask for a "fast review."** This means you are asking us to give you an answer using the "fast" deadlines rather than the "standard" deadlines.

**Step 2: We do a "fast" review of your planned discharge date, checking to see if it was medically appropriate.**

- During this review, we take a look at all of the information about your hospital stay. We check to see if your planned discharge date was medically appropriate. We will check to see if the decision about when you should leave the hospital was fair and followed all the rules.
- In this situation, we will use the "fast" deadlines rather than the standard deadlines for giving you the answer to this review.

**Step 3: We give you our decision within 72 hours after you ask for a "fast review" ("fast appeal").**

- **If we say yes to your fast appeal,** it means we have agreed with you that you still need to be in the hospital after the discharge date, and will keep providing your covered inpatient hospital services for as long as it is medically necessary. It also means that we have agreed to reimburse you for our share of the costs of care you have received since the date when we said your coverage would end. (You must pay your share of the costs and there may be coverage limitations that apply.)
- **If we say no to your fast appeal,** we are saying that your planned discharge date was medically appropriate. Our coverage for your inpatient hospital services ends as of the day we said coverage would end.
  - If you stayed in the hospital *after* your planned discharge date, then **you may have to pay the full cost** of hospital care you received after the planned discharge date.

**Step 4: If we say *no* to your fast appeal, your case will *automatically* be sent on to the next level of the appeals process.**

- To make sure we were following all the rules when we said no to your fast appeal, **we are required to send your appeal to the "Independent Review Organization."** When we do this, it means that you are *automatically* going on to Level 2 of the appeals process.

**Step-by-Step: How to make a Level 2 *Alternate* Appeal**

If we say no to your Level 1 Appeal, your case will *automatically* be sent on to the next level of the appeals process. During the Level 2 Appeal, the **Independent Review Organization** reviews the decision we made when we said no to your "fast appeal." This organization decides whether the decision we made should be changed.

| Legal Terms |
|---|
| The formal name for the "Independent Review Organization" is the **Independent Review Entity.** It is sometimes called the **"IRE."** |

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 85 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)    84

**Step 1:** **We will automatically forward your case to the Independent Review Organization.**

- We are required to send the information for your Level 2 Appeal to the Independent Review Organization within 24 hours of when we tell you that we are saying no to your first appeal. (If you think we are not meeting this deadline or other deadlines, you can make a complaint. The complaint process is different from the appeal process. Section 9 of this chapter tells how to make a complaint.)

**Step 2:** **The Independent Review Organization does a "fast review" of your appeal. The reviewers give you an answer within 72 hours.**

- **The Independent Review Organization is an independent organization that is hired by Medicare.** This organization is not connected with our plan and it is not a government agency. This organization is a company chosen by Medicare to handle the job of being the Independent Review Organization. Medicare oversees its work.
- Reviewers at the Independent Review Organization will take a careful look at all of the information related to your appeal of your hospital discharge.
- **If this organization says *yes* to your appeal,** then we must reimburse you (pay you back) for our share of the costs of hospital care you have received since the date of your planned discharge. We must also continue the plan's coverage of your inpatient hospital services for as long as it is medically necessary. You must continue to pay your share of the costs. If there are coverage limitations, these could limit how much we would reimburse or how long we would continue to cover your services.
- **If this organization says *no* to your appeal,** it means they agree with us that your planned hospital discharge date was medically appropriate.
  - o The notice you get from the Independent Review Organization will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to a Level 3 Appeal, which is handled by a judge.

**Step 3:** **If the Independent Review Organization turns down your appeal, you choose whether you want to take your appeal further.**

- There are three additional levels in the appeals process after Level 2 (for a total of five levels of appeal). If reviewers say no to your Level 2 Appeal, you decide whether to accept their decision or go on to Level 3 and make a third appeal.
- Section 8 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

## SECTION 7   How to ask us to keep covering certain medical services if you think your coverage is ending too soon

| | |
|---|---|
| Section 7.1 | ***This section is about three services <u>only</u>:*** **Home health care, skilled nursing facility care, and Comprehensive Outpatient Rehabilitation Facility (CORF) services** |

This section is about the following types of care *only*:

- **Home health care services** you are getting.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 86 of 183

2015 Evidence of Coverage for Aetna Medicare$^{SM}$ Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)    85

- **Skilled nursing care** you are getting as a patient in a skilled nursing facility. (To learn about requirements for being considered a "skilled nursing facility," see Chapter 10, *Definitions of important words*.)
- **Rehabilitation care** you are getting as an outpatient at a Medicare-approved Comprehensive Outpatient Rehabilitation Facility (CORF). Usually, this means you are getting treatment for an illness or accident, or you are recovering from a major operation. (For more information about this type of facility, see Chapter 10, *Definitions of important words*.)

When you are getting any of these types of care, you have the right to keep getting your covered services for that type of care for as long as the care is needed to diagnose and treat your illness or injury. For more information on your covered services, including your share of the cost and any limitations to coverage that may apply, see the Medical Benefits Chart included with this booklet.

When we decide it is time to stop covering any of the three types of care for you, we are required to tell you in advance. When your coverage for that care ends, *we will stop paying our share of the cost for your care.*

If you think we are ending the coverage of your care too soon, **you can appeal our decision**. This section tells you how to ask for an appeal.

| Section 7.2 | We will tell you in advance when your coverage will be ending |
| --- | --- |

1. **You receive a notice in writing.** At least two days before our plan is going to stop covering your care, the agency or facility that is providing your care will give you a notice.
   - The written notice tells you the date when we will stop covering the care for you.
   - The written notice also tells what you can do if you want to ask our plan to change this decision about when to end your care, and keep covering it for a longer period of time.

| Legal Terms |
| --- |
| In telling you what you can do, the written notice is telling how you can request a **"fast-track appeal."** Requesting a fast-track appeal is a formal, legal way to request a change to our coverage decision about when to stop your care. (Section 8.3 below tells how you can request a fast-track appeal.) |
| The written notice is called the "**Notice of Medicare Non-Coverage.**" To get a sample copy, call Customer Service (phone numbers are printed on the back of your member ID card) or 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. (TTY users should call 1-877-486-2048.) Or see a copy online at http://www.cms.hhs.gov/BNI/ |

2. **You must sign the written notice to show that you received it.**
   - You or someone who is acting on your behalf must sign the notice. (Section 4 tells how you can give written permission to someone else to act as your representative.)

Case 3:17-cv-00621-KAD    Document 1-3    Filed 04/13/17    Page 87 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)    86

- Signing the notice shows *only* that you have received the information about when your coverage will stop. **Signing it does <u>not</u> mean you agree** with the plan that it's time to stop getting the care.

| Section 7.3 | Step-by-step: How to make a Level 1 Appeal to have our plan cover your care for a longer time |
|---|---|

If you want to ask us to cover your care for a longer period of time, you will need to use the appeals process to make this request. Before you start, understand what you need to do and what the deadlines are.

- **Follow the process.** Each step in the first two levels of the appeals process is explained below.
- **Meet the deadlines.** The deadlines are important. Be sure that you understand and follow the deadlines that apply to things you must do. There are also deadlines our plan must follow. (If you think we are not meeting our deadlines, you can file a complaint. Section 9 of this chapter tells you how to file a complaint.)
- **Ask for help if you need it.** If you have questions or need help at any time, please call Customer Service (phone numbers are printed on the back of your member ID card). Or call your State Health Insurance Assistance Program, a government organization that provides personalized assistance (see Section 2 of this chapter).

**During a Level 1 Appeal, the Quality Improvement Organization reviews your appeal and decides whether to change the decision made by our plan.**

<u>Step 1:</u>  **Make your Level 1 Appeal: contact the Quality Improvement Organization in your state and ask for a review. You must act quickly.**

*What is the Quality Improvement Organization?*
- This organization is a group of doctors and other health care experts who are paid by the federal government. These experts are not part of our plan. They check on the quality of care received by people with Medicare and review plan decisions about when it's time to stop covering certain kinds of medical care.

*How can you contact this organization?*
- The written notice you received tells you how to reach this organization. (Or find the name, address, and phone number of the Quality Improvement Organization for your state in Addendum A at the back of this booklet.)

*What should you ask for?*
- Ask this organization to do an independent review of whether it is medically appropriate for us to end coverage for your medical services.

*Your deadline for contacting this organization.*

- You must contact the Quality Improvement Organization to start your appeal *no later than noon of the day after you receive the written notice telling you when we will stop covering your care.*
- If you miss the deadline for contacting the Quality Improvement Organization about your appeal, you can make your appeal directly to us instead. For details about this other way to make your appeal, see Section 7.5.

**Step 2: The Quality Improvement Organization conducts an independent review of your case.**

*What happens during this review?*

- Health professionals at the Quality Improvement Organization (we will call them "the reviewers" for short) will ask you (or your representative) why you believe coverage for the services should continue. You don't have to prepare anything in writing, but you may do so if you wish.
- The review organization will also look at your medical information, talk with your doctor, and review information that our plan has given to them.
- By the end of the day the reviewers informed us of your appeal, and you will also get a written notice from us that explains in detail our reasons for ending our coverage for your services.

| Legal Terms |
|---|
| This notice explanation is called the "**Detailed Explanation of Non-Coverage.**" |

**Step 3: Within one full day after they have all the information they need, the reviewers will tell you their decision.**

*What happens if the reviewers say yes to your appeal?*

- If the reviewers say *yes* to your appeal, then **we must keep providing your covered services for as long as it is medically necessary.**
- You will have to keep paying your share of the costs (such as deductibles or copayments, if these apply). In addition, there may be limitations on your covered services (see Chapter 4 of this booklet).

*What happens if the reviewers say no to your appeal?*

- If the reviewers say *no* to your appeal, then **your coverage will end on the date we have told you.** We will stop paying its share of the costs of this care.
- If you decide to keep getting the home health care, or skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services *after* this date when your coverage ends, then **you will have to pay the full cost** of this care yourself.

**Step 4: If the answer to your Level 1 Appeal is no, you decide if you want to make another appeal.**

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 89 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   88

- This first appeal you make is "Level 1" of the appeals process. If reviewers say *no* to your Level 1 Appeal – <u>and</u> you choose to continue getting care after your coverage for the care has ended – then you can make another appeal.
- Making another appeal means you are going on to "Level 2" of the appeals process.

| Section 7.4 | Step-by-step: How to make a Level 2 Appeal to have our plan cover your care for a longer time |
|---|---|

If the Quality Improvement Organization has turned down your appeal <u>and</u> you choose to continue getting care after your coverage for the care has ended, then you can make a Level 2 Appeal. During a Level 2 Appeal, you ask the Quality Improvement Organization to take another look at the decision they made on your first appeal. If the Quality Improvement Organization turns down your Level 2 Appeal, you may have to pay the full cost for your home health care, or skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services *after* the date when we said your coverage would end.

Here are the steps for Level 2 of the appeal process:

**Step 1:** **You contact the Quality Improvement Organization again and ask for another review.**

- You must ask for this review **within 60 days** after the day when the Quality Improvement Organization said *no* to your Level 1 Appeal. You can ask for this review only if you continued getting care after the date that your coverage for the care ended.

**Step 2:** **The Quality Improvement Organization does a second review of your situation.**

- Reviewers at the Quality Improvement Organization will take another careful look at all of the information related to your appeal.

**Step 3:** **Within 14 days, the Quality Improvement Organization reviewers will decide on your appeal and tell you their decision.**

*What happens if the review organization says yes to your appeal?*

- **We must reimburse you** for our share of the costs of care you have received since the date when we said your coverage would end. **We must continue providing coverage** for the care for as long as it is medically necessary.
- You must continue to pay your share of the costs and there may be coverage limitations that apply.

*What happens if the review organization says no?*

- It means they agree with the decision we made to your Level 1 Appeal and will not change it.
- The notice you get will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to the next level of appeal, which is handled by a judge.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 90 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   89

**Step 4:** **If the answer is no, you will need to decide whether you want to take your appeal further.**

- There are three additional levels of appeal after Level 2, for a total of five levels of appeal. If reviewers turn down your Level 2 Appeal, you can choose whether to accept that decision or to go on to Level 3 and make another appeal. At Level 3, your appeal is reviewed by a judge.
- Section 8 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

| Section 7.5 | What if you miss the deadline for making your Level 1 Appeal? |
|---|---|

**You can appeal to us instead**

As explained above in Section 7.3, you must act quickly to contact the Quality Improvement Organization to start your first appeal (within a day or two, at the most). If you miss the deadline for contacting this organization, there is another way to make your appeal. If you use this other way of making your appeal, *the first two levels of appeal are different.*

**Step-by-Step: How to make a Level 1 *Alternate* Appeal**

If you miss the deadline for contacting the Quality Improvement Organization, you can make an appeal to us, asking for a "fast review." A fast review is an appeal that uses the fast deadlines instead of the standard deadlines.

Here are the steps for a Level 1 Alternate Appeal:

| Legal Terms |
|---|
| A "fast" review (or "fast appeal") is also called an **"expedited appeal"**. |

**Step 1: Contact us and ask for a "fast review."**

- For details on how to contact us, go to Chapter 2, Section 1 and look for the section called, *How to contact us when you are making an appeal about your medical care.*
- **Be sure to ask for a "fast review.**" This means you are asking us to give you an answer using the "fast" deadlines rather than the "standard" deadlines.

**Step 2: We do a "fast" review of the decision we made about when to end coverage for your services.**

- During this review, we take another look at all of the information about your case. We check to see if we were following all the rules when we set the date for ending the plan's coverage for services you were receiving.
- We will use the "fast" deadlines rather than the standard deadlines for giving you the answer to this review. (Usually, if you make an appeal to our plan and ask for a "fast review," we are allowed to decide whether to agree to your request and give you a "fast review." But in this situation, the rules require us to give you a fast response if you ask for it.)

**Step 3: We give you our decision within 72 hours after you ask for a "fast review" ("fast appeal").**

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 91 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)     90

- **If we say yes to your fast appeal,** it means we have agreed with you that you need services longer, and will keep providing your covered services for as long as it is medically necessary. It also means that we have agreed to reimburse you for your share of the costs of care you have received since the date when we said your coverage would end. (You must pay your share of the costs and there may be coverage limitations that apply.)
- **If we say no to your fast appeal,** then your coverage will end on the date we told you and we will not pay any share of the costs after this date.
- If you continued to get home health care, or skilled nursing facility care, or Comprehensive Outpatient Rehabilitation Facility (CORF) services *after* the date when we said your coverage would end, then **you will have to pay the full cost** of this care yourself.

**Step 4:** **If we say *no* to your fast appeal, your case will *automatically* go on to the next level of the appeals process.**

- To make sure we were following all the rules when we said no to your fast appeal, **we are required to send your appeal to the "Independent Review Organization."** When we do this, it means that you are *automatically* going on to Level 2 of the appeals process.

**Step-by-Step: How to make a Level 2 *Alternate* Appeal**

If we say no to your Level 1 Appeal, your case will *automatically* be sent on to the next level of the appeals process. During the Level 2 Appeal, the **Independent Review Organization** reviews the decision we made when we said no to your "fast appeal." This organization decides whether the decision we made should be changed.

| Legal Terms |
| --- |
| The formal name for the "Independent Review Organization" is the **"Independent Review Entity."** It is sometimes called the **"IRE."** |

**Step 1:** **We will automatically forward your case to the Independent Review Organization.**

- We are required to send the information for your Level 2 Appeal to the Independent Review Organization within 24 hours of when we tell you that we are saying no to your first appeal. (If you think we are not meeting this deadline or other deadlines, you can make a complaint. The complaint process is different from the appeal process. Section 9 of this chapter tells how to make a complaint.)

**Step 2:** **The Independent Review Organization does a "fast review" of your appeal. The reviewers give you an answer within 72 hours.**

- **The Independent Review Organization is an independent organization that is hired by Medicare**. This organization is not connected with our plan and it is not a government agency. This organization is a company chosen by Medicare to handle the job of being the Independent Review Organization. Medicare oversees its work.
- Reviewers at the Independent Review Organization will take a careful look at all of the information related to your appeal.

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   91

- **If this organization says *yes* to your appeal,** then we must reimburse you (pay you back) for our share of the costs of care you have received since the date when we said your coverage would end. We must also continue to cover the care for as long as it is medically necessary. You must continue to pay your share of the costs. If there are coverage limitations, these could limit how much we would reimburse or how long we would continue to cover your services.
- **If this organization says *no* to your appeal,** it means they agree with the decision our plan made to your first appeal and will not change it.
    - The notice you get from the Independent Review Organization will tell you in writing what you can do if you wish to continue with the review process. It will give you the details about how to go on to a Level 3 Appeal.

**Step 3:** **If the Independent Review Organization turns down your appeal, you choose whether you want to take your appeal further.**
- There are three additional levels of appeal after Level 2, for a total of five levels of appeal. If reviewers say no to your Level 2 Appeal, you can choose whether to accept that decision or whether to go on to Level 3 and make another appeal. At Level 3, your appeal is reviewed by a judge.
- Section 8 in this chapter tells more about Levels 3, 4, and 5 of the appeals process.

## SECTION 8          Taking your appeal to Level 3 and beyond

| Section 8.1 | Levels of Appeal 3, 4, and 5 for Medical Service Appeals |
|---|---|

This section may be appropriate for you if you have made a Level 1 Appeal and a Level 2 Appeal, and both of your appeals have been turned down.

If the dollar value of the item or medical service you have appealed meets certain minimum levels, you may be able to go on to additional levels of appeal. If the dollar value is less than the minimum level, you cannot appeal any further. If the dollar value is high enough, the written response you receive to your Level 2 Appeal will explain who to contact and what to do to ask for a Level 3 Appeal.

For most situations that involve appeals, the last three levels of appeal work in much the same way. Here is who handles the review of your appeal at each of these levels.

| Level 3 Appeal | **A judge who works for the federal government** will review your appeal and give you an answer. This judge is called an "Administrative Law Judge." |
|---|---|

- **If the Administrative Law Judge says yes to your appeal, the appeals process *may or may not* be over** - We will decide whether to appeal this decision to Level 4. Unlike a decision at Level 2 (Independent Review Organization), we have the right to appeal a Level 3 decision that is favorable to you.
    - If we decide *not* to appeal the decision, we must authorize or provide you with the service within 60 calendar days after receiving the judge's decision.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 93 of 183

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   92

- o   If we decide to appeal the decision, we will send you a copy of the Level 4 Appeal request with any accompanying documents. We may wait for the Level 4 Appeal decision before authorizing or providing the service in dispute.
- **If the Administrative Law Judge says no to your appeal, the appeals process *may* or *may not* be over.**
  - o   If you decide to accept this decision that turns down your appeal, the appeals process is over.
  - o   If you do not want to accept the decision, you can continue to the next level of the review process. If the administrative law judge says no to your appeal, the notice you get will tell you what to do next if you choose to continue with your appeal.

| Level 4 Appeal | The **Appeals Council** will review your appeal and give you an answer. The Appeals Council works for the federal government. |
|---|---|

- **If the answer is yes, or if the Appeals Council denies our request to review a favorable Level 3 Appeal decision, the appeals process *may* or *may not* be over** - We will decide whether to appeal this decision to Level 5. Unlike a decision at Level 2 (Independent Review Organization), we have the right to appeal a Level 4 decision that is favorable to you.
  - o   If we decide *not* to appeal the decision, we must authorize or provide you with the service within 60 calendar days after receiving the Appeals Council's decision.
  - o   If we decide to appeal the decision, we will let you know in writing.
- **If the answer is no or if the Appeals Council denies the review request, the appeals process *may* or *may not* be over.**
  - o   If you decide to accept this decision that turns down your appeal, the appeals process is over.
  - o   If you do not want to accept the decision, you might be able to continue to the next level of the review process. If the Appeals Council says no to your appeal, the notice you get will tell you whether the rules allow you to go on to a Level 5 Appeal. If the rules allow you to go on, the written notice will also tell you who to contact and what to do next if you choose to continue with your appeal.

| Level 5 Appeal | A judge at the **Federal District Court** will review your appeal. |
|---|---|

- This is the last step of the administrative appeals process.

# MAKING COMPLAINTS

| SECTION 9 | How to make a complaint about quality of care, waiting times, customer service, or other concerns |
|---|---|

 .   If your problem is about decisions related to benefits, coverage, or payment, then this section is *not for you.* Instead, you need to use the

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 94 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   93

process for coverage decisions and appeals. Go to Section 4 of this chapter.

| Section 9.1 | What kinds of problems are handled by the complaint process? |
|---|---|

This section explains how to use the process for making complaints. The complaint process is used for certain types of problems *only.* This includes problems related to quality of care, waiting times, and the customer service you receive. Here are examples of the kinds of problems handled by the complaint process.

**If you have any of these kinds of problems, you can "make a complaint"**

| Complaint | Example |
|---|---|
| **Quality of your medical care** | • Are you unhappy with the quality of the care you have received (including care in the hospital)? |
| **Respecting your privacy** | • Do you believe that someone did not respect your right to privacy or shared information about you that you feel should be confidential? |
| **Disrespect, poor customer service, or other negative behaviors** | • Has someone been rude or disrespectful to you?<br>• Are you unhappy with how our Member Services has treated you?<br>• Do you feel you are being encouraged to leave the plan? |
| **Waiting times** | • Are you having trouble getting an appointment, or waiting too long to get it?<br>• Have you been kept waiting too long by doctors or other health professionals? Or by our Member Services or other staff at the plan?<br>   o Examples include waiting too long on the phone, in the waiting room, or in the exam room. |
| **Cleanliness** | • Are you unhappy with the cleanliness or condition of a clinic, hospital, or doctor's office? |
| **Information you get from us** | • Do you believe we have not given you a notice that we are required to give?<br>• Do you think written information we have given you is hard to understand? |
| **Timeliness** (These types of complaints are all related to the timeliness of our actions related to coverage decisions | The process of asking for a coverage decision and making appeals is explained in sections 4-8 of this chapter. If you are asking for a decision or making an appeal, you use that process, not the complaint process.<br><br>However, if you have already asked us for a coverage decision or made an appeal, and you think that we are not responding quickly enough, you can also make a complaint about our slowness. Here are examples: |

| Complaint | Example |
|---|---|
| and appeals) | • If you have asked us to give you a "fast coverage decision" or a "fast appeal," and we have said we will not, you can make a complaint.<br><br>• If you believe we are not meeting the deadlines for giving you a coverage decision or an answer to an appeal you have made, you can make a complaint.<br><br>• When a coverage decision we made is reviewed and we are told that we must cover or reimburse you for certain medical services, there are deadlines that apply. If you think we are not meeting these deadlines, you can make a complaint.<br><br>• When we do not give you a decision on time, we are required to forward your case to the Independent Review Organization. If we do not do that within the required deadline, you can make a complaint. |

| Section 9.2 | The formal name for "making a complaint" is "filing a grievance" |
|---|---|

| Legal Terms |
|---|
| • What this section calls a **"complaint"** is also called a **"grievance."**<br>• Another term for **"making a complaint"** is **"filing a grievance."**<br>• Another way to say "**using the process for complaints**" is "**using the process for filing a grievance.**" |

| Section 9.3 | Step-by-step: Making a complaint |
|---|---|

**Step 1:** **Contact us promptly – either by phone or in writing.**

- **Usually, calling Customer Service is the first step.** If there is anything else you need to do, Customer Service will let you know. Please contact our Customer Service at the number on the back of your member ID card for additional information. (For TTY assistance please call 711.) We're available 8 a.m. to 6 p.m. local time, Monday through Friday. Calls to these numbers are toll free.  Customer Service also has free language interpreter services available for non-English speakers.
- **You can submit a complaint about our plan online.**  To submit an online complaint go to: http://www.aetnamedicare.com/plan_choices/advantage_appeals_grievances.jsp
- **If you do not wish to call or submit online (or you called and were not satisfied), you can put your complaint in writing and send it to us.** If you put your complaint in writing, we will respond to your complaint in writing.
- **If you want to use the written process, here's how it works:**
  - Send your written complaint (also known as a grievance) to:

    Aetna Medicare Grievance & Appeal Unit

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 96 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)   95

P.O. Box 14067
Lexington, KY 40512

o   Be sure to provide all pertinent information or you may also download the form on our website at http://www.aetnamedicare.com/help_and_resources/ downloadable_forms_2014.jsp, select the "Other forms & documents tab, and select the "Aetna Medicare Grievance Form" located in the Exception, Appeals and Grievances Forms section of the site.

o   The grievance must be submitted within 60 days of the event or incident. For written complaints, you will receive a written notice stating the result of our review, which will be sent to you. This notice will include a description of our understanding of your grievance, and our decision in clear terms. We must address your grievance as quickly as your case requires based on your health status, but no later than 30 days after receiving your complaint. We may extend the time frame by up to 14 days if you ask for an extension or if we identify a need for additional information and the delay is in your best interest.

o   You also have the right to ask for a fast "expedited" grievance. An expedited or "fast" grievance is a type of complaint that must be resolved within 24 hours from the time you contact us. You have the right to request a "fast" grievance if you disagree with:

   ▪   Our plan to take a 14-day extension on an organization determination or reconsideration, or

   ▪   Our denial of your request to expedite an organization determination or reconsideration for health services.

o   The expedited/fast grievance process is as follows: You or an authorized representative may call, fax, or mail your complaint and mention that you want the fast, or expedited, grievance process. Call 1-888-267-2637, fax your complaint to 1-866-604-7092, or write your complaint and send it to the address shown in the paragraph above. Upon receipt of the complaint, we will promptly investigate the issue you have identified. If we agree with your complaint, we will cancel the 14-day extension, or expedite the determination or appeal as you originally requested. Regardless of whether we agree or not, we will notify you of our decision by phone within 24 hours and send written follow-up shortly thereafter.

- **Whether you call or write, you should contact Customer Service right away.** The complaint must be made within 60 calendar days after you had the problem you want to complain about.

- **If you are making a complaint because we denied your request for a "fast coverage decision" or a "fast appeal," we will automatically give you a "fast" complaint.** If you have a "fast" complaint, it means we will give you **an answer within 24 hours**.

| Legal Terms |
|---|
| What this section calls a **"fast complaint"** is also called an **"expedited grievance."** |

**Step 2:** We look into your complaint and give you our answer.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 97 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 7. What to do if you have a problem or complaint (coverage decisions, appeals, complaints)     96

- **If possible, we will answer you right away.** If you call us with a complaint, we may be able to give you an answer on the same phone call. If your health condition requires us to answer quickly, we will do that.
- **Most complaints are answered in 30 calendar days.** If we need more information and the delay is in your best interest or if you ask for more time, we can take up to 14 more calendar days (44 calendar days total) to answer your complaint.
- **If we do not agree** with some or all of your complaint or don't take responsibility for the problem you are complaining about, we will let you know. Our response will include our reasons for this answer. We must respond whether we agree with the complaint or not.

| Section 9.4 | You can also make complaints about quality of care to the Quality Improvement Organization |
|---|---|

You can make your complaint about the quality of care you received to us by using the step-by-step process outlined above.

When your complaint is about *quality of care*, you also have two extra options:
- **You can make your complaint to the Quality Improvement Organization**. If you prefer, you can make your complaint about the quality of care you received directly to this organization (*without* making the complaint to us).
  - The Quality Improvement Organization is a group of practicing doctors and other health care experts paid by the federal government to check and improve the care given to Medicare patients.
  - To find the name, address, and phone number of the Quality Improvement Organization for your state, look in Addendum A at the back of this booklet. If you make a complaint to this organization, we will work with them to resolve your complaint.
- **Or you can make your complaint to both at the same time**. If you wish, you can make your complaint about quality of care to us and also to the Quality Improvement Organization.

| Section 9.5 | You can also tell Medicare about your complaint |
|---|---|

You can submit a complaint about our plan directly to Medicare. To submit a complaint to Medicare, go to http://www.medicare.gov/MedicareComplaintForm/home.aspx. Medicare takes your complaints seriously and will use this information to help improve the quality of the Medicare program.

If you have any other feedback or concerns, or if you feel the plan is not addressing your issue, please call 1-800-MEDICARE (1-800-633-4227). TTY/TDD users can call 1-877-486-2048.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 8. Ending your membership in the plan                                        97

# Chapter 8. Ending your membership in the plan

**SECTION 1    Introduction**.................................................................................. **98**

        Section 1.1    This chapter focuses on ending your membership in our plan ...... 98

**SECTION 2    When can you end your membership in our plan?** .......................... **98**

        Section 2.1    You can end your membership during the Medicare Annual
Enrollment Period ............................................................................ 99

        Section 2.2    You can end your membership during the annual Medicare
Advantage Disenrollment Period, but your choices are more
limited ............................................................................................ 99

        Section 2.3    In certain situations, you can end your membership during a
Special Enrollment Period .......................................................... 100

        Section 2.4    Where can you get more information about when you can end
your membership? ...................................................................... 101

**SECTION 3    How do you end your membership in our plan?** ............................ **101**

        Section 3.1    Usually, you end your membership by enrolling in another plan .. 101

**SECTION 4    Until your membership ends, you must keep getting your medical services
through our plan**........................................................................................ **102**

        Section 4.1    Until your membership ends, you are still a member of our plan .. 102

**SECTION 5    Aetna Medicare must end your membership in the plan in certain
situations**.................................................................................................. **103**

        Section 5.1    When must we end your membership in the plan? ...................... 103

        Section 5.2    We cannot ask you to leave our plan for any reason related to
your health .................................................................................. 103

        Section 5.3    You have the right to make a complaint if we end your
membership in our plan .............................................................. 104

## SECTION 1          Introduction

### Section 1.1          This chapter focuses on ending your membership in our plan

Ending your membership in our plan may be **voluntary** (your own choice) or **involuntary** (not your own choice):

- You might leave our plan because you have decided that you *want* to leave.
  - As a member of an employer/union/trust group retiree plan, you may voluntarily end your membership at any time. There are also certain specific times during the year, or certain situations, when you may voluntarily end your membership in the plan. Section 2 tells you *when* you can end your membership in the plan.
  - The process for voluntarily ending your membership varies depending on what type of new coverage you are choosing. Section 3 tells you *how* to end your membership in each situation.
- There are also limited situations where you do not choose to leave, but we are required to end your membership. Section 5 tells you about situations when we must end your membership.

If you are leaving our plan, you must continue to get your medical care through our plan until your membership ends.

**It is important that you consider your decision to disenroll from our plan carefully PRIOR to disenrolling. Since disenrollment from our plan could affect your employer or union health benefits, you could permanently lose your employer or union health coverage. If you are considering disenrolling from our plan and have not done so already, please consult with your plan benefits administrator.**

## SECTION 2          When can you end your membership in our plan?

Because you are enrolled in our plan through your former employer/union/trust, some of the information in this chapter does not apply to you, because you are allowed to make plan changes at other times permitted by your plan sponsor.  However, if you ever choose to discontinue your group retiree health plan coverage, and you move to an Individual Medicare Advantage plan, the information in this chapter will apply to you.

If your former employer/union/trust plan holds an annual Open Enrollment Period, you may be able to make a change to your health coverage at that time.  Your plan benefits administrator will let you know when your Open Enrollment Period begins and ends, what plan choices are available to you, and the effective date of coverage.

All members have the opportunity to leave the plan during the Annual Enrollment Period and during the annual Medicare Advantage Disenrollment Period. In certain situations, you may also be eligible to leave the plan at other times of the year. Because of your special situation

(enrollment through your former employer/union/trust's group plan) you are eligible to end your membership at any time through a Special Enrollment Period (see Section 2.3).

| Section 2.1 | You can end your membership during the Medicare Annual Enrollment Period |
|---|---|

You can end your membership during the **Annual Enrollment Period** (also known as the "Annual Coordinated Election Period"). This is the time when you should review your health and drug coverage and make a decision about your coverage for the upcoming year.

- **When is the Annual Enrollment Period?** This happens from October 15 to December 7.
- **What type of plan can you switch to during the Annual Enrollment Period?** During this time, you can review your health coverage and your prescription drug coverage. You can choose to keep your current coverage or make changes to your coverage for the upcoming year. If you decide to change to a new plan, you can choose any of the following types of plans:
  - o   Another Medicare health plan. (You can choose a plan that covers prescription drugs or one that does not cover prescription drugs.)
  - o   Original Medicare *with* a separate Medicare prescription drug plan.
  - o   – *or* – Original Medicare *without* a separate Medicare prescription drug plan.
- **When will your membership end?** Your membership will end when your new plan's coverage begins on January 1.

**It is important that you consider your decision to disenroll from our plan carefully PRIOR to disenrolling. Since disenrollment from our plan could affect your employer or union health benefits, you could permanently lose your employer or union health coverage. If you are considering disenrolling from our plan and have not done so already, please consult with your plan benefits administrator.**

| Section 2.2 | You can end your membership during the annual Medicare Advantage Disenrollment Period, but your choices are more limited |
|---|---|

You have the opportunity to make *one* change to your health coverage during the annual **Medicare Advantage Disenrollment Period**.

- **When is the annual Medicare Advantage Disenrollment Period?** This happens every year from January 1 to February 14.
- **What type of plan can you switch to during the annual Medicare Advantage Disenrollment Period?** During this time, you can cancel your Medicare Advantage Plan enrollment and switch to Original Medicare. If you choose to switch to Original Medicare during this period, you have until February 14 to join a separate Medicare prescription drug plan to add drug coverage.
- **When will your membership end?** Your membership will end on the first day of the month after we get your request to switch to Original Medicare. If you also choose to enroll in a Medicare prescription drug plan, your membership in the drug plan will begin the first day of the month after the drug plan gets your enrollment request.

| Section 2.3 | In certain situations, you can end your membership during a Special Enrollment Period |
|---|---|

In certain situations, members of our plan may be eligible to end their membership at other times of the year. This is known as a **Special Enrollment Period**.

- **Who is eligible for a Special Enrollment Period?** If any of the following situations apply to you, you are eligible to end your membership during a Special Enrollment Period. These are just examples, for the full list you can contact the plan, call Medicare, or visit the Medicare website (http://www.medicare.gov):
  o    Usually, when you have moved.
  o    If you have Medicaid.
  o    If we violate our contract with you.
  o    If you are getting care in an institution, such as a nursing home or long-term care hospital.
  o    If you enroll in the Program of All-inclusive Care for the Elderly (PACE).
  o    If you are enrolled in an employer/union/trust group plan.

**It is important that you consider your decision to disenroll from our plan carefully PRIOR to disenrolling. Since disenrollment from our plan could affect your employer or union health benefits, you could permanently lose your employer or union health coverage. If you are considering disenrolling from our plan and have not done so already, please consult with your plan benefits administrator.**

- **When are Special Enrollment Periods?** The enrollment periods vary depending on your situation.
- **What can you do?** To find out if you are eligible for a Special Enrollment Period, please call Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users call 1-877-486-2048. If you are eligible to end your membership because of a special situation, you can choose to change both your Medicare health coverage and prescription drug coverage. This means you can choose any of the following types of plans:
  o    Another Medicare health plan. (You can choose a plan that covers prescription drugs or one that does not cover prescription drugs.)
  o    Original Medicare *with* a separate Medicare prescription drug plan.
  o    – *or* – Original Medicare *without* a separate Medicare prescription drug plan.
- **When will your membership end?** Your membership will usually end on the first day of the month after we receive your request to change your plan.

| Section 2.4 | Where can you get more information about when you can end your membership? |
|---|---|

If you have any questions or would like more information on when you can end your membership:

- You can **call Customer Service** (phone numbers are printed on the back of your member ID card).
- You can find the information in the ***Medicare & You 2015*** Handbook.
  - Everyone with Medicare receives a copy of *Medicare & You* each fall. Those new to Medicare receive it within a month after first signing up.
  - You can also download a copy from the Medicare website (http://www.medicare.gov). Or, you can order a printed copy by calling Medicare at the number below.
- You can contact **Medicare** at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

## SECTION 3          How do you end your membership in our plan?

| Section 3.1 | Usually, you end your membership by enrolling in another plan |
|---|---|

**It is important that you consider your decision to disenroll from our plan carefully PRIOR to disenrolling. Since disenrollment from our plan could affect your employer or union health benefits, you could permanently lose your employer or union health coverage. If you are considering disenrolling from our plan and have not done so already, please consult with your plan benefits administrator.**

Usually, to end your membership in our plan, you simply enroll in another Medicare plan during one of the enrollment periods (see Section 2 in this chapter for information about the enrollment periods). However, if you want to switch from our plan to Original Medicare *without* a Medicare prescription drug plan, you must ask to be disenrolled from our plan. There are three ways you can ask to be disenrolled:

- You can make a request in writing to us. Contact Customer Service if you need more information on how to do this (phone numbers are printed on the back of your member ID card.
- You can contact the benefits administrator of your former employer/union/trust and ask to be disenrolled.
- − *or* − You can contact Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

The table below explains how you should end your membership in our plan.

| If you would like to switch from our plan to: | This is what you should do: |
|---|---|
| • An individual Medicare health plan. | • Enroll in the new Medicare health plan. You will automatically be disenrolled from our plan when your new plan's coverage begins. |
| • Original Medicare *with* a separate Medicare prescription drug plan. | • Enroll in the new Medicare prescription drug plan. You will automatically be disenrolled from our plan when your new plan's coverage begins. |
| • Original Medicare *without* a separate Medicare prescription drug plan. | • **Send us a written request to disenroll.** Contact Customer Service if you need more information on how to do this (phone numbers are printed on the back of your member ID card). <br> • You can also contact **Medicare**, at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week, and ask to be disenrolled. TTY users should call 1-877-486-2048. <br> • You will be disenrolled from our plan when your coverage in Original Medicare begins. |

## SECTION 4          Until your membership ends, you must keep getting your medical services through our plan

### Section 4.1          Until your membership ends, you are still a member of our plan

If you leave our plan, it may take time before your membership ends and your new Medicare coverage goes into effect. (See Section 2 for information on when your new coverage begins.) During this time, you must continue to get your medical care through our plan.

• **If you are hospitalized on the day that your membership ends, your hospital stay will usually be covered by our plan until you are discharged** (even if you are discharged after your new health coverage begins).

## SECTION 5        Aetna Medicare must end your membership in the plan in certain situations

| Section 5.1 | When must we end your membership in the plan? |
|---|---|

**Aetna Medicare must end your membership in the plan if any of the following happen:**

- If you do not stay continuously enrolled in Medicare Part A and Part B.
- If you move out of our service area.
- If you are away from our service area for more than six months.
  - If you move or take a long trip, you need to call Customer Service to find out if the place you are moving or traveling to is in our plan's area. (Phone numbers for Customer Service are printed on the back of your member ID card.)
- If you become incarcerated (go to prison).
- If you intentionally give us incorrect information when you are enrolling in our plan and that information affects your eligibility for our plan. (We cannot make you leave our plan for this reason unless we get permission from Medicare first.)
- If you continuously behave in a way that is disruptive and makes it difficult for us to provide medical care for you and other members of our plan. (We cannot make you leave our plan for this reason unless we get permission from Medicare first.)
- If you let someone else use your membership card to get medical care. (We cannot make you leave our plan for this reason unless we get permission from Medicare first.)
  - If we end your membership because of this reason, Medicare may have your case investigated by the Inspector General.
- If you do not pay the plan premiums (if applicable) for three months.
  - We must notify you in writing that you have three months to pay the plan premium before we end your membership.
  - If you have Medicaid and are having difficulty paying your plan premiums or cost-sharing, please contact us.

**Where can you get more information?**

If you have questions or would like more information on when we can end your membership:

- You can call **Customer Service** for more information (phone numbers are printed on the back of your member ID card).

| Section 5.2 | We <u>cannot</u> ask you to leave our plan for any reason related to your health |
|---|---|

We are not allowed to ask you to leave our plan for any reason related to your health.

**What should you do if this happens?**

If you feel that you are being asked to leave our plan because of a health-related reason, you should call Medicare at 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048. You may call 24 hours a day, 7 days a week.

| Section 5.3 | You have the right to make a complaint if we end your membership in our plan |
| --- | --- |

If we end your membership in our plan, we must tell you our reasons in writing for ending your membership. We must also explain how you can make a complaint about our decision to end your membership. You can also look in Chapter 7, Section 9 for information about how to make a complaint.

# Chapter 9. Legal notices

**SECTION 1   Notice about governing law**.............................................................. **106**

**SECTION 2   Notice about nondiscrimination**........................................................ **106**

**SECTION 3   Notice about Medicare Secondary Payer subrogation rights and right of
recovery** ........................................................................................ **106**

**SECTION 4   Notice about recovery of overpayments** ........................................... **108**

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Chapter 9. Legal notices                                              106

## SECTION 1          Notice about governing law

Many laws apply to this *Evidence of Coverage* and some additional provisions may apply because they are required by law. This may affect your rights and responsibilities even if the laws are not included or explained in this document. The principal law that applies to this document is Title XVIII of the Social Security Act and the regulations created under the Social Security Act by the Centers for Medicare & Medicaid Services, or CMS. In addition, other federal laws may apply and, under certain circumstances, the laws of the state you live in.

## SECTION 2          Notice about nondiscrimination

We don't discriminate based on a person's race, disability, religion, sex, health, ethnicity, creed, age, or national origin. All organizations that provide Medicare Advantage Plans, like our plan, must obey federal laws against discrimination, including Title VI of the Civil Rights Act of 1964, the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, the Americans with Disabilities Act, all other laws that apply to organizations that get federal funding, and any other laws and rules that apply for any other reason.

## SECTION 3          Notice about Medicare Secondary Payer subrogation rights and right of recovery

We have the right and responsibility to collect for covered Medicare services for which Medicare is not the primary payer. According to CMS regulations at 42 CFR sections 422.108 and 423.462, Aetna Medicare, as a Medicare Advantage Organization, will exercise the same rights of recovery that the Secretary exercises under CMS regulations in subparts B through D of part 411 of 42 CFR and the rules established in this section supersede any State laws.

In some situations, other parties should pay for your medical care before your Medicare Advantage (MA) health plan. In those situations, your Medicare Advantage plan may pay, but have the right to get the payments back from these other parties. Medicare Advantage plans may not be the primary payer for medical care you receive. These situations include those in which the Federal Medicare Program is considered a secondary payer under the Medicare Secondary Payer laws. For information on the Federal Medicare Secondary Payer program, Medicare has written a booklet with general information about what happens when people with Medicare have additional insurance. It's called *Medicare and Other Health Benefits: Your Guide to Who Pays First (publication number 02179)*. You can get a copy by calling 1-800-MEDICARE, 24 hours a day, 7 days a week, or by visiting the http://www.medicare.gov website.

The plan's rights to recover in these situations are based on the terms of this health plan contract, as well as the provisions of the federal statutes governing the Medicare Program. Your MA plan coverage is always secondary to any payment made or reasonably expected to be made under:

- A workers compensation law or plan of the United States or a State,
- Any non-fault based insurance, including automobile and non-automobile no-fault and medical payments insurance,
- Any liability insurance policy or plan (including a self-insured plan) issued under an automobile or other type of policy or coverage, and
- Any automobile insurance policy or plan (including a self-insured plan), including, but not limited to, uninsured and underinsured motorist coverages.

Since your MA plan is always secondary to any automobile no-fault (Personal Injury Protection) or medical payments coverage, you should review your automobile insurance policies to ensure that appropriate policy provisions have been selected to make your automobile coverage primary for your medical treatment arising from an automobile accident.

As outlined herein, in these situations, your MA plan may make payments on your behalf for this medical care, subject to the conditions set forth in this provision for the plan to recover these payments from you or from other parties. Immediately upon making any conditional payment, your MA plan shall be subrogated to (stand in the place of) all rights of recovery you have against any person, entity or insurer responsible for causing your injury, illness or condition or against any person, entity or insurer listed as a primary payer above.

In addition, if you receive payment from any person, entity or insurer responsible for causing your injury, illness or condition or you receive payment from any person, entity or insurer listed as a primary payer above, your MA plan has the right to recover from, and be reimbursed by you for all conditional payments the plan has made or will make as a result of that injury, illness or condition.

Your MA plan will automatically have a lien, to the extent of benefits it paid for the treatment of the injury, illness or condition, upon any recovery whether by settlement, judgment or otherwise. The lien may be enforced against any party who possesses funds or proceeds representing the amount of benefits paid by the Plan including, but not limited to, you, your representatives or agents, any person, entity or insurer responsible for causing your injury, illness or condition or any person, entity or insurer listed as a primary payer above.

By accepting benefits (whether the payment of such benefits is made to you or made on your behalf to any health care provider) from your MA plan, you acknowledge that the plan's recovery rights are a first priority claim and are to be paid to the plan before any other claim for your damages. The plan shall be entitled to full reimbursement on a first-dollar basis from any payments, even if such payment to the plan will result in a recovery to you which is insufficient to make you whole or to compensate you in part or in whole for the damages you sustained. Your MA plan is not required to participate in or pay court costs or attorney fees to any attorney hired by you to pursue your damage claims.

Your MA plan is entitled to full recovery regardless of whether any liability for payment is admitted by any person, entity or insurer responsible for causing your injury, illness or condition or by any person, entity or insurer listed as a primary payer above. The plan is entitled to full recovery regardless of whether the settlement or judgment received by you identifies the medical benefits the plan provided or purports to allocate any portion of such settlement or judgment to payment of expenses other than medical expenses. The MA plan is entitled to recover from any and all settlements or judgments, even those designated as for pain and suffering, non-economic damages and/or general damages only.

You, and your legal representatives, shall fully cooperate with the plan's efforts to recover its benefits paid. It is your duty to notify the plan within 30 days of the date when notice is given to any party, including an insurance company or attorney, of your intention to pursue or investigate a claim to recover damages or obtain compensation due to your injury, illness or condition. You and your agents or representatives shall provide all information requested by the plan or its representatives. You shall do nothing to prejudice your MA plan's subrogation or recovery interest or to prejudice the plan's ability to enforce the terms of this provision. This includes, but is not limited to, refraining from making any settlement or recovery that attempts to reduce or exclude the full cost of all benefits provided by the plan.

Failure to provide requested information or failure to assist your MA plan in pursuit of its subrogation or recovery rights may result in you being personally responsible for reimbursing the plan for benefits paid relating to the injury, illness or condition as well as for the plan's reasonable attorney fees and costs incurred in obtaining reimbursement from you. For more information, see 42 U.S.C. § 1395y(b)(2)(A)(ii) and the Medicare statutes.

## SECTION 4          Notice about recovery of overpayments

If the benefits paid by this Evidence of Coverage, plus the benefits paid by other plans, exceeds the total amount of expenses, Aetna has the right to recover the amount of that excess payment from among one or more of the following: (1) any person to or for whom such payments were made; (2) other Plans; or (3) any other entity to which such payments were made. This right of recovery will be exercised at Aetna's discretion. You shall execute any documents and cooperate with Aetna to secure its right to recover such overpayments, upon request by Aetna.

# Chapter 10. Definitions of important words

**Ambulatory Surgical Center** – An ambulatory surgical center is an entity that operates exclusively for the purpose of furnishing outpatient surgical services to patients not requiring hospitalization and whose expected stay in the center does not exceed 24 hours.

**Annual Enrollment Period** – A set time each fall when all Medicare members can change their health or drug plans or switch to Original Medicare. The general Medicare Annual Enrollment Period is from October 15 until December 7.

**Appeal** – An appeal is something you do if you disagree with our decision to deny a request for coverage of health care services or payment for services you already received. You may also make an appeal if you disagree with our decision to stop services that you are receiving. For example, you may ask for an appeal if we don't pay for an item or service you think you should be able to receive. Chapter 7 explains appeals, including the process involved in making an appeal.

**Balance Billing** – When a provider (such as a doctor or hospital) bills a patient more than the plan's allowed cost-sharing amount. As a member of our plan, you only have to pay our plan's cost-sharing amounts when you get services covered by our plan. We do not allow providers to "balance bill" or otherwise charge you more than the amount of cost-sharing your plan says you must pay.

**Benefit Period** –The way that both our plan and Original Medicare measures your use of skilled nursing facility (SNF) services. A benefit period begins the day you go into a hospital or skilled nursing facility. The benefit period ends when you haven't received any inpatient hospital care (or skilled care in a SNF) for 60 days in a row. If you go into a hospital or a skilled nursing facility after one benefit period has ended, a new benefit period begins. There is no limit to the number of benefit periods.

**Centers for Medicare & Medicaid Services (CMS)** – The federal agency that administers Medicare. Chapter 2 explains how to contact CMS.

**Coinsurance** – An amount you may be required to pay as your share of the cost for services after you pay any deductibles (if applicable). Coinsurance is usually a percentage (for example, 20%).

**Combined Maximum Out-of-Pocket Amount** – This is the most you will pay in a year for all Part A and Part B services from both network (preferred) providers and out-of-network (non-preferred) providers. See Chapter 4, Section 1.3 for information about your combined maximum out-of-pocket amount.

**Comprehensive Outpatient Rehabilitation Facility (CORF)** – A facility that mainly provides rehabilitation services after an illness or injury, and provides a variety of services including physical therapy, social or psychological services, respiratory therapy, occupational therapy and speech-language pathology services, and home environment evaluation services.

**Copayment** – An amount you may be required to pay as your share of the cost for a medical service or supply, like a doctor's visit, or hospital outpatient visit. A copayment is usually a set amount, rather than a percentage. For example, you might pay $10 or $20 for a doctor's visit.

**Cost-sharing** – Cost-sharing refers to amounts that a member has to pay when services are received. (This is in addition to the plan's monthly premium, if applicable.) Cost-sharing includes any combination of the following three types of payments: (1) any deductible amount a plan may impose before services or drugs are covered; (2) any fixed "copayment" amount that a plan requires when a specific service or drug is received; or (3) any "coinsurance" amount, a percentage of the total amount paid for a service, that a plan requires when a specific service is received.

**Covered Services** – The general term we use in this EOC to mean all of the health care services and supplies that are covered by our plan.

**Creditable Prescription Drug Coverage** – Prescription drug coverage (for example, from an employer or union) that is expected to pay, on average, at least as much as Medicare's standard prescription drug coverage. People who have this kind of coverage when they become eligible for Medicare can generally keep that coverage without paying a penalty, if they decide to enroll in Medicare prescription drug coverage later.

**Custodial Care** – Custodial care is personal care provided in a nursing home, hospice, or other facility setting when you do not need skilled medical care or skilled nursing care. Custodial care is personal care that can be provided by people who don't have professional skills or training, such as help with activities of daily living like bathing, dressing, eating, getting in or out of a bed or chair, moving around, and using the bathroom. It may also include the kind of health-related care that most people do themselves, like using eye drops. Medicare doesn't pay for custodial care.

**Customer Service** – A department within our plan responsible for answering your questions about your membership, benefits, grievances, and appeals. See Chapter 2 for information about how to contact Customer Service.

**Deductible** – The amount (if applicable) you must pay for health care before our plan begins to pay.

**Disenroll** or **Disenrollment** – The process of ending your membership in our plan. Disenrollment may be voluntary (your own choice) or involuntary (not your own choice).

**Durable Medical Equipment** – Certain medical equipment that is ordered by your doctor for medical reasons. Examples are walkers, wheelchairs, or hospital beds.

**Emergency** – A medical emergency is when you, or any other prudent layperson with an average knowledge of health and medicine, believe that you have medical symptoms that require immediate medical attention to prevent loss of life, loss of a limb, or loss of function of a limb. The medical symptoms may be an illness, injury, severe pain, or a medical condition that is quickly getting worse.

**Emergency Care** – Covered services that are:  1) rendered by a provider qualified to furnish emergency services; and 2) needed to treat, evaluate, or stabilize an emergency medical condition.

**Evidence of Coverage (EOC) and Disclosure Information** – This document, along with your enrollment form and any other attachments, riders, or other optional coverage selected, which explains your coverage, what we must do, your rights, and what you have to do as a member of our plan.

**Extra Help** – A Medicare program to help people with limited income and resources pay Medicare prescription drug program costs, such as premiums, deductibles, and coinsurance.

**Grievance** - A type of complaint you make about us or one of our network providers, including a complaint concerning the quality of your care. This type of complaint does not involve coverage or payment disputes.

**Home Health Aide** – A home health aide provides services that don't need the skills of a licensed nurse or therapist, such as help with personal care (e.g., bathing, using the toilet, dressing, or carrying out the prescribed exercises). Home health aides do not have a nursing license or provide therapy.

**Hospice** – An enrollee who has 6 months or less to live has the right to elect hospice. We, your plan, must provide you with a list of hospices in your geographic area. If you elect hospice and continue to pay premiums you are still a member of our plan. You can still obtain all medically necessary services as well as the supplemental benefits we offer. The hospice will provide special treatment for your state.

**Hospital Inpatient Stay** – A hospital stay when you have been formally admitted to the hospital for skilled medical services. Even if you stay in the hospital overnight, you might still be considered an "outpatient."

**Initial Enrollment Period** – When you are first eligible for Medicare, the period of time when you can sign up for Medicare Part A and Part B. For example, if you're eligible for Medicare when you turn 65, your Initial Enrollment Period is the 7-month period that begins 3 months before the month you turn 65, includes the month you turn 65, and ends 3 months after the month you turn 65.

**In-Network Maximum Out-of-Pocket Amount** – The most you will pay for covered Part A and Part B services received from network (preferred) providers. After you have reached this limit, you will not have to pay anything when you get covered services from network providers for the rest of the contract year. However, until you reach your combined out-of-pocket amount, you must continue to pay your share of the costs when you seek care from an out-of-network (non-preferred) provider. See Chapter 4, Section 1.3 for information about your in-network maximum out-of-pocket amount.

**Low Income Subsidy (LIS)** – See "Extra Help."

**Institutional Special Needs Plan (SNP)** – A Special Needs Plan that enrolls eligible individuals who continuously reside or are expected to continuously reside for 90 days or longer in a long-

term care (LTC) facility. These LTC facilities may include a skilled nursing facility (SNF); nursing facility (NF); (SNF/NF); an intermediate care facility for the mentally retarded (ICF/MR); and/or an inpatient psychiatric facility. An institutional Special Needs Plan to serve Medicare residents of LTC facilities must have a contractual arrangement with (or own and operate) the specific LTC facility(ies).

**Institutional Equivalent Special Needs Plan (SNP)** – An institutional Special Needs Plan that enrolls eligible individuals living in the community but requiring an institutional level of care based on the State assessment. The assessment must be performed using the same respective State level of care assessment tool and administered by an entity other than the organization offering the plan. This type of Special Needs Plan may restrict enrollment to individuals that reside in a contracted assisted living facility (ALF) if necessary to ensure uniform delivery of specialized care.

**Medicaid (or Medical Assistance)** – A joint federal and state program that helps with medical costs for some people with low incomes and limited resources. Medicaid programs vary from state to state, but most health care costs are covered if you qualify for both Medicare and Medicaid. See Addendum A for information about how to contact Medicaid in your state.

**Medically Necessary** – Services, supplies, or drugs that are needed for the prevention, diagnosis, or treatment of your medical condition and meet accepted standards of medical practice.

**Medicare** – The federal health insurance program for people 65 years of age or older, some people under age 65 with certain disabilities, and people with End-Stage Renal Disease (generally those with permanent kidney failure who need dialysis or a kidney transplant). People with Medicare can get their Medicare health coverage through Original Medicare, a Medicare Cost Plan (where available), a PACE plan, (where available), or a Medicare Advantage Plan.

**Medicare Advantage Disenrollment Period** – A set time each year when members in a Medicare Advantage plan can cancel their plan enrollment and switch to Original Medicare. The Medicare Advantage Disenrollment Period is from January 1 until February 14, 2015.

**Medicare Advantage (MA) Plan** – Sometimes called Medicare Part C. A plan offered by a private company that contracts with Medicare to provide you with all your Medicare Part A and Part B benefits. A Medicare Advantage Plan can be an HMO, PPO, a Private Fee-for-Service (PFFS) plan, or a Medicare Medical Savings Account (MSA) plan. When you are enrolled in a Medicare Advantage Plan, Medicare services are covered through the plan, and are not paid for under Original Medicare. In most cases, Medicare Advantage Plans also offer Medicare Part D (prescription drug coverage). (Your current Aetna Medicare PPO plan does not include coverage for Part D prescription drugs.) These plans are called **Medicare Advantage Plans with Prescription Drug Coverage**. Everyone who has Medicare Part A and Part B is eligible to join any Medicare health plan that is offered in their area, except people with End-Stage Renal Disease (unless certain exceptions apply).

**Medicare Cost Plan** – A Medicare Cost Plan is a plan operated by a Health Maintenance Organization (HMO) or Competitive Medical Plan (CMP) in accordance with a cost-reimbursed contract under section 1876(h) of the Act.

**Medicare-Covered Services –** Services covered by Medicare Part A and Part B. All Medicare health plans, including our plan, must cover all of the services that are covered by Medicare Part A and B.

**Medicare Health Plan –** A Medicare health plan is offered by a private company that contracts with Medicare to provide Part A and Part B benefits to people with Medicare who enroll in the plan. This term includes all Medicare Advantage Plans, Medicare Cost Plans, Demonstration/Pilot Programs, and Programs of All-inclusive Care for the Elderly (PACE).

**Medicare Prescription Drug Coverage (Medicare Part D) –** Insurance to help pay for outpatient prescription drugs, vaccines, biologicals, and some supplies not covered by Medicare Part A or Part B.

**"Medigap" (Medicare Supplement Insurance) Policy –** Medicare supplement insurance sold by private insurance companies to fill "gaps" in Original Medicare. Medigap policies only work with Original Medicare. (A Medicare Advantage Plan is not a Medigap policy.)

**Member (Member of our Plan, or "Plan Member") –** A person with Medicare who is eligible to get covered services, who has enrolled in our plan and whose enrollment has been confirmed by the Centers for Medicare & Medicaid Services (CMS).

**Network –** A group of doctors, hospitals, and other health care experts contracted by Aetna to provide covered services to its members (see Chapter 1, Section 3.2). Network providers are independent contractors and not agents of Aetna.

**Network Provider –** "Provider" is the general term we use for doctors, other health care professionals, hospitals, and other health care facilities that are licensed or certified by Medicare and by the state to provide health care services. We call them "**network providers**" when they have an agreement with our plan to accept our payment as payment in full, and in some cases to coordinate as well as provide covered services to members of our plan. Our plan pays network providers based on the agreements it has with the providers or if the providers agree to provide you with plan-covered services. Network providers may also be referred to as "plan providers."

**Organization Determination –** The Medicare Advantage plan has made an organization determination when it makes a decision about whether items or services are covered or how much you have to pay for covered items or services. The Medicare Advantage plan's network provider or facility has also made an organization determination when it provides you with an item or service, or refers you to an out-of-network provider for an item or service. Organization determinations are called "coverage decisions" in this booklet. Chapter 7 explains how to ask us for a coverage decision.

**Original Medicare** ("Traditional Medicare" or "Fee-for-service" Medicare) – Original Medicare is offered by the government, and not a private health plan such as Medicare Advantage Plans and prescription drug plans. Under Original Medicare, Medicare services are covered by paying doctors, hospitals, and other health care providers payment amounts established by Congress. You can see any doctor, hospital, or other health care provider that accepts Medicare. You must pay the deductible. Medicare pays its share of the Medicare-approved amount, and you pay your

share. Original Medicare has two parts: Part A (Hospital Insurance) and Part B (Medical Insurance) and is available everywhere in the United States.

**Out-of-Network Provider or Out-of-Network Facility** – A provider or facility with which we have not arranged to coordinate or provide covered services to members of our plan. Out-of-network providers are providers that are not employed, owned, or operated by our plan or are not under contract to deliver covered services to you. Using out-of-network providers or facilities is explained in this booklet in Chapter 3.

**Out-of-Pocket Costs** – See the definition for "cost sharing" above. A member's cost-sharing requirement to pay for a portion of services or drugs received is also referred to as the member's "out-of-pocket" cost requirement.

**PACE plan** – A PACE (Program of All-Inclusive Care for the Elderly) plan (where available) combines medical, social, and long-term care services for frail people to help people stay independent and living in their community (instead of moving to a nursing home) as long as possible, while getting the high-quality care they need. People enrolled in PACE plans receive both their Medicare and Medicaid benefits through the plan.

**Part C** – see "Medicare Advantage (MA) Plan."

**Part D** – The voluntary Medicare Prescription Drug Benefit Program. (For ease of reference, we will refer to the prescription drug benefit program as Part D.)

**Preferred Provider Organization (PPO) Plan** – A Preferred Provider Organization plan is a Medicare Advantage Plan that has a network of contracted providers that have agreed to treat plan members for a specified payment amount. A PPO plan must cover all plan benefits whether they are received from network or out-of-network providers. PPO plans have an annual limit on your out-of-pocket costs for services received from network (preferred) providers and a higher limit on your total combined out-of-pocket costs for services from both in-network (preferred) and out-of-network (non-preferred) providers.

**Premium** – The periodic payment to Medicare, an insurance company, or a health care plan for health or prescription drug coverage.

**Primary Care Provider (PCP)** – Your primary care provider is the doctor or other provider you see first for most health problems. He or she makes sure you get the care you need to keep you healthy. He or she also may talk with other doctors and health care providers about your care and refer you to them. In many Medicare health plans, you must see your primary care provider before you see any other health care provider. Our plan does not require you to choose a plan provider to be your PCP, however we encourage you to do so. See Chapter 3, Section 2.1 for information about primary care providers.

**Prior Authorization** – Approval in advance to get covered services. In the network portion of a PPO, some in-network medical services are covered only if your doctor or other network provider gets "prior authorization" from our plan. In a PPO, you do not need prior authorization to obtain out-of-network services. However, you may want to check with the plan before obtaining services from out-of-network providers to confirm that the service is covered by your

plan and what your cost-sharing responsibility is. Covered services that need prior authorization are marked in the Benefits Chart included with this *Evidence of Coverage*. Some drugs are covered only if your doctor or other network provider gets "prior authorization" from us.

**Quality Improvement Organization (QIO)** – A group of practicing doctors and other health care experts paid by the federal government to check and improve the care given to Medicare patients. See Addendum A for information about how to contact the QIO for your state.

**Rehabilitation Services** – These services include physical therapy, speech and language therapy, and occupational therapy.

**Reimbursement** - Some plan sponsors offer retirees allowances towards the purchase of hearing aids or prescription eyewear as additional plan benefits. When these benefits are available, the member will generally pay out of pocket towards the hearing aid or eyewear and submit the paid receipt to Aetna for repayment.  All reimbursement will be made to the member directly. Aetna will not provide reimbursement of member payments to any provider.

**Service Area** – A geographic area where a health plan accepts members if it limits membership based on where people live. For plans that limit which doctors and hospitals you may use, it's also generally the area where you can get routine (non-emergency) services. The plan may disenroll you if you permanently move out of the plan's service area.

**Skilled Nursing Facility (SNF) Care** – Skilled nursing care and rehabilitation services provided on a continuous, daily basis, in a skilled nursing facility. Examples of skilled nursing facility care include physical therapy or intravenous injections that can only be given by a registered nurse or doctor.

**Special Enrollment Period** – A set time when members can change their health or drug plans or return to Original Medicare. Situations in which you may be eligible for a Special Enrollment Period include: if you move outside the service area, if you move into a nursing home, if we violate our contract with you, or if you are a member of our plan through an employer/union/trust group retiree plan.

**Special Needs Plan** – A special type of Medicare Advantage Plan that provides more focused health care for specific groups of people, such as those who have both Medicare and Medicaid, who reside in a nursing home, or who have certain chronic medical conditions.

**Supplemental Security Income (SSI)** – A monthly benefit paid by Social Security to people with limited income and resources who are disabled, blind, or age 65 and older. SSI benefits are not the same as Social Security benefits.

**Urgently Needed Care** – Urgently needed care is care provided to treat a non-emergency, unforeseen medical illness, injury, or condition that requires immediate medical care.

## Addendum A – Important Contact Information for State Agencies

| Alabama | | |
|---|---|---|
| Quality Improvement Organization | KEPRO<br>5700 Lombardo Center Dr., Suite 100<br>Seven Hills, OH  44131 | Toll-free:<br>844-430-9504 |
| State Health Insurance Assistance Program | State Health Insurance Assistance Program (SHIP)<br>770 Washington Avenue, RSA Plaza Suite 570<br>Montgomery, AL  36130<br>http://www.alabamaageline.gov/ship.cfm | Toll-free:<br>800-243-5463<br>Local:<br>334-242-5743 |
| State AIDS Drug Assistance Program (ADAP) | Alabama Department of Public Health - Division of HIV/AIDS Programs: ADAP Coordinator/Direct Care Branch Manager<br>201 Monroe Street<br>Montgomery, AL  36104 | Local:<br>334-206-2094 |
| State Medicaid Agency | Medicaid Agency of Alabama<br>P.O. Box 5624<br>Montgomery, AL  36103-5624<br>www.medicaid.alabama.gov/ | Toll-free:<br>800-362-1504<br>Local:<br>334-242-5000 |
| Alaska | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>877-588-1123<br>TDD*:<br>855-887-6668 |
| State Health Insurance Assistance Program | Alaska State Health Insurance Assistance Program (SHIP)<br>550 West 8th Avenue<br>Anchorage, AK  99501<br>http://medicare.alaska.gov | Toll-free:<br>800-478-6065<br>Local:<br>907-269-3680<br>TDD*:<br>907-269-3691 |
| State AIDS Drug Assistance Program (ADAP) | Section of Epidemiology<br>Alaska Department of Public Health - Section of Epidemiology: HIV/STD Program Manager<br>3601 C. St., Suite 540<br>Anchorage, AK   99524-0249 | Local:<br>907-269-8061 |
| State Medicaid Agency | Alaska Department of Health and Social Services<br>400 Gambel St<br>Anchorage, AK  99501<br>http://dhss.alaska.gov/dpa/Pages/default.aspx | Toll-free:<br>800-780-9972<br>Local:<br>907-465-3030 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                    117

| **Arizona** | | |
|---|---|---|
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>877-588-1123<br>TDD*:<br>855-887-6668 |
| State Health Insurance Assistance Program | Arizona State Health Insurance Assistance Program<br>DES Division of Aging and Adult Services<br>1789 W. Jefferson Street (Site Code 950A)<br>Phoenix, AZ  85007<br>www.azdes.gov/daaa/programs/ship | Toll-free:<br>800-432-4040<br>Local:<br>602-542-4446 |
| State AIDS Drug Assistance Program (ADAP) | Arizona Department of Health Services<br>Office of HIV/AIDS: ADAP Operations Manager<br>150 North 18th Avenue<br>Phoenix, AZ  85007-3233 | Local:<br>602-364-3610 |
| State Medicaid Agency | Health Care Cost Containment of Arizona<br>801 E. Jefferson Street, MD 4100<br>Phoenix, AZ  85034<br>http://www.ahcccs.state.az.us | Toll-free:<br>800-654-8713<br>Local:<br>602-417-4000 |
| **Arkansas** | | |
| Quality Improvement Organization | KEPRO<br>5700 Lombardo Center Dr., Suite 100<br>Seven Hills, OH  44131 | Toll-free:<br>844-430-9504 |
| State Health Insurance Assistance Program | Senior Health Insurance Information Program (SHIIP)<br>Arkansas Insurance Department<br>1200 West Third Street<br>Little Rock, AR  72201<br>http://insurance.arkansas.gov/shiip.htm | Toll-free:<br>800-224-6330<br>Local:<br>501-371-2782 |
| State AIDS Drug Assistance Program (ADAP) | Arkansas Department of Health<br>STI/HIV/Hepatitis C/TB Section: ADAP Coordinator<br>4813 West Markham Street, Slot 33<br>Little Rock, AR  72205 | Local:<br>501-661-2862 |
| State Medicaid Agency | Department of Human Services of Arkansas<br>Donaghey Plaza South<br>P. O. Box 1437, Slot S401<br>Little Rock, AR  72203-1437<br>http://www.medicaid.state.ar.us/ | Toll-free:<br>800-457-4454<br>Local:<br>501-376-2211 |
| **California** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>877-588-1123<br>TDD*: 855-887-6668 |
| State Health | California Health Insurance Counseling & Advocacy | Toll-free: |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                118

| Insurance Assistance Program | Program (HICAP), Department of Aging<br>1300 National Drive<br>Sacramento, CA  95834<br>www.aging.ca.gov/HICAP | 800-434-0222 |
|---|---|---|
| State AIDS Drug Assistance Program (ADAP) | California Department of Health Services<br>Office of AIDS: ADAP Section Chief<br>MS 7700<br>Sacramento, CA  95899-7426 | Local:<br>916-449-5943 |
| State Medicaid Agency | California Department of Health Services<br>PO Box 15559<br>Sacramento, CA  95852-0559<br>www.medi-cal.ca.gov | Toll-free:<br>800-443-2611<br>Local:<br>916-445-4171<br>TDD*:<br>800-735-2929 |
| **Colorado** | | |
| Quality Improvement Organization | KEPRO<br>5700 Lombardo Center Dr., Suite 100<br>Seven Hills, OH  44131 | Toll-free:<br>844-430-9504 |
| State Health Insurance Assistance Program | Senior Health Insurance Assistance Program (SHIP)<br>1560 Broadway, Suite 850<br>Denver, CO  80202<br>www.dora.state.co.us/insurance/senior/senior.htm | Toll-free:<br>800-886-7675<br>Local:<br>303-894-7499<br>TDD*:<br>303-894-7880 |
| State AIDS Drug Assistance Program (ADAP) | Colorado Dept. of Public Health<br>STD/HIV Section, DCEED-STD-A3: HIV Care and Treatment Program Manager<br>4300 Cherry Creek Drive South<br>Denver, CO  80246-1530 | Local:<br>303-692-2703 |
| State Medicaid Agency | Department of Health Care Policy and Financing of Colorado<br>1570 Grant Street<br>Denver, CO  80203-1818<br>http://www.colorado.gov/cs/Satellite/HCPF/HCPF/1197364086675 | Toll-free:<br>800-221-3943<br>Local:<br>303-866-2993 |
| State Pharmaceutical Assistance Program | Colorado Bridging the Gap - Colorado Department of Public Health and Environment<br>4300 Cherry Creek Drive South DCEED-STD-A3<br>Denver, CO  80246-1530<br>http://www.cdphe.state.co.us/dc/HIVandSTD/ryanwhite/medicared.html | Toll-free:<br>303-692-2716<br>TDD*:<br>303-692-2716 |
| **Connecticut** | | |
| Quality | Livanta BFCC-QIO Program | Toll-free: 866- |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies          119

| Improvement Organization | 9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | 815-5440<br>TDD*:<br>866-868-2289 |
|---|---|---|
| State Health Insurance Assistance Program | CHOICES<br>Department of Social Services, Aging Services Division<br>25 Sigourney Street, 10th Floor<br>Hartford, CT  06106<br>www.ct.gov/agingservices | Toll-free:<br>800-994-9422<br>Local:<br>860-424-5274 |
| State AIDS Drug Assistance Program (ADAP) | Connecticut Department of Public Health - AIDS and Chronic Diseases Division: ADAP Coordinator<br>410 Capitol Avenue, MS #11APV<br>Hartford, CT  06134-0308 | Local:<br>860-509-7689 |
| State Medicaid Agency | Department of Social Services of Connecticut<br>25 Sigourney Street<br>Hartford, CT  06106-5033<br>http://www.dss.state.ct.us | Toll-free:<br>800-842-1508<br>Local:<br>860-424-4908 |
| **Delaware** | | |
| Quality Improvement Organization | KEPRO<br>5201 W. Kennedy Blvd., Suite 900<br>Tampa, FL  33609 | Toll-free:<br>844-455-8708 |
| State Health Insurance Assistance Program | Delaware Medicare Assistance Bureau (DMAB)<br>841 Silver Lake Blvd.<br>Dover, DE  19904<br>http://delawareinsurance.gov/DMAB | Toll-free:<br>800-336-9500<br>Local:<br>302-674-7364 |
| State AIDS Drug Assistance Program (ADAP) | Delaware Health and Social Services<br>Division of Public Health, HIV/AIDS Program: Ryan White Part B Coordinator<br>Thomas Collins Building, Suite 12<br>Dover, DE  19901 | Local:<br>302-744-1050 |
| State Medicaid Agency | Delaware Health and Social Services<br>1901 N. Du Pont Highway,  Lewis Bldg.<br>New Castle, DE  19720<br>www.state.de.us/dhss | Toll-free:<br>800-372-2022<br>Local:<br>302-255-9668 |
| State Pharmaceutical Assistance Programs | Delaware Chronic Renal Disease Program<br>11-13 Church Ave.<br>Milford, DE  19963<br>http://www.dhss.delaware.gov/dhss/dmma/crdprog.html | Toll-free:<br>800-464-4357<br>Local:<br>302-424-7180 |
| | Delaware Prescription Assistance Program (DPAP)<br>P.O. Box 950 | Toll-free:<br>800-996-9969 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 121 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                    120

|  | New Castle, DE  19720-9914 http://www.dhss.delaware.gov/dhss/dmma/dpap.html |  |
|---|---|---|
| **District of Columbia** | | |
| Quality Improvement Organization | KEPRO 5201 W. Kennedy Blvd., Suite 900 Tampa, FL  33609 | Toll-free: 844-455-8708 |
| State Health Insurance Assistance Program | Health Insurance Counseling Project (HICP) 2000 H Street NW Washington, DC 20052 http://dcoa.dc.gov/service/health-insurance-counseling | Toll-free: 202-739-0668 TDD*: 202-724-8925 |
| State AIDS Drug Assistance Program (ADAP) | DC Department of Health - Care, Housing and Support Services Bureau; HIV/AIDS, Hepatitis, STD and TB Administration: ADAP & Medicaid Division Manager 899 North Capitol St, fourth floor Washington, DC  20002 | Local: 202-671-4810 |
| State Medicaid Agency | DC Healthy Families 6856 Eastern Avenue NW, Suite 206 Washington, DC  20012 http://dhs.dc.gov/service/medical-assistance | Local: 202-442-5955 Toll-free: 888-557-1116 |
| **Florida** | | |
| Quality Improvement Organization | KEPRO 5201 W. Kennedy Blvd., Suite 900 Tampa, FL  33609 | Toll-free: 844-455-8708 |
| State Health Insurance Assistance Program | Serving Health Insurance Needs of Elders (SHINE) Department of Elder Affairs 4040 Esplanade Way Tallahassee, FL  32399-7000 http://www.FloridaShine.org | Toll-free: 800-963-5337 Local: 850-414-2000 TDD*: 800-414-2001 |
| State AIDS Drug Assistance Program (ADAP) | Florida Department of Health Bureau of HIV/AIDS: ADAP State Program Manager 2585 Merchants Row Boulevard Tallahassee, FL  32399-1715 | Local: 850-245-4444 ext. 2544 |
| State Medicaid Agency | Agency for Health Care Administration of Florida 2727 Mahan Drive Tallahassee, FL  32308 www.fdhc.state.fl.us/ | Toll-free: 888-419-3456 Local: 850-487-1111 |
| **Georgia** | | |
| Quality Improvement | KEPRO 5201 W. Kennedy Blvd., Suite 900 | Toll-free: 844-455-8708 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                    121

| Organization | Tampa, FL  33609 | |
|---|---|---|
| State Health Insurance Assistance Program | GeorgiaCares<br>2 Peachtree Street, NW<br>Atlanta, GA  30303<br>http://aging.dhs.georgia.gov/georgiacares | Toll-free:<br>800-669-8387<br>Local:<br>404-657-5258<br>TDD*:<br>404-657-1929 |
| State AIDS Drug Assistance Program (ADAP) | Georgia DHR, Division of Public Health<br>Georgia Department of Human Services: ADAP/HICP Manager<br>2 Peachtree Street, NW, Suite 12-235<br>Atlanta, GA  30303-3142 | Local:<br>404-657-3127 |
| State Medicaid Agency | Georgia Department of Community Health<br>2 Peachtree Street, NW<br>Atlanta, GA  30303<br>www.dch.georgia.gov | Toll-free:<br>800-869-1150<br>Local:<br>404-656-4507 |
| **Guam** | | |
| AIDS Drug Assistance Program (ADAP) | Dept of Public Health and Social Services<br>STD/HIV Program<br>123 Chalau Kareta<br>Mangilao, Guam 96913-6304 | Local:<br>671-735-7311 |
| **Hawaii** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>877-588-1123<br>TDD*:<br>855-887-6668 |
| State Health Insurance Assistance Program | Sage PLUS<br>Executive Office on Aging<br>250 South Hotel Street, Suite 406<br>Honolulu, HI  96813-2831<br>http://health.hawaii.gov/eoa/home/sage-plus/ | Toll-free:<br>888-875-9229<br>Local:<br>808-586-0100<br>TDD*:<br>866-810-4379 |
| State AIDS Drug Assistance Program (ADAP) | Hawaii Department of Health<br>HDAP:  ADAP Director<br>3627 Kilauea Avenue<br>Honolulu, HI  96816 | Local:<br>808-733-9360 |
| State Medicaid Agency | Department of Human Services of Hawaii<br>1390 Miller Street, Room 209<br>Honolulu, HI  96813<br>http://humanservices.hawaii.gov/ | Toll-free:<br>800-316-8005<br>Local:<br>808-524-3370 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                        122

| Idaho | | |
|---|---|---|
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>877-588-1123<br>TDD*:<br>855-887-6668 |
| State Health Insurance Assistance Program | Senior Health Insurance Benefits Advisors (SHIBA)<br>700 West State Street, P.O. Box 83720<br>Boise, ID  83720-0043<br>http://www.doi.idaho.gov/shiba/shibahealth.aspx | Toll-free:<br>800-247-4422 |
| State Medicaid Agency | Idaho Department of Health and Welfare<br>P.O.  Box 83720<br>Boise, ID  83720-0036<br>healthandwelfare.idaho.gov | Toll-free:<br>877-456-1233<br>Local:<br>208-334-6700 |
| State AIDS Drug Assistance Program (ADAP) | Idaho Dept. of Health and Welfare<br>STD/AIDS Program: Part B/ADAP Coordinator<br>450 West State Street, 4th Floor<br>Boise, ID  83720 | Local:<br>208-334-5943 |
| State Pharmaceutical Assistance Program | Idaho AIDS Drug Assistance Program (IDAGAP) – Department of Health and Welfare<br>P. O. Box 83720<br>Boise, ID  83720<br>http://healthandwelfare.idaho.gov/Health/FamilyPlanningSTDHIV/HIVCareandTreatment/tabid/391/Default.aspx | Local:<br>208-334-5943 |
| Illinois | | |
| Quality Improvement Organization | KEPRO<br>5201 W. Kennedy Blvd., Suite 900<br>Tampa, FL  33609 | Toll-free:<br>855-408-8557 |
| State Health Insurance Assistance Program | Senior Health Insurance Program (SHIP)<br>320 West Washington Street, Suite 700<br>Springfield, IL  62767-0001<br>http://www.illinois.gov/aging/ship/Pages/default.aspx | Toll-free:<br>800-548-9034<br>TDD*:<br>217-524-4872 |
| State AIDS Drug Assistance Program (ADAP) | Illinois Department of Public Health<br>AIDS Drug Assistance Program: ADAP Administrator<br>525 W. Jefferson Street<br>Springfield, IL  62761 | Local:<br>217-524-0506 |
| State Medicaid Agency | Illinois Department of Healthcare and Family Services<br>201 South Grand Avenue East<br>Springfield, IL  62763-0001<br>http://www2.illinois.gov/hfs/Pages/default.aspx | Toll-free:<br>800-226-0768<br>Local:<br>217-782-1200 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                    123

| | | TDD*: 800-526-5812 |
|---|---|---|
| **Indiana** | | |
| Quality Improvement Organization | KEPRO 5201 W. Kennedy Blvd., Suite 900 Tampa, FL 33609 | Toll-free: 855-408-8557 |
| State Health Insurance Assistance Program | State Health Insurance Assistance Program (SHIP) 714 West 53rd Street Anderson, IN 46013 www.medicare.in.gov | Toll-free: 800-452-4800 Local: 765-608-2318 TDD*: 866-846-0139 |
| State AIDS Drug Assistance Program (ADAP) | Indiana State Department of Health HIV/STD Division: ADAP Coordinator 2 North Meridian Street Indianapolis, IN 46204 | Local: 317-233-7450 |
| State Medicaid Agency | Family and Social Services Administration of Indiana P.O. Box 7083 402 W. Washington Street Indianapolis, IN 46207-7083 http://www.in.gov/fssa/ | Toll-free: 800-403-0864 Local: 317-233-4454 |
| State Pharmaceutical Assistance Program | HoosierRx P.O. Box 6224 Indianapolis, IN 46206 http://www.in.gov/fssa/elderly/hoosierrx/ | Toll-free: 866-267-4679 Local: 317-234-1381 |
| **Iowa** | | |
| Quality Improvement Organization | KEPRO 5201 W. Kennedy Blvd., Suite 900 Tampa, FL 33609 | Toll-free: 855-408-8557 |
| State Health Insurance Assistance Program | Senior Health Insurance Information Program (SHIIP) 601 Locust St. - 4th Floor Des Moines, IA 50319-0065 www.shiip.state.ia.us/ | Toll-free: 800-351-4664 Local: 515-281-6867 TDD*: 800-735-2942 |
| State AIDS Drug Assistance Program (ADAP) | Iowa Department of Public Health Bureau of HIV, STD and Hepatitis: ADAP Coordinator 321 East. 12th Street Des Moines, IA 50319 | Local: 515-281-0926 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                    124

| State Medicaid Agency | Department of Human Services of Iowa<br>909 E 2nd Ave Suite G<br>Indianola, IA  50125<br>www.dhs.state.ia.us | Toll-free:<br>800-633-4227<br>Local:<br>515-961-5353 |
|---|---|---|
| **Kansas** | | |
| Quality Improvement Organization | KEPRO<br>5201 W. Kennedy Blvd., Suite 900<br>Tampa, FL  33609 | Toll-free:<br>855-408-8557 |
| State Health Insurance Assistance Program | Senior Health Insurance Counseling for Kansas (SHICK)<br>503 S. Kansas Avenue<br>Topeka, KS  66603<br>http://www.kdads.ks.gov/shick/shick_index.htm | Toll-free:<br>800-860-5260<br>Local:<br>316-337-7386 |
| State AIDS Drug Assistance Program (ADAP) | Kansas Department of Health & Environment<br>Bureau of Epidemiology and Disease Prevention: Part B/ADAP Director<br>1000 South West Jackson<br>Topeka, KS  66612-1274 | Local:<br>785-368-8218 |
| State Medicaid Agency | Department of Social and Rehabilitation Services of Kansas<br>500 SW Van Buren<br>Topeka, KS  66603<br>http://www.dcf.ks.gov/Pages/default.aspx | Toll-free:<br>800-766-9012<br>Local:<br>785-296-2500<br>TDD*:<br>785-296-4026 |
| **Kentucky** | | |
| Quality Improvement Organization | KEPRO<br>5700 Lombardo Center Dr., Suite 100<br>Seven Hills, OH  44131 | Toll-free:<br>844-430-9504 |
| State Health Insurance Assistance Program | State Health Insurance Assistance Program (SHIP)<br>275 E. Main St., 3E-E<br>Frankfort, KY  40621<br>http://www.chfs.ky.gov/dail/ship.htm | Toll-free:<br>877-293-7447<br>TDD*:<br>888-642-1137 |
| State AIDS Drug Assistance Program (ADAP) | Kentucky Department for Public Health<br>Cabinet for Health & Family Services, Division of Epidemiology: KADAP Coordinator<br>275 East Main Street, HS 2EC<br>Frankfort, KY  40601 | Local:<br>502-564-6539 |
| State Medicaid Agency | Cabinet for Health Services of Kentucky<br>275 E. Main St.<br>Frankfort, KY  40621 | Toll-free:<br>800-635-2570<br>Local: |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 126 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                125

| | www.chfs.ky.gov | 502-564-5497 |
|---|---|---|
| **Louisiana** | | |
| Quality Improvement Organization | KEPRO<br>5700 Lombardo Center Dr., Suite 100<br>Seven Hills, OH  44131 | Toll-free:<br>844-430-9504 |
| State Health Insurance Assistance Program | Senior Health Insurance Information Program (SHIIP)<br>P.O. Box 94214<br>Baton Rouge, LA  70804<br>http://www.ldi.la.gov/Health/SHIIP/ | Toll-free:<br>800-259-5300<br>Local:<br>225-342-5301 |
| State AIDS Drug Assistance Program (ADAP) | Louisiana Office of Public Health<br>STD/HIV Program: Treatment Access & Benefit Coordinator<br>1450 Poydras Street<br>New Orleans, LA  70112 | Local:<br>504-568-5489 |
| State Medicaid Agency | Louisiana Department of Health and Hospital<br>628 N. 4th Street, P.O. Box 629<br>Baton Rouge, LA  70821-0629<br>www.medicaid.dhh.louisiana.gov | Toll-free:<br>888-342-6207<br>Local:<br>225-342-5774 |
| **Maine** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>866-815-5440<br>TDD*:<br>866-868-2289 |
| State Health Insurance Assistance Program | Maine State Health Insurance Assistance Program (SHIP)<br>11 State House Station, 32 Blossom Lane<br>Augusta, ME  04333<br>http://www.maine.gov/dhhs/oes/community/ship.shtml | Toll-free:<br>877-353-3771<br>Local:<br>207-287-9200<br>TDD*:<br>800-606-0215 |
| State AIDS Drug Assistance Program (ADAP) | Maine Bureau of Health<br>Ryan White Title II Program: ADAP Coordinator<br>Key Bank Building, 9th Floor<br>Augusta, ME  04333-0011 | Local:<br>207-287-5551 |
| State Medicaid Agency | Maine Department of Health and Human Services<br>221 State Street<br>Augusta, ME  04333-0011<br>www.maine.gov/dhhs/ | Toll-free:<br>800-977-6740<br>Local:<br>207-287-2674<br>TDD*: |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies        126

| | | 800-606-0215 |
|---|---|---|
| State Pharmaceutical Assistance Program | Maine Low Cost Drugs for the Elderly or Disabled Program<br>Office of MaineCare Services<br>442 Civic Center Drive<br>Augusta, ME  04333<br>http://www.maine.gov/dhhs/beas/resource/lc_drugs.htm | Toll-free:<br>866-796-2463<br>TDD*:<br>800-606-0215 |
| **Maryland** | | |
| Quality Improvement Organization | KEPRO<br>5201 W. Kennedy Blvd., Suite 900<br>Tampa, FL  33609 | Toll-free:<br>844-455-8708 |
| State Health Insurance Assistance Program | Senior Health Insurance Assistance Program (SHIP)<br>301 West Preston Street, Suite 1007<br>Baltimore, MD  21201<br>http://www.aging.maryland.gov/SeniorHealthInsurance Program.html | Toll-free:<br>877-245-1762<br>Local:<br>410-468-2000<br>TDD*:<br>800-735-2258 |
| State AIDS Drug Assistance Program (ADAP) | Maryland Department of Health and Mental Hygeine<br>AIDS Administration and Client Services: Deputy Chief for Client Services<br>500 N. Calvert Street<br>Baltimore, MD  21202 | Local:<br>410-767-5678 |
| State Medicaid Agency | Department of  Health and Mental Hygiene<br>201 West Preston Street<br>Baltimore, MD  21201<br>www.dhmh.state.md.us | Toll-free:<br>800-492-5231<br>Local:<br>410-767-5800 |
| State Pharmaceutical Assistance Program | Maryland Senior Prescription Drug Assistance Program<br> c/o Pool Administrators<br>628 Hebron Avenue, Suite 212<br>Glastonbury, CT  06033<br>http://marylandspdap.com | Toll-free:<br>800-551-5995<br>TDD*:<br>800-877-5156 |
| **Massachusetts** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>866-815-5440<br>TDD*:<br>866-868-2289 |
| State Health Insurance Assistance | Serving Health Information Needs of Elders (SHINE)<br>One Ashburton Place, 5th Floor<br>Boston, MA  02108 | Toll-free:<br>800-243-4636 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                127

| Program | http://www.mcoaonline.com/content/wellness/SHINE.php | |
|---|---|---|
| State AIDS Drug Assistance Program (ADAP) | Office of HIV/AIDS – HDAP: Coordinator Massachusetts Department of Public Health Boston, MA  02108-4619 | Local: 617-624-5300 |
| State Medicaid Agency | Office of Health and Human Services of Massachusetts One Ashburton Place, 11th Floor Boston, MA  02108 www.mass.gov/masshealth | Toll-free: 800-841-2900 Local: 617-573-1600 |
| State Pharmaceutical Assistance Program | Massachusetts Prescription Advantage P.O. Box 15153 Worcester, MA  01615 http://www.mass.gov/elders/healthcare/prescription-advantage-overview.html | Toll-free: 800-243-4636 TDD*: 877-610-0241 |
| **Michigan** | | |
| Quality Improvement Organization | KEPRO 5201 W. Kennedy Blvd., Suite 900 Tampa, FL  33609 | Toll-free: 855-408-8557 |
| State Health Insurance Assistance Program | MMAP, Inc. 6105 West St. Joseph, Suite 204 Lansing, MI  48917-4850 mmapinc.org | Toll-free: 800-803-7174 |
| State AIDS Drug Assistance Program (ADAP) | Michigan Department of Community Health: ADAP Coordinator 109 Michigan Avenue Lansing, MI  48913 | Local: 517-241-0966 |
| State Medicaid Agency | Michigan Department Community Health 201 Townsend Street Lansing, MI  48913 www.michigan.gov/mdch | Toll-free: 800-642-3195 Local: 517-373-3740 TDD*: 800-649-3777 |
| **Minnesota** | | |
| Quality Improvement Organization | KEPRO 5201 W. Kennedy Blvd., Suite 900 Tampa, FL  33609 | Toll-free: 855-408-8557 |
| State Health Insurance Assistance Program | Minnesota State Health Insurance Assistance Program/Senior LinkAge Line P.O. Box 64976 St. Paul, MN  55164-0976 http://www.mnaging.org/ | Toll-free: 800-333-2433 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                    128

| State AIDS Drug Assistance Program (ADAP) | Minnesota Department of Human Services HIV/AIDS Unit: Program Administrator 540 Cedar Street St. Paul, MN  55164-0972 | Local: 651-431-2378 |
|---|---|---|
| State Medicaid Agency | Department of Human Services of Minnesota - MinnesotaCare P.O.  Box 64989 St Paul, MN  55164-0989 http://www.dhs.state.mn.us/ | Toll-free: 800-657-3739 Local: 651-431-2670 TDD*: 800-627-3529 |

| **Mississippi** | | |
|---|---|---|
| Quality Improvement Organization | KEPRO 5700 Lombardo Center Dr., Suite 100 Seven Hills, OH  44131 | Toll-free: 844-430-9504 |
| State Health Insurance Assistance Program | MS State Health Insurance Assistance Program (SHIP) 750 North State Street Jackson, MS  39202 http://www.mdhs.state.ms.us/programs-and-services-for-seniors/state-health-insurance-assistance-program/ | Toll-free: 800-948-3090 Local: 601-359-4929 |
| State AIDS Drug Assistance Program (ADAP) | Mississippi Department of Health - Care and Services Division, Office of STD/HIV: ADAP Director 570 East Woodrow Wilson Jackson, MS  39215-1700 | Local: 601-432-4851 |
| State Medicaid Agency | Mississippi Division of Medicaid 550 High Street, Suite 1000 Jackson, MS  39201-1399 medicaid.ms.gov/ | Toll-free: 800-421-2408 Local: 601-359-6050 |

| **Missouri** | | |
|---|---|---|
| Quality Improvement Organization | KEPRO 5201 W. Kennedy Blvd., Suite 900 Tampa, FL  33609 | Toll-free: 855-408-8557 |
| State Health Insurance Assistance Program | CLAIM 200 N. Keene Street Columbia, MO  65201 www.missouriclaim.org | Toll-free: 800-390-3330 Local: 573-817-8320 |
| State AIDS Drug Assistance Program (ADAP) | Missouri Department of Health and Senior Services Prevention and Care Programs, Section of Communicable Disease Prevention: HIV Care Coordinator 930 Wildwood Drive | Local: 573-526-6439 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 130 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                129

| | Jefferson City, MO  65102-0570 | |
|---|---|---|
| State Medicaid Agency | Department of Social Services of Missouri - MO HealthNet Division<br>615 Howerton Court, P.O. Box 6500<br>Jefferson City, MO  65102-6500<br>www.dss.mo.gov/mhd/ | Toll-free:<br>800-392-2161<br>Local:<br>573-751-3425<br>TDD*:<br>800-735-2966 |
| State Pharmaceutical Assistance Program | Missouri Rx Plan<br>P.O. Box 6500<br>Jefferson City, MO  65102<br>http://morx.mo.gov/ | Toll-free:<br>800-375-1406<br>TDD*:<br>800-735-2966 |
| **Montana** | | |
| Quality Improvement Organization | KEPRO<br>5700 Lombardo Center Dr., Suite 100<br>Seven Hills, OH  44131 | Toll-free:<br>844-430-9504 |
| State Health Insurance Assistance Program | Montana State Health Insurance Assistance Program (SHIP)<br>2030 - 11th Ave<br>Helena, MT  59604-4210<br>http://www.dphhs.mt.gov/sltc/services/aging/SHIP/ship.shtml | Toll-free:<br>800-551-3191<br>Local:<br>406-444-7870 |
| State AIDS Drug Assistance Program (ADAP) | Montana Dept. of Public Health and Human Services<br>STD/HIV Section: Manager<br>Cogswell Building, Room C-211<br>Helena, MT  59620-9910 | Local:<br>406-444-2457 |
| State Medicaid Agency | Montana Department of Public Health & Human Services-Division of Child and Adult Health Resources<br>2030 11th Avenue<br>Helena, MT  59601<br>http://www.dphhs.mt.gov | Toll-free:<br>800-362-8312<br>Local:<br>406-444-5622 |
| State Pharmaceutical Assistance Program | Montana Big Sky RxProgram<br>P.O. Box 202915<br>Helena, MT  59620<br>http://www.dphhs.mt.gov/prescriptiondrug/bigsky.shtml | Toll-free:<br>866-369-1233<br>Local:<br>406-444-1233 |
| **Nebraska** | | |
| Quality Improvement Organization | KEPRO<br>5201 W. Kennedy Blvd., Suite 900<br>Tampa, FL  33609 | Toll-free:<br>855-408-8557 |
| State Health Insurance | Nebraska Senior Health Insurance Information Program (SHIIP) | Toll-free:<br>800-234-7119 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 131 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies          130

| | | |
|---|---|---|
| Assistance Program | 941 O Street Suite 400<br>P.O. Box 82089<br>Lincoln, NE  68501-2089<br>www.doi.ne.gov/shiip | TDD*:<br>800-833-7352 |
| State AIDS Drug Assistance Program (ADAP) | Nebraska Department of Health and Human Services<br>Infectious Diseases Prevention: ADAP Coordinator<br>988106 Nebraska Medical Center<br>Omaha, NE  68198 | Local:<br>402-559-4673 |
| State Medicaid Agency | Nebraska Department of Health and Human Services System<br>301 Centennial Mall South<br>Lincoln, NE  68509<br>http://dhhs.ne.gov/Pages/default.aspx | Toll-free:<br>800-430-3244<br>Local:<br>402-471-3121 |
| **Nevada** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>877-588-1123<br>TDD*:<br>855-887-6668 |
| State Health Insurance Assistance Program | State Health Insurance Assistance Program (SHIP)<br>3416 Goni Road, Suite D-132<br>Carson City, NV  89706<br>http://www.nvaging.net/ship/ship_main.htm | Toll-free:<br>800-307-4444<br>Local:<br>702-486-3478 |
| State AIDS Drug Assistance Program (ADAP) | Department of Human Resources<br>Communicable Disease Program, Bureau of Community Health: ADAP Coordinator<br>4150 Technology Way<br>Carson City, NV  89706 | Local:<br>775-684-3499 |
| State Medicaid Agency | Nevada Department of Human Resources<br>1100 E. William Street, Suite 101<br>Carson City, NV  89701<br>http://dhcfp.state.nv.us/ | Toll-free:<br>800-992-0900<br>Local:<br>775-684-3600<br>TDD*:<br>775-684-0760 |
| State Pharmaceutical Assistance Programs | Nevada Disability Rx-Department of Health and Human Services<br>3416 Goni Road, Suite D-113<br>Carson City, NV  89706<br>http://dhhs.nv.gov | Toll-free:<br>866-303-6323<br>Local:<br>775-687-4210 |
| | Nevada Senior Rx Program<br>3416 Goni Road, Suite B-113<br>Carson City, NV  89706 | Toll-free:<br>866-303-6323<br>Local: |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies          131

| | http://dhhs.nv.gov | 775-687-4210 |
|---|---|---|
| **New Hampshire** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>866-815-5440<br>TDD*:<br>866-868-2289 |
| State Health Insurance Assistance Program | NH SHIP - ServiceLink Resource Center<br>67 Water Street, Suite 105<br>Laconia, NH  03246<br>www.servicelink.org | Toll-free:<br>866-634-9412<br>Local:<br>603-528-6945 |
| State AIDS Drug Assistance Program (ADAP) | New Hampshire Dept of Health and Human Services<br>Infectious Disease Prevention, Investigation and Care Services: ADAP Coordinator<br>29 Hazen Drive<br>Concord, NH  03301 | Local:<br>603-271-4480 |
| State Medicaid Agency | New Hampshire Department of Health and Human Services<br>129 Pleasant Street<br>Concord, NH  03301<br>http://www.dhhs.state.nh.us | Toll-free:<br>800-322-9191<br>Local:<br>603-271-6200<br>TDD*:<br>800-735-2964 |
| **New Jersey** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>866-815-5440<br>TDD*:<br>866-868-2289 |
| State Health Insurance Assistance Program | State Health Insurance Assistance Program (SHIP)<br>P. O. Box 360<br>Trenton, NJ  08625-0360<br>http://www.state.nj.us/humanservices/doas/services/ship/ | Toll-free:<br>800-792-8820 |
| State Medicaid Agency | Department of Human Services of New Jersey<br>P.O. Box 712<br>Trenton, NJ  08625-0712<br>www.state.nj.us/humanservices/dmahs | Toll-free:<br>800-356-1561<br>Local:<br>609-292-3717 |
| State AIDS Drug Assistance Program (ADAP) | New Jersey Department of Health and Senior Services<br>Division of HIV/AIDS Services: Coordinator Primary and Preventive Health Services<br>50 East State Street, 3rd Floor | Local:<br>609-984-6328 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 133 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies          132

| | Trenton, NJ  08625-0363 | |
|---|---|---|
| State Pharmaceutical Assistance Programs | New Jersey Senior Gold Prescription Discount Program NJ Department of Health and Senior Services P.O. Box 724 Trenton, NJ  08625 http://www.state.nj.us/humanservices/doas/home/senior golddetail.html | Toll-free: 800-792-9745 |
| | New Jersey Pharmaceutical Assistance to the Aged and Disabled Program (PAAD) NJ Department of Human Services P.O. Box 715 Trenton, NJ  08625 http://www.state.nj.us/health/seniorbenefits/paad/ | Toll-free: 800-792-9745 |
| **New Mexico** | | |
| Quality Improvement Organization | KEPRO 5700 Lombardo Center Dr., Suite 100 Seven Hills, OH  44131 | Toll-free: 844-430-9504 |
| State Health Insurance Assistance Program | Benefits Counseling Program 2550 Cerrillos Road Santa Fe, NM  87505 www.nmaging.state.nm.us | Toll-free: 800-432-2080 Local: 505-476-4846 TDD*: 800-659-8331 |
| State AIDS Drug Assistance Program (ADAP) | New Mexico Department of Health - Infectious Disease Bureau: ADAP Coordinator 1190 St. Francis Drive Santa Fe, NM 87505 | Local: 505-827-2435 |
| State Medicaid Agency | Department of Human Services of New Mexico P.O. Box 2348 Santa Fe, NM  87504-2348 http://www.hsd.state.nm.us/ | Toll-free: 888-997-2583 Local: 505-827-3100 |
| **New York** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program 9090 Junction Drive, Suite 10 Annapolis Junction, MD  20701 | Toll-free: 866-815-5440 TDD*: 866-868-2289 |
| State Health Insurance Assistance Program | Health Insurance Information Counseling and Assistance Program (HIICAP) 162 Washington Avenue Albany, NY  12210 | Toll-free: 800-701-0501 TDD*: 877-486-2048 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies          133

| | www.aging.ny.gov/HealthBenefits/Index.cfm | |
|---|---|---|
| State AIDS Drug Assistance Program (ADAP) | AIDS Institute--Department of Health HIV Uninsured Care Programs P.O. Box 2052 Albany, NY  12220-0052 | Local: 518-459-1641 |
| State Medicaid Agency | New York State Department of Health Corning Tower, Empire State Plaza Albany, NY  12237 http://www.health.state.ny.us/ | Toll-free: 800-541-2831 Local: 518-486-9057 |
| State Pharmaceutical Assistance Program | New York State Elderly Pharmaceutical Insurance Coverage (EPIC) P.O. Box 15018 Albany, NY  12212 http://www.health.state.ny.us/nysdoh/epic/faq.htm | Toll-free: 800-332-3742 |
| **North Carolina** | | |
| Quality Improvement Organization | KEPRO 5201 W. Kennedy Blvd., Suite 900 Tampa, FL  33609 | Toll-free: 844-455-8708 |
| State Health Insurance Assistance Program | Seniors' Health Insurance Information Program (SHIIP) 11 South Boylan Avenue Raleigh, NC  27603 http://www.ncdoi.com/SHIIP/Default.aspx | Toll-free: 800-443-9354 Local: 919-807-6900 TDD*: 919-715-0319 |
| State AIDS Drug Assistance Program (ADAP) | North Carolina Dept of Health and Human Services HIV/STD Prevention and Care Branch, Division of Public Health: Interim ADAP Coordinator 1902 Mail Service Center (mailing) Raleigh, NC  27699-1902 | Local: 919-733-9576 |
| State Medicaid Agency | North Carolina Department of Health and Human Services 2001 Mail Service Center Raleigh, NC  27699-2001 www.dhhs.state.nc.us/dma/mqb.html | Toll-free: 800-662-7030 Local: 919-855-4800 TDD*: 919-733-4851 |
| **North Dakota** | | |
| Quality Improvement Organization | KEPRO 5700 Lombardo Center Dr., Suite 100 Seven Hills, OH  44131 | Toll-free: 844-430-9504 |
| State Health | Senior Health Insurance Counseling (SHIC) | Toll-free: |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                    134

| Insurance Assistance Program | 600 E. Boulevard Avenue<br>Bismarck, ND  58505-0320<br>http://www.nd.gov/ndins/shic/ | 888-575-6611<br>TDD*:<br>800-366-6888 |
|---|---|---|
| State AIDS Drug Assistance Program (ADAP) | North Dakota Department of Health<br>Prevention and ADAP Coordinator<br>2635 East Main Avenue<br>Bismarck, ND  58506-5520 | Local:<br>701-328-1059 |
| State Medicaid Agency | Dept of Human Services of North Dakota - Medical Services<br>600 E. Boulevard Avenue, Dept. 325<br>Bismarck, ND  58505-0250<br>www.nd.gov/dhs/ | Toll-free:<br>800-755-2604<br>Local:<br>701-328-2321 |
| **Ohio** | | |
| Quality Improvement Organization | KEPRO<br>5201 W. Kennedy Blvd., Suite 900<br>Tampa, FL  33609 | Toll-free:<br>855-408-8557 |
| State Health Insurance Assistance Program | Ohio Senior Health Insurance Information Program (OSHIIP)<br>50 W. Town Street, Third Floor - Suite 300<br>Columbus, OH  43215<br>www.insurance.ohio.gov | Toll-free:<br>800-686-1578<br>TDD*:<br>614-644-3745 |
| State AIDS Drug Assistance Program (ADAP) | HIV Care Services - Ohio Department of Health:<br>OHDAP Administrator<br>246 N. High Street, 6th Floor<br>Columbus, OH  43215 | Local:<br>614-466-6043 |
| State Medicaid Agency | Department of Medicaid<br>50 West Town Street<br>Columbus, OH  43215<br>http://jfs.ohio.gov/ohp | Toll-free:<br>800-324-8680<br>Local:<br>614-644-0140 |
| **Oklahoma** | | |
| Quality Improvement Organization | KEPRO<br>5700 Lombardo Center Dr., Suite 100<br>Seven Hills, OH  44131 | Toll-free:<br>844-430-9504 |
| State Health Insurance Assistance Program | Senior Health Insurance Counseling Program (SHIP)<br>3625 N.W. 56th Street, Suite 100<br>Oklahoma City, OK  73122<br>http://www.ok.gov/oid/Consumers/Information_for_Seniors/SHIP.html | Toll-free:<br>800-763-2828<br>Local:<br>405-521-6628 |
| State AIDS Drug Assistance Program (ADAP) | Oklahoma State Department of Health<br>HIV/STD Service: HDAP Programs Manager<br>1000 N.E. 10th Street<br>Oklahoma City, OK  73117-1299 | Local:<br>405-271-9444 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                      135

| State Medicaid Agency | Health Care Authority of Oklahoma<br>4345 N. Lincoln Boulevard<br>Oklahoma City, OK  73105<br>www.okhca.org | Toll-free:<br>800-522-0310<br>Local:<br>405-522-7171 |
|---|---|---|
| **Oregon** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>877-588-1123<br>TDD*:<br>855-887-6668 |
| State Health Insurance Assistance Program | Senior Health Insurance Benefits Assistance (SHIBA)<br>350 Winter Street NE, Suite 330<br>P.O. Box 14480<br>Salem, OR  97309-0405<br>http://oregonshiba.org/ | Toll-free:<br>800-722-4134<br>Local:<br>503-947-7979<br>TDD*:<br>800-735-2900 |
| State AIDS Drug Assistance Program (ADAP) | Oregon Department of Human Resources<br>HIV/STD/TB Program: HIV Client Service Manager<br>800 NE Oregon Street, Suite 1105<br>Portland, OR  97232-2162 | Local:<br>971-673-0144 |
| State Medicaid Agency | Oregon Department of Human Services<br>500 Summer Street NE<br>Salem, OR  97301<br>www.oregon.gov/dhs/index.shtml | Toll-free:<br>800-527-5772<br>Local:<br>503-945-5772<br>TDD*:<br>503-945-6214 |
| **Pennsylvania** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>866-815-5440<br>TDD* :<br>866-868-2289 |
| State Health Insurance Assistance Program | APPRISE<br>555 Walnut Street, 5th Floor<br>Harrisburg, PA  17101-1919<br>www.aging.state.pa.us | Toll-free:<br>800-783-7067 |
| State AIDS Drug Assistance Program (ADAP) | Department of Public Welfare<br>Division of Pharmacy Program Operations, Bureau of<br>Fee for Service Programs: SPBP Administrator<br>P.O. Box 8021<br>Harrisburg, PA  17105-8021 | Local:<br>717-703-9170 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                136

| | | |
|---|---|---|
| State Medicaid Agency | Department of Public Welfare of Pennsylvania<br>P.O. Box 2675<br>Harrisburg, PA  17105-2675<br>www.dpw.state.pa.us | Toll-free:<br>800-692-7462<br>Local:<br>717-787-2500 |
| State Pharmaceutical Assistance Program | Pharmaceutical Assistance Contract for the Elderly (PACE) Program – (PACENET)<br>Magellan Health<br>4000 Crums Mill Road, Suite 301<br>Harrisburg, PA  17112<br>http://www.aging.state.pa.us/portal/server.pt/community/pace_and_affordable_medications/17942 | Toll-free:<br>800-225-7223 |
| **Puerto Rico** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>866-815-5440<br>TDD* :<br>866-868-2289 |
| AIDS Drug Assistance Program (ADAP) | Puerto Rico Department of Health<br>Ryan White Part B Program<br>Commonwealth of Puerto Rico<br>San Juan, Puerto Rico 00936 | Local:<br>787-766-2805 |
| **Rhode Island** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>866-815-5440<br>TDD*:<br>866-868-2289 |
| State Health Insurance Assistance Program | Senior Health Insurance Program (SHIP)<br>74 West Road, Hazard Bldg.<br>Cranston, RI  02920<br>http://www.dea.ri.gov/insurance/ | Toll-free:<br>401-462-0510<br>TDD*:<br>401-462-0740 |
| State AIDS Drug Assistance Program (ADAP) | Rhode Island Department Health - Office of HIV/AIDS and Viral Hepatitis: Assistant ADAP Coordinator<br>3 Capitol Hill, Room 302<br>Providence, RI  02908 | Local:<br>401-462-3295 |
| State Medicaid Agency | Department of Human Services of Rhode Island<br>206 Elmwood Avenue<br>Providence, RI  02907<br>www.dhs.ri.gov | Toll-free:<br>800-964-6211<br>Local:<br>401-462-5300 |
| State Pharmaceutical Assistance | Rhode Island Pharmaceutical Assistance for the Elderly (RIPAE)<br>Rhode Island Department of Elderly Affairs | Local:<br>401-462-3000<br>TDD*: |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Addendum A – Important Contact Information for State Agencies                137

| Program | 74 West Road, Hazard Building, Second Floor<br>Cranston,  RI  02920<br>http://www.dea.state.ri.us/programs/prescription_assist.php | 401-462-0740 |
|---|---|---|
| **South Carolina** | | |
| Quality Improvement Organization | KEPRO<br>5201 W. Kennedy Blvd., Suite 900<br>Tampa, FL  33609 | Toll-free:<br>844-455-8708 |
| State Health Insurance Assistance Program | (I-CARE) Insurance Counseling Assistance and Referrals for Elders<br>1301 Gervais Street, Suite 350<br>Columbia, SC  29201<br>www.aging.sc.gov | Toll-free:<br>800-868-9095<br>Local:<br>803-734-9900 |
| State AIDS Drug Assistance Program (ADAP) | South Carolina Department of Health & Env. Control<br>HIV/AIDS Division: ADAP Director<br>2600 Bull St., Robert Mills- Jarrett<br>Columbia, SC  29211 | Local:<br>803-898-0703 |
| State Medicaid Agency | South Carolina Department of Health and Human Services<br>P. O. Box 8206<br>Columbia, SC  29202-8206<br>http://www.scdhhs.gov/ | Toll-free:<br>888-549-0820<br>Local:<br>803-898-2500 |
| **South Dakota** | | |
| Quality Improvement Organization | KEPRO<br>5700 Lombardo Center Dr., Suite 100<br>Seven Hills, OH  44131 | Toll-free:<br>844-430-9504 |
| State Health Insurance Assistance Program | Senior Health Information & Insurance Education (SHIINE)<br>811 E 10th St<br>Sioux Falls, SD  57103<br>www.shiine.net | Toll-free:<br>800-536-8197<br>Local:<br>605-333-3314 |
| State AIDS Drug Assistance Program (ADAP) | Health Department - Office of Disease Prevention; HIV Surveillance, Ryan White CARE Programs:Ryan White CARE/ADAP Program Manager<br>615 East 4th St.<br>Pierre, SD  57501 | Local:<br>605-773-3737 |
| State Medicaid Agency | Department of Social Services of South Dakota<br>700 Governors Drive<br>Pierre, SD  57501<br>http://dss.sd.gov | Toll-free:<br>800-597-1603<br>Local:<br>605-773-3495 |
| **Tennessee** | | |
| Quality Improvement | KEPRO<br>5700 Lombardo Center Dr., Suite 100 | Toll-free:<br>844-430-9504 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                    138

| Organization | Seven Hills, OH  44131 | |
|---|---|---|
| State Health Insurance Assistance Program | TN SHIP<br>500 Deaderick Street, Suite 825<br>Nashville, TN  37243-0860<br>www.state.tn.us/comaging/ship.html | Toll-free:<br>877-801-0044<br>Local:<br>615-741-2056<br>TDD*:<br>615-532-3893 |
| State AIDS Drug Assistance Program (ADAP) | Tennessee Department of Health - HIV/AIDS/STD Section: Ryan White Part B Director<br>Cordell Hull Building, 4th Floor<br>Nashville, TN  37247 | Local:<br>615-532-2392 |
| State Medicaid Agency | Bureau of TennCare<br>310 Great Circle Road<br>Nashville, TN  37243<br>http://state.tn.us/tenncare | Toll-free:<br>800-342-3145<br>Local:<br>855-259-0701<br>TDD*:<br>877-779-3103 |

| **Texas** | | |
|---|---|---|
| Quality Improvement Organization | KEPRO<br>5700 Lombardo Center Dr., Suite 100<br>Seven Hills, OH  44131 | Toll-free:<br>844-430-9504 |
| State Health Insurance Assistance Program | Health Information Counseling and Advocacy Program (HICAP)<br>Dept. of Insurance, P.O. Box 149030<br>Austin, TX  78714-9030<br>http://www.tdi.texas.gov/consumer/hicap/ | Toll-free:<br>800-252-9240<br>Local:<br>512-438-3011 |
| State AIDS Drug Assistance Program (ADAP) | Texas Department of State Health Services - Texas ADAP, HIV/STD Comprehensive Services Branch: Manager, Texas ADAP<br>1100 West 49th Street<br>Austin, TX  78756-3199 | Local:<br>512-533-3002 |
| State Medicaid Agency | Health and Human Services Commission of Texas<br>4900 N. Lamar Blvd.<br>Austin, TX  78751-2316<br>http://www.hhsc.state.tx.us | Toll-free:<br>800-252-8263<br>Local:<br>512-424-6500 |
| State Pharmaceutical Assistance Program | Texas Kidney Health Care Program (KHC)<br>Department of State Health Services, MC 1938<br>P.O. Box 149347<br>Austin, TX  78714<br>http://www.dshs.state.tx.us.kidney/default.shtm | Toll-free:<br>800-222-3986 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies          139

| U.S. Virgin Islands | | |
|---|---|---|
| Quality Improvement Organization | Livanta BFCC-QIO Program 9090 Junction Drive, Suite 10 Annapolis Junction, MD  20701 | Toll-free: 866-815-5440 TDD* : 866-868-2289 |
| AIDS Drug Assistance Program (ADAP) | USVI Department of Health STD/HIV/TB Program Old Municipal Hospital Complex St. Thomas, U.S. Virgin Islands 00802 | Local: 340-774-9000 |
| **Utah** | | |
| Quality Improvement Organization | KEPRO 5700 Lombardo Center Dr., Suite 100 Seven Hills, OH  44131 | Toll-free: 844-430-9504 |
| State Health Insurance Assistance Program | Senior Health Insurance Information Program (SHIP) 195 North 1950 West Salt Lake City, UT  84116 http://www.hsdaas.utah.gov/insurance_programs.htm | Toll-free: 877-424-4640 Local: 801-538-3910 |
| State AIDS Drug Assistance Program (ADAP) | Utah Department of Health Bureau of Communicable Disease Control, Treatment and Care Services Program: ADAP Coordinator Box 142105 Salt Lake City, UT  84114-2105 | Local: 801-538-6042 |
| State Medicaid Agency | Utah Department of Health P.O. Box 143106 Salt Lake City, UT  84114-3106 http://health.utah.gov/medicaid/ | Toll-free: 800-662-9651 Local: 801-538-6155 |
| **Vermont** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program 9090 Junction Drive, Suite 10 Annapolis Junction, MD  20701 | Toll-free: 866-815-5440 TDD*: 866-868-2289 |
| State Health Insurance Assistance Program | State Health Insurance Assistance Program (SHIP) 481 Summer Street, Suite 101 St. Johnsbury, VT  05819 http://www.medicarehelpvt.net/ | Toll-free: 800-642-5119 Local: 802-748-5182 |
| State AIDS Drug Assistance Program (ADAP) | Vermont Department of Health: ADAP Coordinator 108 Cherry Street, Drawer 41 HAST Burlington, VT  05401 | Local: 802-951-4005 |
| State Medicaid | Agency of Human Services of Vermont | Toll-free: |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

Case 3:17-cv-00621-KAD   Document 1-3   Filed 04/13/17   Page 141 of 183

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies          140

| Agency | 208 Hurricane Lane, Suite 103<br>Williston, VT  05495<br>http://humanservices.vermont.gov/ | 800-250-8427<br>Local:<br>802-879-5900<br>TDD*:<br>800-479-6151 |
|---|---|---|
| State Pharmaceutical Assistance Program | Vermont Health Access Plan (VHAP-Pharmacy), VSCRIPT, and VSCRIPT Expanded<br>312 Hurricane Lane, Suite 201<br>Williston, VT  05495<br>http://www.greenmountaincare.org/vermont-health-insurance-plans/prescription-assistance | Toll-free:<br>800-250-8427<br>TDD*:<br>888-834-7898 |
| **Virginia** | | |
| Quality Improvement Organization | KEPRO<br>5201 W. Kennedy Blvd., Suite 900<br>Tampa, FL  33609 | Toll-free:<br>844-455-8708 |
| State Health Insurance Assistance Program | Virginia Insurance Counseling and Assistance Program (VICAP)<br>1610 Forest Avenue, Suite 100<br>Richmond, VA  23229<br>www.vda.virginia.gov | Toll-free:<br>800-552-3402<br>Local:<br>804-662-9333<br>TDD*:<br>800-552-3402 |
| State AIDS Drug Assistance Program (ADAP) | Virginia Department of Health - HIV Care Services, Division of Disease Prevention: ADAP Coordinator<br>109 Govenor Street, 1st Floor<br>Richmond, VA  23218 | Local:<br>804-864-7914 |
| State Medicaid Agency | Department of Medical Assistance Services<br>600 East Broad Street<br>Richmond, VA  23219<br>http://dmasva.dmas.virginia.gov/default.aspx | Toll-free:<br>800-643-2273<br>Local:<br>804-786-7933<br>TDD*:<br>800-343-0634 |
| State Pharmaceutical Assistance Program | Virginia HIV SPAP<br>P.O. Box 5930<br>Midlothin, VA  23112<br>http://www.vdh.virginia.gov/epidemiology/DiseasePrevention/spap.htm | Toll-free:<br>800-366-7741 |
| **Washington** | | |
| Quality Improvement Organization | Livanta BFCC-QIO Program<br>9090 Junction Drive, Suite 10<br>Annapolis Junction, MD  20701 | Toll-free:<br>877-588-1123<br>TDD*: |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies          141

| | | 855-887-6668 |
|---|---|---|
| State Health Insurance Assistance Program | Statewide Health Insurance Benefits Advisors (SHIBA) Helpline P.O. Box 40256 Olympia, WA  98504-0256 http://www.insurance.wa.gov/shiba | Toll-free: 800-562-6900 |
| State AIDS Drug Assistance Program (ADAP) | Washington State Health Department HIV Client Services Program: Operations and Quality Management Supervisor P.O. Box 47841 Olympia, WA  98504-7841 | Local: 360-236-3479 |
| State Medicaid Agency | Department of Social and Health Services of Washington Office Building Two, 14th and Jefferson Street Olympia, WA  98504 www.adsa.dshs.wa.gov | Toll-free: 800-562-3022 Local: 360-725-2553 |
| State Pharmaceutical Assistance Program | Washington State Health Insurance Pharmacy Assistance Program P.O. Box 1090 Great Bend, KS  67530 https://www.wship.org/Default.asp | Toll-free: 800-877-5187 |
| **West Virginia** | | |
| Quality Improvement Organization | KEPRO 5201 W. Kennedy Blvd., Suite 900 Tampa, FL  33609 | Toll-free: 844-455-8708 |
| State Health Insurance Assistance Program | West Virginia State Health Insurance Assistance Program 1900 Kanawha Blvd. East Charleston, WV  25305 www.wvship.org | Toll-free: 877-987-4463 Local: 304-558-3317 |
| State AIDS Drug Assistance Program (ADAP) | West Virginia Dept. of Health & Social Services Division of Surveillance and Disease Control: HIV Care Coordinator P.O. Box 6360 Wheeling, WV  26003-0805 | Local: 304-232-6822 |
| State Medicaid Agency | West Virginia Department of Health & Human Resources 350 Capitol Street,  Room 251 Charleston, WV  25301 http://www.dhhr.wv.gov/bms/ | Toll-free: 800-642-8589 Local: 304-558-1700 |
| **Wisconsin** | | |
| Quality | KEPRO | Toll-free: |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum A – Important Contact Information for State Agencies                142

| | | |
|---|---|---|
| Improvement Organization | 5201 W. Kennedy Blvd., Suite 900<br>Tampa, FL  33609 | 855-408-8557 |
| State Health Insurance Assistance Program | Wisconsin SHIP (SHIP)<br>1 West Wilson Street<br>Madison, WI  53703<br>http://www.dhs.wisconsin.gov/aging/EBS/ship.htm | Toll-free:<br>800-242-1060<br>Local:<br>608-266-2536 |
| State AIDS Drug Assistance Program (ADAP) | Wisconsin Department of Health & Family Services<br>ADAP Coordinator<br>1 West Wilson Street, Room 318<br>Madison, WI  53701-2659 | Local:<br>608-261-6952 |
| State Medicaid Agency | Wisconsin Department of Health<br>1 West Wilson Street<br>Madison, WI  53703<br>http://www.dhfs.state.wi.us/medicaid/index.htm | Toll-free:<br>800-362-3002<br>Local:<br>608-266-1865<br>TDD*:<br>888-701-1251 |
| State Pharmaceutical Assistance Program | Wisconsin Senior Care<br>P.O. Box 6710<br>Madison, WI  53716<br>http://www.dhs.wisconsin.gov/seniorcare/ | Toll-free:<br>800-657-2038<br>TDD*:<br>800-657-2038 |
| **Wyoming** | | |
| Quality Improvement Organization | KEPRO<br>5700 Lombardo Center Dr., Suite 100<br>Seven Hills, OH  44131 | Toll-free:<br>844-430-9504 |
| State Health Insurance Assistance Program | Wyoming State Health Insurance Information Program<br>106 West Adams Avenue<br>Riverton, WY  82501<br>http://www.wyomingseniors.com/ | Toll-free:<br>800-856-4398<br>Local:<br>307-856-6880 |
| State AIDS Drug Assistance Program (ADAP) | Wyoming Department of Health - Communicable Disease Unit: Ryan White Benefits Coordinator<br>6101 Yellowstone Road, Suite 510<br>Cheyenne, WY 86510 | Local:<br>307-777-5800 |
| State Medicaid Agency | Wyoming Department of Health<br>401 Hathaway Building<br>Cheyenne, WY  82002<br>health.wyo.gov | Toll-free:<br>866-571-0944<br>Local:<br>307-777-7656 |

*TDD numbers require special telephone equipment and are only for people who have difficulties with hearing or speaking.  If no TDD number is listed, please call 711.

## Addendum B – Aetna Medicare Plan (PPO) Service Areas

Your Aetna Medicare Plan (PPO) is available in all counties within the 50 states, Washington D.C., and the Territories of Puerto Rico, U.S. Virgin Islands and Guam.  Below is a list of our network based service areas.

| Alabama | | | | |
|---|---|---|---|---|
| Henry | Houston | Russell | | |

| Arizona | | | | |
|---|---|---|---|---|
| Graham | Maricopa | Pinal | Yavapai | |
| La Paz | Pima | Santa Cruz | | |

| California | | | | |
|---|---|---|---|---|
| Fresno | Orange | San Bernardino | San Francisco | |
| Los Angeles | Riverside | San Diego | Ventura | |

| Colorado | | | | |
|---|---|---|---|---|
| Adams | Boulder | Denver | El Paso | |
| Arapahoe | Broomfield | Douglas | Jefferson | |

| Connecticut | | | | |
|---|---|---|---|---|
| Fairfield | Litchfield | Tolland | | |
| Hartford | New Haven | Windham | | |

| Delaware | | | | |
|---|---|---|---|---|
| Kent | New Castle | Sussex | | |

| District of Columbia | | | | |
|---|---|---|---|---|
| Washington DC | | | | |

| Florida | | | | |
|---|---|---|---|---|
| Bradford | Duval | Manatee | Palm Beach | Seminole |
| Brevard | Hernando | Marion | Pasco | Volusia |
| Broward | Hillsborough | Martin | Pinellas | |
| Charlotte | Indian River | Miami-Dade | Polk | |
| Citrus | Lake | Nassau | Saint Johns | |
| Collier | Lee | Osceola | Sarasota | |

| Georgia | | | | |
|---|---|---|---|---|
| Banks | Columbia | Greene | Meriwether | Polk |
| Barrow | Coweta | Gwinnett | McDuffie | Rabun |
| Bartow | Dawson | Habersham | McIntosh | Richmond |
| Bryan | DeKalb | Hall | Monroe | Rockdale |
| Butts | Douglas | Haralson | Morgan | Spalding |
| Camden | Echols | Harris | Muscogee | Talbot |
| Charlton | Evans | Heard | Murray | Taliaferro |
| Chatham | Fannin | Henry | Newton | Towns |
| Chattahooche | Fayette | Jasper | Oconee | Union |
| e Cherokee | Forsyth | Lamar | Oglethorpe | Upson |
| Clayton | Franklin | Long | Paulding | Walton |
| Clinch | Fulton | Lumpkin | Pickens | White |

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum B – Aetna Medicare Plan (PPO) Service Areas                                144

| | | | | |
|---|---|---|---|---|
| Cobb | Gilmer | Marion | Pike | |

**Illinois**

| | | | | |
|---|---|---|---|---|
| Bond | Ford | Livingston | Monroe | Tazewell |
| Calhoun | Fulton | Logan | Moultrie | Warren |
| Clinton | Iroquois | Madison | Peoria | Washington |
| Cook | Jersey | Marshall | Piatt | White |
| Douglas | Kane | Mason | Putnam | Will |
| Du Page | Kendall | McHenry | St. Clair | Winnebago |
| Edgar | Lee | Menard | Stark | Woodford |

**Indiana**

| | | | | |
|---|---|---|---|---|
| Adams | Decatur | Jefferson | Noble | Switzerland |
| Allen | Fayette | Jennings | Ohio | Tipton |
| Benton | Floyd | Johnson | Parke | Union |
| Blackford | Fountain | LaGrange | Pulaski | Wabash |
| Boone | Franklin | Lake | Putnam | Warren |
| Brown | Hamilton | Madison | Randolph | Washington |
| Clark | Hancock | Marion | Ripley | Wells |
| Clinton | Harrison | Miami | Rush | White |
| Crawford | Hendricks | Montgomery | Scott | Whitley |
| De Kalb | Henry | Morgan | Shelby | |
| Dearborn | Huntington | Newton | Steuben | |

**Kansas**

| | | | | |
|---|---|---|---|---|
| Johnson | | | | |

**Kentucky**

| | | | | |
|---|---|---|---|---|
| Boone | Bullitt | Franklin | Jefferson | Lawrence |
| Boyd | Campbell | Greenup | Kenton | Scott |

**Maine**

| | | | | |
|---|---|---|---|---|
| Androscoggin | Hancock | Oxford | Sagadahoc | York |
| Cumberland | Kennebec | Penobscot | Somerset | |
| Franklin | Lincoln | Piscataquis | Waldo | |

**Maryland**

| | | | | |
|---|---|---|---|---|
| Anne Arundel | Carroll | Garrett | Prince Georges | Wicomico |
| Baltimore | Cecil | Harford | Queen Annes | |
| Baltimore City | Charles | Howard | Saint Marys | |
| Calvert | Dorchester | Kent | Talbot | |
| Caroline | Frederick | Montgomery | Washington | |

**Massachusetts**

| | | | | |
|---|---|---|---|---|
| Hampden | Plymouth | Suffolk | | |

**Michigan**

| | | | | |
|---|---|---|---|---|
| Branch | Gratiot | Midland | Oakland | Washtenaw |
| Calhoun | Kent | Monroe | Ottawa | Wayne |
| Clare | Livingston | Muskegon | Sanilac | |
| Gladwin | Macomb | Newaygo | St. Joseph | |

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum B – Aetna Medicare Plan (PPO) Service Areas                    145

| **Mississippi** | | | | |
|---|---|---|---|---|
| DeSoto | | | | |

| **Missouri** | | | | |
|---|---|---|---|---|
| Christian | Greene | Lincoln | Saint Louis | Wright |
| Clay | Hickory | Platte | Saint Louis City | |
| Dade | Jackson | Polk | Washington | |
| Dallas | Jefferson | Saint Charles | Webster | |

| **Nevada** | | | | |
|---|---|---|---|---|
| Clark | Washoe | | | |

| **New Jersey** | | | | |
|---|---|---|---|---|
| Atlantic | Cumberland | Mercer | Passaic | Warren |
| Bergen | Essex | Middlesex | Salem | |
| Burlington | Gloucester | Monmouth | Somerset | |
| Camden | Hudson | Morris | Sussex | |
| Cape May | Hunterdon | Ocean | Union | |

| **New Mexico** | | | | |
|---|---|---|---|---|
| Bernalillo | Sandoval | Torrance | | |
| Cibola | Socorro | Valencia | | |

| **New York** | | | | |
|---|---|---|---|---|
| Albany | Cortland | New York | Queens | Sullivan |
| Bronx | Dutchess | Onondaga | Rensselaer | Tioga |
| Broome | Greene | Ontario | Richmond | Ulster |
| Cayuga | Kings | Orange | Rockland | Wayne |
| Chemung | Livingston | Orleans | Schenectady | Westchester |
| Chenango | Monroe | Oswego | Seneca | Wyoming |
| Columbia | Nassau | Putnam | Suffolk | Yates |

| **North Carolina** | | | | |
|---|---|---|---|---|
| Alamance | Catawba | Gaston | Orange | Union |
| Alexander | Chatham | Gates | Person | Vance |
| Alleghany | Davidson | Guilford | Randolph | Wake |
| Cabarrus | Davie | Iredell | Rockingham | Wilkes |
| Caldwell | Durham | Lee | Rowan | Yadkin |
| Caswell | Forsyth | Mecklenburg | Stokes | |

| **Ohio** | | | | |
|---|---|---|---|---|
| Adams | Darke | Hocking | Miami | Scioto |
| Allen | Defiance | Holmes | Monroe | Seneca |
| Ashland | Delaware | Huron | Montgomery | Shelby |
| Ashtabula | Erie | Jackson | Morgan | Stark |
| Athens | Fairfield | Jefferson | Morrow | Summit |
| Auglaize | Fayette | Knox | Muskingum | Trumbull |
| Belmont | Franklin | Lake | Noble | Tuscarawas |
| Brown | Fulton | Lawrence | Ottawa | Union |
| Butler | Gallia | Licking | Paulding | Van Wert |
| Carroll | Geauga | Logan | Perry | Vinton |
| Champaign | Greene | Lorain | Pickaway | Warren |
| Clark | Guernsey | Lucas | Pike | Washington |
| Clermont | Hamilton | Madison | Portage | Wayne |
| Clinton | Hancock | Mahoning | Preble | Williams |
| Columbiana | Hardin | Marion | Putnam | Wood |

2015 Evidence of Coverage for Aetna Medicare[SM] Plan (PPO)
Addendum B – Aetna Medicare Plan (PPO) Service Areas                                      146

| | | | | |
|---|---|---|---|---|
| Coshocton | Harrison | Medina | Richland | Wyandot |
| Crawford | Henry | Meigs | Ross | |
| Cuyahoga | Highland | Mercer | Sandusky | |

**Oklahoma**

| | | | | |
|---|---|---|---|---|
| Canadian | Kingfisher | Logan | Marshall | Pawnee |
| Cleveland | Lincoln | Major | Oklahoma | Tulsa |

**Pennsylvania**

| | | | | |
|---|---|---|---|---|
| Adams | Carbon | Fulton | Monroe | Susquehanna |
| Allegheny | Chester | Greene | Montgomery | Venango |
| Armstrong | Clarion | Jefferson | Northampton | Washington |
| Beaver | Clinton | Lackawanna | Northumberland | Wayne |
| Bedford | Columbia | Lancaster | Perry | Westmoreland |
| Berks | Cumberland | Lawrence | Philadelphia | Wyoming |
| Blair | Dauphin | Lebanon | Pike | York |
| Bradford | Delaware | Lehigh | Schuylkill | |
| Bucks | Erie | Luzerne | Snyder | |
| Butler | Fayette | Lycoming | Somerset | |
| Cambria | Franklin | Mercer | Sullivan | |

**Tennessee**

| | | | | |
|---|---|---|---|---|
| Cheatham | Rutherford | Tipton | | |
| Davidson | Shelby | Williamson | | |

**Texas**

| | | | | |
|---|---|---|---|---|
| Armstrong | Concho | Guadalupe | Lubbock | Robertson |
| Atascosa | Cooke | Hall | Lynn | Rockwall |
| Austin | Crosby | Harris | Martin | San Jacinto |
| Bailey | Dallas | Haskell | Mason | San Saba |
| Bandera | Delta | Hays | Matagorda | Shackelford |
| Bastrop | Denton | Hidalgo | McCulloch | Smith |
| Baylor | Dickens | Hill | McLennan | Somervell |
| Bexar | Donley | Hood | McMullen | Sterling |
| Blanco | Duval | Hopkins | Medina | Stonewall |
| Borden | El Paso | Jack | Milam | Swisher |
| Bosque | Ellis | Jefferson | Mills | Tarrant |
| Brazoria | Falls | Jim Hogg | Montague | Taylor |
| Brooks | Fannin | Johnson | Montgomery | Terry |
| Burleson | Fisher | Kaufman | Motley | Throckmorton |
| Burnet | Floyd | Kendall | Navarro | Travis |
| Caldwell | Fort Bend | Kenedy | Nolan | Van Zandt |
| Cameron | Franklin | Kent | Nueces | Walker |
| Castro | Freestone | Knox | Orange | Waller |
| Chambers | Galveston | LaSalle | Palo Pinto | Wharton |
| Clay | Garza | Lampasas | Parker | Willacy |
| Cochran | Goliad | Lavaca | Potter | Williamson |
| Coke | Gonzales | Lee | Rains | Wilson |
| Coleman | Grayson | Liberty | Randall | Wood |

2015 Evidence of Coverage for Aetna Medicare$^{SM}$ Plan (PPO)
Addendum B – Aetna Medicare Plan (PPO) Service Areas          147

| | | | | |
|---|---|---|---|---|
| Collin | Gregg | Limestone | Real | Zavala |
| Comal | Grimes | Llano | Refugio | |

| **Virginia** | | | | |
|---|---|---|---|---|
| Alexandria City | Falls Church City | Grayson | Manassas City | Poquoson City |
| Arlington | Fauquier | Hampton City | Manassas Park City | Prince William |
| Charles City | Fredericksburg City | Hanover | Martinsville City | Richmond City |
| Chesterfield | Gloucester | Henrico | Newport News City | Spotsylvania |
| Danville City | Goochland | Henry | Pittsylvania | Stafford |
| Fairfax | | Isle of Wight | | Sussex |
| Fairfax City | | Loudoun | | York |

| **Washington** | | | |
|---|---|---|---|
| King | Mason | Pierce | Snohomish |

| **West Virginia** | | | |
|---|---|---|---|
| Cabell | Kanawha | Putnam | Wood |

| **Wisconsin** | | |
|---|---|---|
| Kenosha | Ozaukee | Washington |
| Milwaukee | Racine | Waukesha |

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)
Multi-Language Interpreter Services                                              148

---

# Multi-Language Interpreter Services

**English:**  We have free interpreter services to answer any questions you may have about our health or drug plan.  To get an interpreter, just call us at 1-855-660-1810.  Someone who speaks English/Language can help you.  This is a free service.

**Spanish:** Tenemos servicios de intérprete sin costo alguno  para responder cualquier pregunta que pueda tener sobre nuestro plan de salud o medicamentos. Para hablar con un intérprete, por favor llame al 1-855-660-1810. Alguien que hable español le podrá ayudar. Este es un servicio gratuito.

**Chinese Mandarin:** 我们提供免费的翻译服务，帮助您解答关于健康或药物保险的任何疑问。如果您需要此翻译服务，请致电 1-855-660-1810。我们的中文工作人员很乐意帮助您。这是一项免费服务

**Chinese Cantonese:** 您對我們的健康或藥物保險可能存有疑問，為此我們提供免費的翻譯服務。如需翻譯服務，請致電 1-855-660-1810。我們講中文的人員將樂意為您提供幫助。這 是一項免費服務。

**Tagalog:** Mayroon kaming libreng serbisyo sa pagsasaling-wika upang masagot ang anumang mga katanungan ninyo hinggil sa aming planong pangkalusugan o panggamot.  Upang makakuha ng tagasaling-wika, tawagan lamang kami sa 1-855-660-1810.  Maaari kayong tulungan ng isang nakakapagsalita ng Tagalog.  Ito ay libreng serbisyo.

**French:**  Nous proposons des services gratuits d'interprétation pour répondre à toutes vos questions relatives à notre régime de santé ou d'assurance-médicaments. Pour accéder au service d'interprétation, il vous suffit de nous appeler au 1-855-660-1810. Un interlocuteur parlant Français pourra vous aider. Ce service est gratuit.

**Vietnamese:**  Chúng tôi có dịch vụ thông dịch miễn phí để trả lời các câu hỏi về chương sức khỏe và chương trình thuốc men. Nếu quí vị cần thông dịch viên xin gọi 1-855-660-1810.  sẽ có nhân viên nói tiếng Việt giúp đỡ quí vị. Đây là dịch vụ miễn phí .

**German:**  Unser kostenloser Dolmetscherservice beantwortet Ihren Fragen zu unserem Gesundheits- und Arzneimittelplan. Unsere Dolmetscher erreichen Sie unter 1-855-660-1810. Man wird Ihnen dort auf Deutsch weiterhelfen. Dieser Service ist kostenlos.

**Korean:** 당사는 의료 보험 또는 약품 보험에 관한 질문에 답해 드리고자 무료 통역 서비 스를 제공하고 있습니다. 통역 서비스를 이용하려면 전화1-855-660-1810번으로 문의해 주 십시오. 한국어를 하는 담당자가 도와 드릴 것입니다. 이 서비스는 무료로 운영됩니다

2015 Evidence of Coverage for Aetna Medicare^SM Plan (PPO)
Multi-Language Interpreter Services                                           149

**Russian:** Если у вас возникнут вопросы относительно страхового или медикаментного плана, вы можете воспользоваться нашими бесплатными услугами переводчиков. Чтобы воспользоваться услугами переводчика, позвоните нам по телефону 1-855-660-1810. Вам окажет помощь сотрудник, который говорит по-русски. Данная услуга бесплатная.

**Arabic:**

إننا نقدم خدمات المترجم الفوري المجانية للإجابة عن أي أسئلة تتعلق بالصحة أو جدول الأدوية لدينا. للحصول على مترجم بمساعدتك. هذه خدمة فوري، ليس عليك سوى الاتصال بنا على 1-855-660-1810. سيقوم شخص ما يتحدث العربية مجانية.

**Hindi:** हमारे स्वास्थ्य या दवा की योजना के बारे में आपके किसी भी प्रश्न के जवाब देने के लिए हमारे पास मुफ्त दुभाषिया सेवाएँ उपलब्ध हैं. एक दुभाषिया प्राप्त करने के लिए, बस हमें  1-855-660-1810.पर फोन करें. कोई व्यक्ति जो हिन्दी बोलता है आपकी मदद कर सकता है. यह एक मुफ्त सेवा है.

**Italian:** È disponibile un servizio di interpretariato gratuito per rispondere a eventuali domande sul nostro piano sanitario e farmaceutico. Per un interprete, contattare il numero 1-855-660-1810.  Un nostro incaricato che parla Italianovi fornirà l'assistenza necessaria. È un servizio gratuito.

**Portugués:**  Dispomos de serviços de interpretação gratuitos para responder a qualquer questão que tenha acerca do nosso plano de saúde ou de medicação. Para obter um intérprete, contacte-nos através do número 1-855-660-1810. Irá encontrar alguém que fale o idioma  Português para o ajudar. Este serviço é gratuito.

**French Creole:**  Nou genyen sèvis entèprèt gratis pou reponn tout kesyon ou ta genyen konsènan plan medikal oswa dwòg nou an.  Pou jwenn yon entèprèt, jis rele nou nan 1-855-660-1810.  Yon moun ki pale Kreyòl kapab ede w.  Sa a se yon sèvis ki gratis.

**Polish:**  Umożliwiamy bezpłatne skorzystanie z usług tłumacza ustnego, który pomoże w uzyskaniu odpowiedzi na temat planu zdrowotnego lub dawkowania leków. Aby skorzystać z pomocy tłumacza znającego język polski, należy zadzwonić pod numer 1-855-660-1810. Ta usługa jest bezpłatna.

**Japanese:** 当社の健康 健康保険と薬品 処方薬プランに関するご質問にお答えするために、無料の通訳サービスがありますございます。通訳をご用命になるには、1-855-660 1810 にお電話ください。日本語を話す人 者 が支援いたします。これは無料のサービスです。

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)

150

# Notes

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2015 Evidence of Coverage for Aetna Medicare<sup>SM</sup> Plan (PPO)

151

**Aetna Medicare Customer Service**

| | |
|---|---|
| **CALL** | Please call the telephone number printed on the back of your member ID card or our general customer service center at 1-855-660-1810. |
| | Calls to this number are toll free. We're available 8 a.m. to 6 p.m. local time, Monday through Friday. |
| | Customer Service also has free language interpreter services available for non-English speakers. |
| **TTY** | 711 |
| | Calls to this number are toll free. We're available 8 a.m. to 6 p.m. local time, Monday through Friday. |
| **WRITE** | Aetna Medicare P.O. Box 14088 Lexington, KY 40512-4088 |
| **WEBSITE** | http://www.aetnaretireeplans.com |

**State Health Insurance Assistance Program**

SHIP is a state program that gets money from the federal government to give free local health insurance counseling to people with Medicare. Contact information for your state's SHIP is on Addendum A in this *Evidence of Coverage.*



**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**     1

## AETNA LIFE INSURANCE COMPANY

**Contract Holder Name:  Trustees Of Connecticut Laborers Health Fund**
**Contract Holder Group Agreement Effective Date:  January 1, 2015**
**Contract Holder Number:  454922**

This Medical Benefits Chart (Schedule of Copayments/Coinsurance) is part of the *Evidence of Coverage* for Aetna Medicare Plan (PPO). When the *Evidence of Coverage* refers to the attachment for information on health care benefits covered under our plan, it is referring to this Medical Benefits Chart. (See Chapter 4, Medical Benefits Chart (what is covered and what you pay).)

| Annual Deductible | |
|---|---|
| This is the amount you have to pay out of pocket before the plan will pay its share for your covered Medicare Part A and B services. | $0 |

| Annual Maximum Out-of-Pocket Limit | |
|---|---|
| The maximum out-of-pocket limit applies to all covered Medicare Part A and B benefits including deductible | In-network maximum out-of-pocket amount: $6,700  Combined maximum out-of-pocket amount (in- and out-of-network): $6,700 |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      2

**Important information regarding the services listed below in the Medical Benefits Chart:**

| If you receive services from: | Your plan services include: | You will pay: |
|---|---|---|
| **A primary care physician** (PCP) and get more than one covered service during the single visit: | Copays only | One PCP copay. |
| | Copays and coinsurance | The PCP copay and the coinsurance amounts for each service. |
| | Coinsurance only | The coinsurance amounts for all services received. |
| **An outpatient facility, specialist or doctor who is not a PCP** and get more than one covered service during the single visit: | Copays only | The highest single copay for all services received. |
| | Copays and coinsurance | The highest single copay for all services and the coinsurance amounts for each service. |
| | Coinsurance only | The coinsurance amounts for all services received. |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**          3

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|

 You will see this apple next to the preventive services in the benefits chart.

| | |
|---|---|
|  **Abdominal aortic aneurysm screening**<br><br>A one-time screening ultrasound for people at risk. The plan only covers this screening if you get a referral for it as a result of your "Welcome to Medicare" preventive visit. | There is no coinsurance, copayment, or deductible for beneficiaries eligible for this preventive screening. |

| | |
|---|---|
| **Ambulance services\***<br><br>• Covered ambulance services include fixed wing, rotary wing, and ground ambulance services, to the nearest appropriate facility that can provide care only if they are furnished to a member whose medical condition is such that other means of transportation are contraindicated (could endanger the person's health) or if authorized by the plan. The member's condition must require both the ambulance transportation itself and the level of service provided in order for the billed service to be considered medically necessary.<br>• Non-emergency transportation by ambulance is appropriate if it is documented that the member's condition is such that other means of transportation are contraindicated (could endanger the person's health) and that transportation by ambulance is medically required.<br>• If you require a Medicare covered round trip ambulance transport to a physician's office or dialysis center, you will pay a single cost share for the round trip transport.<br><br>\*Prior authorization rules apply for air ambulance transfers and non-emergency transportation by ground ambulance or medical van. Prior authorization rules apply for in-network services and will be performed by your Aetna network provider. Aetna recommends pre-authorization of the service when provided by an out-of-network provider. | $20 copay for each Medicare-covered ambulance benefit (one way) |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**          4

| Services that are covered for you | **What you must pay** (after deductible, if applicable) when you get these services |
|---|---|
| **Annual physical exam**<br><br>The annual physical is an extensive physical exam including a medical history collection and it may also include any of the following: vital signs, observation of general appearance, a head and neck exam; a heart and lung exam; an abdominal exam; a neurological exam; a dermatological exam, and an extremities exam.<br>•      Limited to one physical exam per year. | $0 copay for the exam |
| **Annual wellness visit**<br><br>If you've had Part B for longer than 12 months, you can get an annual wellness visit to develop or update a personalized prevention plan based on your current health and risk factors. This is covered once every 12 months.<br><br>**Note**: Your first annual wellness visit can't take place within 12 months of your "Welcome to Medicare" preventive visit. However, you don't need to have had a "Welcome to Medicare" visit to be covered for annual wellness visits after you've had Part B for 12 months. | There is no coinsurance, copayment, or deductible for the annual wellness visit. |
| **Bone mass measurement**<br><br>For qualified individuals (generally, this means people at risk of losing bone mass or at risk of osteoporosis), the following services are covered every 24 months or more frequently if medically necessary: procedures to identify bone mass, detect bone loss, or determine bone quality, including a physician's interpretation of the results. | There is no coinsurance, copayment, or deductible for Medicare-covered bone mass measurement. |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**            5

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
|  **Breast cancer screening (mammograms)**<br><br>Covered services include:<br>• One baseline mammogram between the ages of 35 and 39<br>• One screening mammogram every 12 months for women age 40 and older<br>• Clinical breast exams once every 24 months | There is no coinsurance, copayment, or deductible for covered screening mammograms. |
| **Cardiac rehabilitation services**<br><br>Comprehensive programs of cardiac rehabilitation services that include exercise, education, and counseling are covered for members who meet certain conditions with a doctor's referral. The plan also covers intensive cardiac rehabilitation programs that are typically more rigorous or more intense than cardiac rehabilitation programs. | $20 copay for each Medicare-covered cardiac rehabilitation visit |
|  **Cardiovascular disease risk reduction visit (therapy for cardiovascular disease)**<br><br>We cover 1 visit per year with your primary care doctor to help lower your risk for cardiovascular disease. During this visit, your doctor may discuss aspirin use (if appropriate), check your blood pressure, and give you tips to make sure you're eating well. | There is no coinsurance, copayment, or deductible for the intensive behavioral therapy cardiovascular disease preventive benefit. |
|  **Cardiovascular disease testing**<br><br>Blood tests for the detection of cardiovascular disease (or abnormalities associated with an elevated risk of cardiovascular disease) once every 5 years (60 months). | There is no coinsurance, copayment, or deductible for cardiovascular disease testing that is covered once every 5 years. |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**          6

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|

 **Cervical and vaginal cancer screening**

Covered services include:
- For all women: Pap tests and pelvic exams are covered once every 24 months
- If you are at high risk of cervical cancer or have had an abnormal Pap test and are of childbearing age: one Pap test every 12 months

There is no coinsurance, copayment, or deductible for Medicare-covered preventive Pap and pelvic exams

**Chiropractic services**

Medicare covered services include:
- Manual manipulation of the spine to correct subluxation

$20 copay per Medicare-covered visit

 **Colorectal cancer screening**

For people 50 and older, the following are covered:
- Flexible sigmoidoscopy (or screening barium enema as an alternative) every 48 months
- Fecal occult blood test, every 12 months

For people at high risk of colorectal cancer, we cover:
- Screening colonoscopy (or screening barium enema as an alternative) every 24 months

For people not at high risk of colorectal cancer, we cover:
- Screening colonoscopy every 10 years (120 months), but not within 48 months of a screening sigmoidoscopy

There is no coinsurance, copayment, or deductible for a Medicare-covered colorectal cancer screening exam.

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**          7

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
|  **Depression screening**<br><br>We cover 1 screening for depression per year. The screening must be done in a primary care setting that can provide follow-up treatment and referrals. | There is no coinsurance, copayment, or deductible for an annual depression screening visit. |
|  **Diabetes screening**<br><br>We cover this screening (includes fasting glucose tests) if you have any of the following risk factors: high blood pressure (hypertension), history of abnormal cholesterol and triglyceride levels (dyslipidemia), obesity, or a history of high blood sugar (glucose). Tests may also be covered if you meet other requirements, like being overweight and having a family history of diabetes.<br><br>Based on the results of these tests, you may be eligible for up to two diabetes screenings every 12 months. | There is no coinsurance, copayment, or deductible for the Medicare covered diabetes screening tests |
| **Diabetes self-management training, diabetic services and supplies**<br><br>For all people who have diabetes (insulin and non-insulin users). Covered services include:<br>• Supplies to monitor your blood glucose: Blood glucose monitor, blood glucose test strips, lancet devices and lancets, and glucose-control solutions for checking the accuracy of test strips and monitors<br><br>• For people with diabetes who have severe diabetic foot disease: One pair per calendar year of therapeutic custom-molded shoes (including inserts provided with such shoes) and two additional pairs of inserts, or one pair of depth shoes and three pairs of inserts (not including the non-customized removable inserts provided with such shoes). Coverage includes fitting. | $0 per Medicare-covered service or supply<br><br>$0 copay for beneficiaries eligible for the Medicare-covered diabetes self-management training preventive benefit. |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**        8

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| •     Diabetes self-management training is covered under certain conditions | |
| **Durable medical equipment and related supplies\*** <br><br> (For a definition of "durable medical equipment," see the final chapter ("Definitions of important words") of the *Evidence of Coverage*.) <br><br> Covered items include, but are not limited to: wheelchairs, crutches, hospital bed, IV infusion pump, oxygen equipment, nebulizer, and walker. <br><br> We cover all medically necessary durable medical equipment covered by Original Medicare. If our supplier in your area does not carry a particular brand or manufacturer, you may ask them if they can special order it for you. <br><br> \* Prior authorization rules apply for in-network services and will be performed by your Aetna network provider. Aetna recommends pre-authorization of the service when provided by an out-of-network provider. | $0 for each Medicare covered item |

**Aetna Medicare**ˢᴹ **Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**          9

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| **Emergency care**<br><br>Emergency care refers to services that are:<br>• Furnished by a provider qualified to furnish emergency services, and<br>• Needed to evaluate or stabilize an emergency medical condition.<br><br>A medical emergency is when you, or any other prudent layperson with an average knowledge of health and medicine, believe that you have medical symptoms that require immediate medical attention to prevent loss of life, loss of a limb, or loss of function of a limb. The medical symptoms may be an illness, injury, severe pain, or a medical condition that is quickly getting worse.<br><br>This coverage is available world-wide. | $65 copay for each Medicare-covered emergency room visit<br><br>If you are immediately admitted to the hospital, you pay $0 for the emergency room visit<br><br>Deductible does not apply to emergency care, but any emergency care out-of-pocket cost-sharing is credited toward the plan deductible value (if applicable) listed on page 1. |
| **Health and wellness education programs**<br><br>• **Aetna Health Connections**ˢᴹ **— Disease Management**<br>This program provides individualized clinical programs for select chronic conditions. It can help you learn about how to manage your chronic health conditions and achieve your optimal state of health. | Included in your plan |
| • **Case Management Services**<br>A medical condition may qualify you for an individually assigned nurse case manager who will coordinate with your physicians to help so you can get well and stay healthy. | Included in your plan |
| • **Aetna Lifestyle Coaching Program**<br>Offered through Healthyroads™ and provides | Aetna Lifestyle Coaching Program is included in your plan. |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)      10**

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| members with ongoing support and coaching to make positive changes in their health. The goal is to provide the most effective, individually focused intervention that seeks to change health behaviors and improve health.  Members may receive a weekly 30 minute one-on-one telephonic based coaching session for stress management, nutrition, tobacco cessation and exercise.  Lifestyle coaching includes telephonic coaching, online tools, educational resources, and Milestone Kits. | Enroll by phone: 1-800 650-2747. (For TTY/TDD assistance, please dial 711.)  Visit http://www.Healthyroads.com for additional information |
| • **Informed Health® Line** <br> Talk to a registered nurse 24 hours a day, 7 days a week.  Get answers about medical tests, procedures and treatment options. | Included in your plan |
| • **Telemonitoring for hypertension** <br> This program is designed to help members diagnosed with uncontrolled hypertension (defined as blood pressure >140/90) to manage their blood pressure. Members who choose to enroll in the program receive a free automatic blood pressure monitor, weekly calls to monitor their blood pressure and educational material.  Some members may also receive extra support from a case manager. | Included in your plan |

| **Hearing services** | |
|---|---|
| • Medicare covered diagnostic hearing and balance evaluations performed by your provider to determine if you need medical treatment are covered as outpatient care when furnished by a physician, audiologist, or other qualified provider. | $20 copay for basic hearing evaluations |
| • Our plan covers one routine hearing exam every 12 months | $0 copay for one routine hearing exam every 12 months |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      11

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
|  **HIV screening**<br><br>For people who ask for an HIV screening test or who are at increased risk for HIV infection, we cover:<br>• One screening exam every 12 months<br><br>For women who are pregnant, we cover:<br>• Up to three screening exams during a pregnancy | There is no coinsurance, copayment, or deductible for beneficiaries eligible for Medicare-covered preventive HIV screening. |
| **Home health agency care\***<br>Prior to receiving home health services, a doctor must certify that you need home health services and will order home health services to be provided by a home health agency.<br><br>Covered services include, but are not limited to:<br>• Part-time or intermittent skilled nursing and home health aide services (To be covered under the home health care benefit, your skilled nursing and home health aide services combined must total fewer than 8 hours per day and 35 hours per week)<br>• Physical therapy, occupational therapy, and speech therapy<br>• Medical and social services<br>• Medical equipment and supplies<br><br>\* Prior authorization rules apply for in-network services and will be performed by your Aetna network provider. Aetna recommends pre-authorization of the service when provided by an out-of-network provider. | $0 for each Medicare-covered home health visit, plus applicable DME cost sharing for any covered supplies |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      12

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| **Hospice care**<br><br>You may receive care from any Medicare-certified hospice program. Your hospice doctor can be a network provider or an out-of-network provider.<br><br>Covered services include:<br>• Drugs for symptom control and pain relief<br>• Short-term respite care<br>• Home care<br><br>For hospice services and for services that are covered by Medicare Part A or B and are related to your terminal condition: Original Medicare (rather than our plan) will pay for your hospice services and any Part A and Part B services related to your terminal condition. While you are in the hospice program, your hospice provider will bill Original Medicare for the services that Original Medicare pays for. | When you enroll in a Medicare-certified hospice program, your hospice services and your Part A and Part B services related to your terminal condition are paid for by Original Medicare, not our plan. |
| For services that are covered by Medicare Part A or B and are not related to your terminal condition: If you need non-emergency, non-urgently needed services that are covered under Medicare Part A or B and that are not related to your terminal condition, your cost for these services depends on whether you use a provider in our plan's network:<br>• If you obtain the covered services from a network provider, you only pay the plan cost-sharing amount for in-network services<br>• If you obtain the covered services from an out-of-network provider, you pay the cost sharing under Fee-for-Service Medicare (Original Medicare). However, after payment, you can ask us to pay you back for the difference between the cost sharing in our plan and the cost sharing under Original Medicare.<br><br>For services that are covered by our plan but are not covered by Medicare Part A or B: Our plan will continue to cover | |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      13

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| plan-covered services that are not covered under Part A or B whether or not they are related to your terminal condition. You pay your plan cost sharing amount for these services.<br><br>**Note**: If you need non-hospice care (care that is not related to your terminal condition), you should contact us to arrange the services. Getting your non-hospice care through our network providers will lower your share of the costs for the services. | |
| Our plan covers hospice consultation services for a terminally ill person who hasn't elected the hospice benefit. Palliative care consultation is also available. | Included service in **Inpatient hospital care; Physician services** cost-sharing applies for outpatient consultations |
|  **Immunizations**<br><br>Covered Medicare Part B services include:<br>• Pneumonia vaccine<br>• Flu shots, once a year in the fall or winter<br>• Hepatitis B vaccine if you are at high or intermediate risk of getting Hepatitis B<br>• Other vaccines if you are at risk and they meet Medicare Part B coverage rules | There is no coinsurance, copayment, or deductible for the pneumonia, influenza, and Hepatitis B vaccines.<br><br>$0 for other Medicare-covered vaccines<br><br>Office visit cost-share may apply if additional services are received |
| **Inpatient hospital care\***<br><br>Includes inpatient acute, inpatient rehabilitation, and other types of inpatient hospital services. Inpatient hospital care starts the day you are formally admitted to the hospital with a doctor's order. The day before you are discharged is your last inpatient day.<br><br>There is no limit to the number of days covered by the plan for each hospital stay.  Covered services include:<br>• Semi-private room (or a private room if medically | For Medicare-covered hospital stays, you pay:<br><br>$0 per admission |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)      14**

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| necessary) <br>•    Meals including special diets <br>•    Regular nursing services <br>•    Costs of special care units (such as intensive care or coronary care units) <br>•    Drugs and medications <br>•    Lab tests <br>•    X-rays and other radiology services <br>•    Necessary surgical and medical supplies <br>•    Use of appliances, such as wheelchairs <br>•    Operating and recovery room costs <br>•    Physical, occupational, and speech language therapy <br>•    Inpatient substance abuse services <br>•    Under certain conditions, the following types of transplants are covered:  corneal, kidney, kidney-pancreatic, heart, liver, lung, heart/lung, bone marrow, stem cell, and intestinal/multivisceral. If you need a transplant, we will arrange to have your case reviewed by a Medicare-approved transplant center that will decide whether you are a candidate for a transplant. Transplant providers may be local or outside of the service area. If local transplant providers are willing to accept the Original Medicare rate, then you can choose to obtain your transplant services locally or at a distant location offered by the plan. If our plan provides transplant services at a distant location (outside of the service area) and you chose to obtain transplants at this distant location, we will arrange or pay for appropriate lodging and transportation costs for you and a companion. A complete list of Medicare-approved transplant centers and facilities that participate in our Plan's Institutes of Excellence network can be found in the *Provider Directory* and on our website at www.aetnaretireeplans.com. <br>•    Blood - including storage and administration. Coverage of whole blood and packed red cells begins only with the fourth pint of blood that you need – you must either pay the costs for the first 3 pints of blood you get in a calendar year or have the | |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      15

| **Services that are covered for you** | **What you must pay** (after deductible, if applicable) when you get these services |
|---|---|
| blood donated by you or someone else, unless your plan offers enhanced blood coverage as an additional benefit. All other components of blood are covered beginning with the first pint used.<br>•    Physician services | |
| **Note**: To be an inpatient, your provider must write an order to admit you formally as an inpatient of the hospital. Even if you stay in the hospital overnight, you might still be considered an "outpatient." If you are not sure if you are an inpatient or an outpatient, you should ask the hospital staff.<br><br>You can also find more information in a Medicare fact sheet called "Are You a Hospital Inpatient or Outpatient? If You Have Medicare – Ask!" This fact sheet is available on the Web at http://www.medicare.gov/Publications/Pubs/pdf/11435.pdf or by calling 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week.<br><br>* Prior authorization rules apply for in-network services and will be performed by your Aetna network provider. Aetna recommends pre-authorization of the service when provided by an out-of-network provider. | |
| **Inpatient mental health care\***<br><br>•    Covered services include mental health care services that require a hospital stay<br><br>•    190-day lifetime limit for inpatient services in a psychiatric hospital. The 190-day limit does not apply to inpatient mental health services provided in a psychiatric unit of a general hospital.<br><br>* Prior authorization rules apply for in-network services and will be performed by your Aetna network provider. | For Medicare-covered hospital stays, you pay:<br>$0 per admission |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**       16

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| Aetna recommends pre-authorization of the service when provided by an out-of-network provider. | |
| **Inpatient services covered during a non-covered inpatient stay**<br><br>If you have exhausted your inpatient benefits or if the inpatient stay is not reasonable and necessary, we will not cover your inpatient stay. However, in some cases, we will cover certain services you receive while you are in the hospital or the skilled nursing facility (SNF). Covered services include, but are not limited to:<br>• Physician services<br>• Diagnostic tests (like lab tests)<br>• X-ray, radium, and isotope therapy including technician materials and services<br>• Surgical dressings<br>• Splints, casts and other devices used to reduce fractures and dislocations<br>• Prosthetics and orthotics devices (other than dental) that replace all or part of an internal body organ (including contiguous tissue), or all or part of the function of a permanently inoperative or malfunctioning internal body organ, including replacement or repairs of such devices<br>• Leg, arm, back, and neck braces; trusses, and artificial legs, arms, and eyes including adjustments, repairs, and replacements required because of breakage, wear, loss, or a change in the patient's physical condition<br>• Physical therapy, speech therapy, and occupational therapy | $20 copay for each primary care doctor visit for Medicare-covered benefits<br><br>$20 copay for each specialist visit for Medicare-covered benefits<br><br>$20 copay for Medicare-covered diagnostic procedures or tests<br><br>$20 copay for Medicare-covered lab services<br><br>$20 copay for each Medicare-covered X-ray<br><br>$20 copay for each Medicare-covered diagnostic radiology and complex imaging service<br><br>$20 copay for Medicare-covered therapeutic radiology services<br><br>$20 copay for Medicare-covered medical supply items received from a PCP<br><br>$20 copay for Medicare-covered medical supply items received from other providers<br><br>$0 copay for each Medicare- |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**     17

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| | covered prosthetic and orthotic item<br><br>$0 copay for each Medicare-covered DME item<br><br>$20 copay for Medicare-covered physical, speech or occupational therapy visit |
| 🍎 **Medical nutrition therapy**<br><br>This benefit is for people with diabetes, renal (kidney) disease (but not on dialysis), or after a kidney transplant when referred by your doctor.<br><br>We cover 3 hours of one-on-one counseling services during your first year that you receive medical nutrition therapy services under Medicare (this includes our plan, any other Medicare Advantage plan, or Original Medicare), and 3 hours each year after that. If your condition, treatment, or diagnosis changes, you may be able to receive more hours of treatment with a physician's referral. A physician must prescribe these services and renew their referral yearly if your treatment is needed into the next calendar year. | There is no coinsurance, copayment, or deductible for beneficiaries eligible for Medicare-covered medical nutrition therapy services. |
| **Medicare Part B prescription drugs**<br>These drugs are covered under Part B of Original Medicare. Members of our plan receive coverage for these drugs through our plan. Covered drugs include:<br>• Drugs that usually aren't self-administered by the patient and are injected or infused while you are getting physician, hospital outpatient, or ambulatory surgical center services<br>• Drugs you take using durable medical equipment (such as nebulizers) that were authorized by the plan<br>• Clotting factors you give yourself by injection if you | $0 copay per prescription or refill |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      18

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| have hemophilia<br>• Immunosuppressive Drugs, if you were enrolled in Medicare Part A at the time of the organ transplant<br>• Injectable osteoporosis drugs, if you are homebound, have a bone fracture that a doctor certifies was related to post-menopausal osteoporosis, and cannot self-administer the drug<br>• Antigens<br>• Certain oral anti-cancer drugs and anti-nausea drugs<br>• Certain drugs for home dialysis, including heparin, the antidote for heparin when medically necessary, topical anesthetics, and erythropoiesis-stimulating agents (such as Epogen®, Procrit®, Epoetin Alfa, Aranesp®, or Darbepoetin Alfa)<br>• Intravenous Immune Globulin for the home treatment of primary immune deficiency diseases | |
| 🍎 **Obesity screening and therapy to promote sustained weight loss**<br><br>If you have a body mass index of 30 or more, we cover intensive counseling to help you lose weight. This counseling is covered if you get it in a primary care setting, where it can be coordinated with your comprehensive prevention plan. Talk to your primary care doctor or practitioner to find out more. | There is no coinsurance, copayment, or deductible for preventive obesity screening and therapy |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**       19

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| **Outpatient diagnostic tests and therapeutic services and supplies\***<br><br>Covered services include, but are not limited to:<br><br>• Medicare covered routine X-rays<br><br>• Radiation (radium and isotope) therapy including technician materials and supplies<br><br>• Diagnostic Radiology and complex imaging such as: MRI, MRA, PET scan<br><br>• Surgical supplies, such as dressings<br><br>• Splints, casts and other devices used to reduce fractures and dislocations<br><br>• Laboratory tests<br><br>• Home PT/INR monitoring is covered for chronic, oral anticoagulation management for members on warfarin with mechanical heart valves, chronic atrial fibrillation, or venous thromboembolism (inclusive of deep venous thrombosis and pulmonary embolism). The monitor and the home testing are covered for members who meet certain conditions and when it is prescribed by a doctor treating their condition.<br><br>• Blood. Coverage begins with the fourth pint of blood that you need – you must either pay the costs for the first 3 pints of blood you get in a calendar year or have the blood donated by you or someone else. Coverage of storage and administration begins with the first pint of blood that you need.<br><br>• Other outpatient diagnostic tests<br><br>\*Prior authorization rules apply for in-network services and will be performed by your Aetna network provider. Aetna recommends pre-authorization of the service when provided by an out-of-network provider | Your cost share is based on:<br>- the tests/services/supplies you receive<br>- the provider of the tests/services/supplies<br>- the setting where the tests/services/supplies are performed.<br><br>$20 copay for each primary care doctor visit for Medicare-covered benefits<br><br>$20 copay for each specialist visit for Medicare-covered benefits<br><br>$20 copay for each Medicare-covered X-ray<br><br>$20 copay for each Medicare-covered diagnostic radiology and complex imaging service<br><br>$20 copay for Medicare-covered lab services<br><br>$20 copay for Medicare-covered diagnostic procedures or tests<br><br>$20 copay for Medicare-covered therapeutic radiology services<br><br>$20 of the cost for Medicare-covered medical supply items received from a PCP<br><br>$20 of the cost for Medicare- |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**     20

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| | covered medical supply items received from other providers<br><br>$20 copay for each Medicare-covered Home INR monitor/test |

| | |
|---|---|
| **Outpatient hospital services**<br><br>We cover medically-necessary services you get in the outpatient department of a hospital for diagnosis or treatment of an illness or injury.<br><br>Covered services include, but are not limited to:<br>• Services in an emergency department or outpatient clinic, such as observation services or outpatient surgery<br>• Laboratory and diagnostic tests billed by the hospital<br>• Mental health care, including care in a partial-hospitalization program, if a doctor certifies that inpatient treatment would be required without it<br>• X-rays and other radiology services billed by the hospital<br>• Medical supplies such as splints and casts<br>• Certain screenings and preventive services<br>• Certain drugs and biologicals that you can't give yourself<br><br>**Note:** Unless the provider has written an order to admit you as an inpatient to the hospital, you are an outpatient and pay the cost-sharing amounts for outpatient hospital services. Even if you stay in the hospital overnight, you might still be considered an "outpatient." If you are not sure if you are an outpatient, you should ask the hospital staff.<br><br>You can also find more information in a Medicare fact sheet called "Are You a Hospital Inpatient or Outpatient? If You Have Medicare – Ask!" This fact sheet is available on | Your cost share is based on:<br>• the tests/services/supplies you receive<br>• the provider of the tests/services/supplies<br>• the setting where the tests/services/supplies are performed.<br><br>$0 per facility visit<br><br>$20 for primary care doctor visits for Medicare-covered benefits<br><br>$20 for specialist visits for Medicare-covered benefits<br><br>$20 for Medicare-covered lab services<br><br>$20 for Medicare-covered diagnostic procedures or tests<br><br>$20 for Medicare-covered mental health care visits<br><br>$20 for Medicare-covered X-rays |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)      21**

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| the Web at http://www.medicare.gov/Publications/ Pubs/pdf/11435 .pdf or by calling 1-800-MEDICARE (1-800-633-4227). TTY users call 1-877-486-2048. You can call these numbers for free, 24 hours a day, 7 days a week. | $20 for Medicare-covered diagnostic radiology and complex imaging services<br><br>$20 for Medicare-covered therapeutic radiology services<br><br>$20 for Medicare-covered medical supply items received from a PCP<br><br>$20 for Medicare-covered medical supply items received from other providers<br><br>$0 for certain drugs and biologicals that you can't give yourself |
| **Outpatient mental health care**<br><br>Covered services include:<br>• Mental health services provided by a state-licensed psychiatrist or doctor, clinical psychologist, clinical social worker, clinical nurse specialist, nurse practitioner, physician assistant, or other Medicare-qualified mental health care professional as allowed under applicable state laws. | $20 copay for each Medicare-covered individual or group therapy visit |
| **Outpatient rehabilitation services**<br><br>Covered services include: physical therapy, occupational therapy, and speech language therapy.<br><br>Outpatient rehabilitation services are provided in various | $20 copay for each Medicare-covered outpatient rehabilitation service visit |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      22

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| outpatient settings, such as hospital outpatient departments, independent therapist offices, and Comprehensive Outpatient Rehabilitation Facilities (CORFs). | |
| **Outpatient substance abuse services** | $20 copay for each Medicare-covered individual or group therapy visit |
| **Outpatient surgery\*, including services provided at hospital outpatient facilities and ambulatory surgical centers**<br><br>**Note:** If you are having surgery in a hospital facility, you should check with your provider about whether you will be an inpatient or outpatient. Unless the provider writes an order to admit you as an inpatient to the hospital, you are an outpatient and pay the cost-sharing amounts for outpatient surgery. Even if you stay in the hospital overnight, you might still be considered an "outpatient."<br><br>  \* Prior authorization rules apply for in-network services and will be performed by your Aetna network provider. Aetna recommends pre-authorization of the service when provided by an out-of-network provider. | Your cost share is based on:<br>- the tests/services/supplies you receive<br>- the provider of the tests/services/supplies<br>- the setting where the tests/services/supplies are performed.<br><br>If you receive multiple services in one visit, you generally pay only the cost sharing of the highest-cost service.<br><br>$0 for Medicare-covered outpatient hospital facility visits<br><br>$0 for ambulatory surgical center visits |

**Aetna Medicare**<sup>SM</sup> **Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      23

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| **Partial hospitalization services**<br><br>"Partial hospitalization" is a structured program of active psychiatric treatment provided in a hospital outpatient setting or by a community mental health center, that is more intense than the care received in your doctor's or therapist's office and is an alternative to inpatient hospitalization. | $20 copay for each Medicare-covered visit |
| **Physician/Practitioner services, including doctor's office visits**<br><br>Covered services include:<br>• Medically-necessary medical care or surgery services furnished in a physician's office, certified ambulatory surgical center, hospital outpatient department, walk-in clinic, (non-urgent) or any other location<br>• Consultation, diagnosis, and treatment by a specialist<br>• Basic hearing and balance exams performed by your PCP or specialist, if your doctor orders it to see if you need medical treatment<br>• Telehealth services including consultation, diagnosis, and treatment by a physician or practitioner for patients in certain rural areas or other locations approved by Medicare.<br>• Second opinion by another network provider prior to surgery<br>• Non-routine dental care (covered services are limited to surgery of the jaw or related structures, setting fractures of the jaw or facial bones, extraction of teeth to prepare the jaw for radiation treatments of neoplastic cancer disease, or services that would be covered when provided by a physician) | Your cost share is based on:<br>• the tests/services/supplies you receive<br>• the provider of the tests/services/supplies<br>• the setting where the tests/services/supplies are performed.<br><br>$20 copay for each primary care doctor visit for Medicare-covered benefits<br><br>$20 copay for each specialist visit for Medicare-covered benefits<br><br>$20 copay for each Medicare-covered dental service |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      24

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| **Podiatry services**<br><br>Medicare covered services include:<br>• Diagnosis and the medical or surgical treatment of injuries and diseases of the feet (such as hammer toe or heel spurs).<br>• Routine foot care for members with certain medical conditions affecting the lower limbs | $20 copay for each Medicare-covered visit |
|  **Prostate cancer screening exams**<br><br>For men age 50 and older, covered services include the following - once every 12 months:<br><br>• Digital rectal exam<br>• Prostate Specific Antigen (PSA) test | There is no coinsurance, copayment, or deductible for an annual PSA test. |
| **Prosthetic devices and related supplies***<br><br>Devices (other than dental) that replace all or part of a body part or function. These include, but are not limited to: colostomy bags and supplies directly related to colostomy care, pacemakers, braces, prosthetic shoes, artificial limbs, and breast prostheses (including a surgical brassiere after a mastectomy). Includes certain supplies related to prosthetic devices, and repair and/or replacement of prosthetic devices. Also includes some coverage following cataract removal or cataract surgery – see "Vision Care" later in this section for more detail.<br><br>* Prior authorization rules apply for in-network services and will be performed by your Aetna network provider. Aetna recommends pre-authorization of the service when provided by an out-of-network provider. | $0 for each Medicare-covered item |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)      25**

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| **Pulmonary rehabilitation services**<br><br>Comprehensive programs of pulmonary rehabilitation are covered for members who have moderate to very severe chronic obstructive pulmonary disease (COPD) and a referral for pulmonary rehabilitation from the doctor treating the chronic respiratory disease. | $20 copay for each Medicare-covered pulmonary rehabilitation visit |
| **Screening and counseling to reduce alcohol misuse**<br><br>We cover one alcohol misuse screening for adults with Medicare (including pregnant women) who misuse alcohol, but aren't alcohol dependent.<br><br>If you screen positive for alcohol misuse, you can get up to 4 brief face-to-face counseling sessions per year (if you're competent and alert during counseling) provided by a qualified primary care doctor or practitioner in a primary care setting. | There is no coinsurance, copayment, or deductible for the Medicare-covered screening and counseling to reduce alcohol misuse preventive benefit. |
| **Screening for sexually transmitted infections (STIs) and counseling to prevent STIs**<br><br>We cover sexually transmitted infection (STI) screenings for chlamydia, gonorrhea, syphilis, and Hepatitis B. These screenings are covered for pregnant women and for certain people who are at increased risk for an STI when the tests are ordered by a primary care provider. We cover these tests once every 12 months or at certain times during pregnancy.<br><br>We also cover up to two individual 20 to 30 minute, face-to-face high-intensity behavioral counseling sessions each year for sexually active adults at increased risk for STIs. We will only cover these counseling sessions as a preventive service if they are provided by a primary care provider and take place in a primary care setting, such as a doctor's office. | There is no coinsurance, copayment, or deductible for the Medicare-covered screening for STIs and counseling to prevent STIs preventive benefit. |

**Aetna Medicare**<sup>SM</sup> **Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      26

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| **Services to treat kidney disease and conditions\*** Covered services include: <br>• Kidney disease education services to teach kidney care and help members make informed decisions about their care. For members with stage IV chronic kidney disease when referred by their doctor, we cover up to six sessions of kidney disease education services per lifetime. <br>• Outpatient dialysis treatments (including dialysis treatments when temporarily out of the service area, as explained in Chapter 3 of the *Evidence of Coverage*) <br>• Inpatient dialysis treatments (if you are admitted as an inpatient to a hospital for special care) <br>• Self-dialysis training (includes training for you and anyone helping you with your home dialysis treatments) <br>• Home dialysis equipment and supplies <br>• Certain home support services (such as, when necessary, visits by trained dialysis workers to check on your home dialysis, to help in emergencies, and check your dialysis equipment and water supply) <br><br>Certain drugs for dialysis are covered under your Medicare Part B drug benefit. For information about coverage for Part B Drugs, please go to the section below, "Medicare Part B prescription drugs." <br><br> \* Prior authorization rules apply for in-network services and will be performed by your Aetna network provider. Aetna recommends pre-authorization of the service when provided by an out-of-network provider. | $20 copay for kidney disease education services received from your PCP <br><br>$20 copay for kidney disease education services received from other providers <br><br>$20 copay for in- and out-of area outpatient dialysis <br><br>Inpatient dialysis – refer to inpatient hospital care at the beginning of this benefits chart <br><br>$0 copay for home dialysis equipment and supplies <br><br>$0 copay for Medicare-covered home support services |
| **Skilled nursing facility (SNF) care\*** (For a definition of "skilled nursing facility care," see the final chapter ("Definitions of important words") of the *Evidence of Coverage*. Skilled nursing facilities are sometimes called "SNFs.") | $0 per day 1 - 20 days <br><br>$50 per day 21 - 100 days <br><br>A benefit period begins the |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      27

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| 100 days covered for each benefit period. Covered services include but are not limited to:<br>• Semiprivate room (or a private room if medically necessary)<br>• Meals, including special diets<br>• Skilled nursing services<br>• Physical therapy, occupational therapy, and speech therapy<br>• Drugs administered to you as part of your plan of care (This includes substances that are naturally present in the body, such as blood clotting factors.)<br>• Blood - including storage and administration. Coverage of whole blood and packed red cells begins only with the fourth pint of blood that you need - you must either pay the costs for the first 3 pints of blood you get in a calendar year or have the blood donated by you or someone else, unless your plan offers enhanced blood coverage as an additional benefit. All other components of blood are covered beginning with the first pint used.<br>• Medical and surgical supplies ordinarily provided by SNFs<br>• Laboratory tests ordinarily provided by SNFs<br>• X-rays and other radiology services ordinarily provided by SNFs<br>• Use of appliances such as wheelchairs ordinarily provided by SNFs<br>• Physician/Practitioner services | day you go into a hospital or skilled nursing facility. The benefit period ends when you haven't received any inpatient hospital care (or skilled care in a SNF) for 60 days in a row including your day of discharge. If you go into a hospital or a skilled nursing facility after one benefit period has ended, a new benefit period begins. There is no limit to the number of benefit periods. |
| Generally, you will get your SNF care from network facilities. However, under certain conditions listed below, you may be able to pay in-network cost sharing for a facility that isn't a network provider, if the facility accepts our plan's amounts for payment.<br>• A nursing home or continuing care retirement community where you were living right before you went to the hospital (as long as it provides skilled nursing facility care).<br>• A SNF where your spouse is living at the time you leave the hospital. | |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**     28

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
| * Prior authorization rules apply for in-network services and will be performed by your Aetna network provider. Aetna recommends pre-authorization of the service when provided by an out-of-network provider. | |
| 🍎 **Smoking and tobacco use cessation (counseling to stop smoking or tobacco use)** <br><br> <u>If you use tobacco, but do not have signs or symptoms of tobacco-related disease</u>: We cover two counseling quit attempts within a 12-month period as a preventive service with no cost to you. Each counseling attempt includes up to four face-to-face visits. <br><br> <u>If you use tobacco and have been diagnosed with a tobacco-related disease or are taking medicine that may be affected by tobacco</u>: We cover cessation counseling services. We cover two counseling quit attempts within a 12-month period. Each counseling attempt includes up to four face-to-face visits. | There is no coinsurance, copayment, or deductible for the Medicare-covered smoking and tobacco use cessation preventive benefits. |
| **Urgently needed care** <br> Urgently needed care is care provided to treat a non-emergency, unforeseen medical illness, injury, or condition that requires immediate medical care. Urgently needed care may be furnished by in-network providers or by out-of-network providers when network providers are temporarily unavailable or inaccessible. <br><br> Coverage is available worldwide. | $20 copay for each Medicare-covered urgently needed care visit <br><br> Deductible does not apply to urgently needed care services, but any out-of-pocket cost-sharing for this benefit is credited toward the plan deductible value (if applicable) listed on page 1. |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      29

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
|  **Vision care**<br>Medicare-covered services include:<br>• Outpatient physician services for the diagnosis and treatment of diseases and injuries of the eye, including treatment for age-related macular degeneration. Original Medicare doesn't cover routine eye exams (eye refractions) for eyeglasses/contacts.<br>• For people who are at high risk of glaucoma, such as people with a family history of glaucoma, people with diabetes, and African-Americans who are age 50 and older: glaucoma screening once every 12 months.<br>• One pair of eyeglasses or contact lenses after each cataract surgery that includes insertion of an intraocular lens. (If you have two separate cataract operations, you cannot reserve the benefit after the first surgery and purchase two eyeglasses after the second surgery.) Corrective lenses/frames (and replacements) needed after a cataract removal without a lens implant. (Coverage is at the Medicare Allowable rate. Contact your eye professional for assistance.)<br>• Our plan covers one routine eye exam every 12 months. | $20 copay for exams to diagnose and treat diseases and conditions of the eye<br><br>$0 copay for one glaucoma screening every 12 months<br><br>$0 copay for one pair of eyeglasses or contact lenses after each cataract surgery<br><br><br><br>$0 copay for one routine eye exam every 12 months |

**Aetna Medicare℠ Plan (PPO)**
**2015 Medical Benefits Chart (Schedule of Copayments/Coinsurance)**      30

| Services that are covered for you | What you must pay (after deductible, if applicable) when you get these services |
|---|---|
|  **"Welcome to Medicare" Preventive Visit**<br><br>The plan covers the one-time "Welcome to Medicare" preventive visit. The visit includes a review of your health, as well as education and counseling about the preventive services you need (including certain screenings and shots), and referrals for other care if needed.<br><br>**Important**: We cover the "Welcome to Medicare" preventive visit only within the first 12 months you have Medicare Part B. When you make your appointment, let your doctor's office know you would like to schedule your "Welcome to Medicare" preventive visit. | There is no coinsurance, copayment, or deductible for the "Welcome to Medicare" preventive visit |

*Note: See Chapter 4, Section 2.1 of the *Evidence of Coverage* for information on prior authorization rules.

**AETNA LIFE INSURANCE COMPANY**

**2015 AETNA MEDICARE<sup>sm</sup> (PPO) PLAN
GROUP LIMITED IMMUNIZATION DRUG RIDER**

Effective Date: :  **January 1, 2015**

Your Medicare Health Benefits to which this rider is attached does not include coverage for certain immunizations.  Your former employer/union/trust has added coverage for these limited immunizations as set forth below.  These limited immunizations are referred to in this rider as "Non-Medicare Benefits".  The Aetna Medicare (PPO) plan agrees to offer these Non-Medicare Benefits subject to the following provisions:

In addition to the Medicare benefits set forth in your Aetna Medicare (PPO) Plan to which this rider is attached, the following Non-Medicare Benefits are covered under the coverage offered by your former employer/union/trust under this rider:

| **Immunizations**<br><br>Covered Non-Medicare Benefits: | **What you must pay**<br>when you get these services |
|---|---|
| • Shingles vaccine (Zostavax®) | $0 copay for the vaccine |

Exclusions:

In addition to the Exclusions and Limitations set forth in your Medicare health benefits to which this rider is attached, coverage is not provided for the following charges:

- Medically necessary Tetanus or TDAP immunization is otherwise covered under Medicare Part B.

**All** provisions of the Evidence of Coverage, apply to these Non-Medicare Benefits except the following:
(1)     Chapter 7, Section .4;
(2)     Chapter 7, Section 6;
(3)     Chapter 7, Section 7; and
(4)     Chapter 7, Section 8.