# EXHIBIT C
# Part 1

**The Rawlings Company LLC**
Subrogation Division

Post Office Box 2000
LaGrange, Kentucky 40031-2000

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 587-1279

September 22, 2015

Ms. Leslie Spagnoli
BIG Y FOODS INC
PO BOX 7840
SPRINGFIELD, MA 01102

Re:  Our Client:        Aetna
     Member/Patient:    NELLINA GUERRERA/NELLINA GUERRERA
     Date of Loss:      2/20/2015
     Our Reference No.: 68528002
     Your Number:       GC0352015046048

**NOTICE OF MEDICARE ADVANTAGE POLICY SUBROGATION CLAIM
UNDER 42 C.F.R. § 422.108(f), 42 U.S.C. § 1395w-22(a)(4) and 42 U.S.C. § 1395mm(e)(4).**

Dear Ms. Spagnoli:

   According to our investigation, NELLINA GUERRERA has received benefits under a Medicare Advantage ("MA") policy issued by our client, Aetna in relation to the incident that occurred on 2/20/2015. Pursuant to federal law, the health plan's recovery rights are equal to those of the federal government under Medicare. See 42 C.F.R. § 422.108(f) ("The Medicare Advantage organization will exercise the same rights to recover...that the Secretary exercises under the [Medicare Secondary Payor ("MSP")] regulations..."). Aetna engaged The Rawlings Company, LLC ("TRC") to pursue its subrogation claim.

   Aetna has a right of recovery from all sources providing compensation for those injuries. State laws that might otherwise limit our client's right of recovery are preempted. 42 U.S.C. § 1395w-22(a)(4) and 42 U.S.C. § 1395mm(e)(4) and 42 C.F.R. 422.108(f) ("A State cannot take away an MA organization's right under Federal law and the MSP regulations...").

   Aetna's claim is enforceable against any party in possession of funds, including, but not limited to, liability insurance carriers and attorneys. The health plan's subrogation claim cannot be negotiated, settled, resolved, or compromised in any way by the patient or the patient's representative. Before the patient's claim for damages is resolved, BIG Y FOODS INC must contact TRC in order to settle the health plan's direct subrogation claim for medical benefits.

   To satisfy the health plan's subrogation claim, issue a separate check payable to TRC. If BIG Y FOODS INC fails to settle the subrogation claim directly with TRC, then BIG Y FOODS INC will potentially expose your insured to additional liability and a possible excess judgment. Moreover, this failure could result in additional claims against BIG Y FOODS INC. Specifically, failure to satisfy the MA plan's claim could result in double damages. 42 C.F.R. 411.24(c)(2). Securing a release and/or an indemnification agreement from the patient or their representative will not absolve BIG Y FOODS INC's obligation to satisfy the subrogation claim.

The health plan's subrogation claim applies to any amount now due or that may become payable because of payment of medical benefits on patient's behalf. You may only verify the exact amount of the health plan's subrogation claim by contacting me directly. Please acknowledge receipt of this notice by completing the attached form and returning it to me. Please contact me if you have any questions.

Sincerely,

*/s/ K.E.J./*

Kevin E. James J.D.
Subrogation Analyst
(502) 587-9131
FAX: (502) 565-1586
kej1@rawlingscompany.com

## PLEASE COMPLETE THE FOLLOWING REQUEST FOR INFORMATION

Member/Patient:     NELLINA GUERRERA/NELLINA GUERRERA
Our Reference No.:  68528002
**Please return or fax form to:** Kevin E. James J.D.     FAX: (502) 565-1586

Date of Loss: ____/____/____     State of Loss: _____

Type of Loss/Accident Details/Injuries:
_____
_____

1. **Med Pay/PIP/No-Fault/UM/UIM** - Company/Claim Number: _____

| Med Pay/PIP/No-Fault Adjuster Name | Phone/Fax | Coverage Amount |

| UM/UIM Adjuster Name | Phone/Fax | Coverage Amount |

➢ If payments have already been issued by your office, please provide a copy of your payment ledger. This will allow us to verify that no payments made by your office have been duplicated by the medical payments already made by our client

2. **Plaintiff Attorney/At-Fault Carrier(s)/Defense Counsel**

| Plaintiff Attorney | Address | Phone/Fax |

| At-Fault Carrier | Claim Number/Adjuster Name | Phone/Fax |

| Defense Attorney | Address | Phone/Fax |

### Check all that apply

| | |
|---|---|
| ☐ Settled/Settling | Comments: |
| ☐ Denied/Not Denied/Dropped/Lost Case/Appealing | Comments: |
| ☐ Pending/Other | Comments: |

Name (printed)                              Signature and Date:

Phone Number                                Fax Number



**The Rawlings Company LLC**
Subrogation Division

Post Office Box 2000
LaGrange, Kentucky 40031-2000

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 587-1279

September 22, 2015

Ms. Leslie Spagnoli
BIG Y FOODS INC
PO BOX 7840
SPRINGFIELD, MA 01102

Re:  Our Client:            Aetna
     Member/Patient:        NELLINA GUERRERA/NELLINA GUERRERA
     Date of Loss:          2/20/2015
     Our Reference No.:     68528002
     Your Number:           GC0352015046048

Dear Ms. Spagnoli:

The Rawlings Company, LLC ("TRC") previously notified you that Aetna is asserting a subrogation claim on behalf of NELLINA GUERRERA's health plan.

Enclosed is a summary of the medical expenses paid by our client on behalf of NELLINA GUERRERA in connection with the injuries sustained on 2/20/2015. If you believe any of the charges are unrelated to the accident, please notify me. The claim itemization should not be used for settlement purposes. Prior to settling, please contact me to verify the amount paid by the health plan.

As a reminder, the health plan's subrogation claim cannot be negotiated, settled, resolved, or compromised in any way by the patient or patient's representative. The patient's claim should not be settled without notifying TRC of the potential settlement and obtaining consent from TRC to the resolution of the health plan's subrogation claim. To satisfy the subrogation claim, please issue a separate check payable to TRC when settlement funds are disbursed.

I look forward to working with you in regard to resolving our client's subrogation interest.

Sincerely,

*[signature]*

Kevin E. James J.D.
Subrogation Analyst
(502) 587-9131
FAX: (502) 565-1586
kej1@rawlingscompany.com

Healthcare information is personal and sensitive information, and you, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Disclosure of this information without additional patient consent or as permitted by law

BENEFITS PROVIDED BY A MEDICARE REPLACEMENT POLICY UNDER 42 C.F.R. § 422.108(f), 42 U.S.C. § 1395w-22(a)(4) and 42 U.S.C. § 1395mm(e)(4).

is prohibited.