# EXHIBIT C
# Part 2



**The Rawlings Company LLC**
Subrogation Division

Post Office Box 2000
LaGrange, Kentucky 40031-2000

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 587-1279

September 22, 2015

Ms. Leslie Spagnoli
BIG Y FOODS INC
PO BOX 7840
SPRINGFIELD, MA  01102

Re:   Our Client:            Aetna
      Member/Patient:        NELLINA GUERRERA/NELLINA GUERRERA
      Date of Loss:          2/20/2015
      Our Reference No.:     68528002
      Your Number:           GC0352015046048

Dear Ms. Spagnoli:

   Please accept this letter as a follow-up to our phone conversation of **9/22/2015** during which we discussed the health plan's right of subrogation. Subrogation in the context of this health plan's lien is the substitution of the health plan in the place of the injured party in regards to his/her tort claim to recover medical expenses incurred. By paying the medical claims of the injured party, the health plan steps into the shoes of the claimant and may take legal action against the tortfeasor to recover the medical expenses caused by the tortious act.

   We also discussed that the health plan's subrogation claim cannot be settled by the injured party or his/her attorney. Do not settle with the injured party or his/her attorney without our involvement in the negotiations and approval of the settlement. If you do settle without us, the health plan could still pursue its subrogation claim directly against the tortfeasor for recovery of the medical expenses paid.

   Please be advised that our client's lien for treatment arising out of the above-referenced loss currently totals **$8,570.45**. This claim itemization should not be used for settlement purposes. Prior to settling, please contact me to verify the final amount paid by the health plan.

   Thank you in advance for your cooperation in this matter. Please do not hesitate to contact me if you have any questions.

Sincerely,

*KE. [signature]*

Kevin E. James J.D.
Subrogation Analyst
(502) 587-9131
FAX:  (502) 565-1586
kej1@rawlingscompany.com

| | |
|---|---|
| The<br>**Rawlings Company** LLC<br>Subrogation Division | Post Office Box 2000<br>LaGrange, Kentucky 40031-2000<br><br>One Eden Parkway<br>LaGrange, Kentucky 40031-8100<br><br>Telephone (502) 587-1279 |

September 22, 2015

Mr. Sean Hammil
Carter Mario
3543 Main Street
Bridgeport, CT 06606

Re:   Our Client:           Aetna
      Member/Patient:       NELLINA GUERRERA/NELLINA GUERRERA
      Our Reference No.:    68528002
      Date of Loss:         2/20/2015

**NOTICE OF MEDICARE ADVANTAGE POLICY LIEN
UNDER 42 C.F.R. § 422.108(f), 42 U.S.C. § 1395w-22(a)(4) and 42 U.S.C. § 1395mm(e)(4).**

Dear Mr. Hammil:

NELLINA GUERRERA has received benefits under a Medicare Advantage ("MA") policy issued by our client, Aetna. Pursuant to federal law, the health plan's recovery rights are equal to those of the federal government under Medicare. See 42 C.F.R. § 422.108(f)("The Medicare Advantage organization will exercise the same rights to recover…that the Secretary exercises under the [Medicare Secondary Payor ("MSP")] regulations…").

Aetna has a right of recovery from all sources providing compensation for those injuries. State laws that might otherwise limit our client's right of recovery are preempted. 42 U.S.C. § 1395w-22(a)(4) and 42 U.S.C. § 1395mm(e)(4) and 42 C.F.R. 422.108(f) ("A State cannot take away an MA organization's right under Federal law and the MSP regulations…").

This lien is enforceable against any party in possession of funds, including, but not limited to, liability insurance carriers and attorneys. No settlement should be made without notifying our office of the potential settlement and satisfying our client's interest. This lien may apply to any recovery from any party, whether by judgment, settlement, or payment. **Failure to satisfy the MA plan's claim could result in double damages**. 42 C.F.R. 411.24(c)(2).

As the patient's representative, you are bound by your client's obligation to cooperate with the health plan's efforts to recover the full amount of the expenses allowable under law that was paid by the health plan in connection with the incident. At the time of settlement, we anticipate reaching an agreement in satisfaction of Aetna's interest. Please acknowledge this notice by completing the enclosed information form and return it to The Rawlings Company. Thank you.

Sincerely,

*K E. Ja——*

_____
Kevin E. James J.D.
Subrogation Analyst
(502) 587-9131  FAX: (502) 565-1586

kej1@rawlingscompany.com

## REQUEST FOR CLAIM INFORMATION

Insured: NELLINA GUERRERA
Member/Patient: NELLINA GUERRERA
Our Reference No.: 68528002

**Please Return Form to: Kevin E. James J.D.  Fax (502) 565-1586**

Date of Loss: ____/____/____         State of Loss: _____

Type of Loss/Accident Details:

_____

_____

1. **Med Pay/PIP/No-Fault/UM/UIM** - Company/Claim Number: _____

_____
Med Pay/PIP/No-Fault Adjuster Name      Phone/Fax           Coverage Amount

_____
UM/UIM Adjuster Name              Phone/Fax           Coverage Amount

➤ **If payments have already been issued by your office, please provide a copy of your payment ledger. This will allow us to verify that no payments made by your office have been duplicated by the medical payments already made by our client**

2. **Plaintiff Attorney/At-Fault Carrier(s)/Defense Counsel**

_____
Plaintiff Attorney         Address                  Phone/Fax

_____
At-Fault Carrier       Claim Number/Adjuster Name       Phone/Fax

_____
Defense Attorney         Address                  Phone/Fax

### Check all that apply

| | |
|---|---|
| ☐ Settled/Settling | Comments: |
| ☐ Denied/Not Denied/Dropped/Lost Case/Appealing | Comments: |
| ☐ Pending/Other | Comments: |

I hereby represent that I am the attorney for NELLINA GUERRERA.

_____    _____
Attorney: Sean Hammil              Signature and Date:

_____    _____
Phone Number                       Fax Number

**The Rawlings Company LLC**
Subrogation Division

Post Office Box 2000
LaGrange, Kentucky 40031-2000

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 587-1279

September 22, 2015

Mr. Sean Hammil
Carter Mario
3543 Main Street
Bridgeport, CT 06606

Re:  Our Client:           Aetna
     Member/Patient:        NELLINA GUERRERA/NELLINA GUERRERA
     Date of Loss:          2/20/2015
     Our Reference No.:     68528002

Dear Mr. Hammil:

Enclosed, please find a summary of the medical expenses paid by our client on behalf of NELLINA GUERRERA. Please notify me if any of the charges are unrelated to the accident.

If you have information that indicates our client has paid claims that are not listed on the attached summary, please advise so we may investigate. As you are aware, the amount of the claim **may increase** if additional health benefits are paid. Therefore, please contact me prior to settlement to obtain the final amount.

We are also requesting an update on this claim. Please provide the current status. You may fax your response to the number listed below.

Sincerely,

Kevin E. James J.D.
Subrogation Analyst
(502) 587-9131
FAX: (502) 565-1586
kej1@rawlingscompany.com

Comments:

Healthcare information is personal and sensitive information, and you, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Disclosure of this information without additional patient consent or as permitted by law is prohibited.