# EXHIBIT D
# Part 1

The
**Rawlings Company** LLC
Subrogation Division

Post Office Box 2000
LaGrange, Kentucky 40031-2000

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 587-1279

December 04, 2015

Mr. Sean Hammil
Carter Mario
3543 Main Street
Bridgeport, CT  06606

Re:   Our Client:            Aetna
      Member/Patient:        NELLINA GUERRERA/NELLINA GUERRERA
      Date of Loss:          2/20/2015
      Our Reference No.:     68528002

Dear Mr. Hammil:

It is my understanding that you are disputing our client's recovery rights in this matter. As you know, your client's health claims were paid by a Medicare Advantage (MA) Plan. It is our position that the MA plan is entitled to recover in this matter. Attached is The Rawlings Company's position regarding recovery rights of MA Plans.

Please contact me to resolve this lien.

Sincerely,

*[signature]*

Kevin E. James J.D.
Subrogation Analyst
(502) 716-6980
FAX: (502) 565-1586
kej1@rawlingscompany.com