

December 28, 2016

(CMIL377821)
Harris Beach, LLC
100 Wall Street
New York, NY 10005

Re:   Our Client: Nellina Guerrera
      File: 287190
      Group: Aetna
      Loss Date: 2/20/015

Dear Attorney Connors:

I am in receipt of your letter dated December 19, 2016 wherein you repeat your claim to my office that your client, Aetna, has a right of recovery for payments made on behalf of my client to various healthcare providers pursuant to a Medicare Advantage policy.

**Please be advised that there is no law supporting your position applicable in our state**. Based on the United State District Court for the District of Connecticut's decision in Primax Recoveries Inc. v. Yarmosh, No.3:03cv01931 (D.Conn. September 7, 2006), **Medicare supplement or replacement policies have no right of action to assert for reimbursement. Accordingly, we do not recognize or acknowledge the validity of your "lien" at this time.**

Very Truly Yours,

*Danielle W.*

Danielle Wisniowski, Attorney
860-223-2100
Fax:860-223-2111
dwisniowski@cartermario.com

158 Cherry Street | 532 Wolcott Street | 370 West Main Street | 176 Wethersfield Ave | 3543 Main Street | 12 Montowese Ave
Milford, CT 06460 | Waterbury, CT 06705 | New Britain, CT 06052 | Hartford, CT 06114 | Bridgeport, CT 06606 | North Haven, CT 06473
Tel: 203.876.2711 | Tel: 203.574.5338 | Tel: 860.223.2100 | Tel: 860.525.2222 | Tel: 203.372.3456 | Tel: 203.281.0202
Fax: 203.877.9509 | Fax: 203.757.6673 | Fax: 860.223.2111 | Fax: 860.525.2202 | Fax: 203.372.4321 | Fax: 203.281.5353

800.900.6700    www.GetCarter.com