## David J. Dino

| | |
|---|---|
| **From:** | Danielle Wisniowski <dwisniowski@cartermario.com> |
| **Sent:** | Friday, February 24, 2017 2:19 PM |
| **To:** | David J. Dino |
| **Subject:** | RE: Nellina Guerrera matter - Aetna MAO Lien |

Because I don't recognize the validity of your proposed "lien", I do not have to provide you with any further information.

Thank you,



**From:** David J. Dino [mailto:DDino@HarrisBeach.com]
**Sent:** Friday, February 24, 2017 2:08 PM
**To:** Danielle Wisniowski <dwisniowski@cartermario.com>
**Cc:** Brian A. Bender <Bbender@HarrisBeach.com>
**Subject:** RE: Nellina Guerrera matter - Aetna MAO Lien

Have you already disbursed the settlement funds to your client?

**David J. Dino**
**Associate**

## HARRIS BEACH PLLC

ATTORNEYS AT LAW
100 Wall Street
New York, NY 10005
212.313.5484   Direct
212.687.0659   Fax
212.687.0100   Main
**Website**   |   **Bio**   |   **Add to Contacts**

p r a c t i c e **G R E E N**
Save a tree. Read, don't print, emails.

**From:** Danielle Wisniowski [mailto:dwisniowski@cartermario.com]
**Sent:** Friday, February 24, 2017 2:05 PM
**To:** David J. Dino
**Subject:** RE: Nellina Guerrera matter - Aetna MAO Lien

Mr. Dino,

My position remains unchanged since my December 28, 2016 letter.

Sincerely,



**Danielle Wisniowski**
Attorney
Carter Mario Injury Lawyers
370 West Main Street
New Britain, CT 06052

(860) 223-2100 Work
(860) 223-2111 Fax
dwisniowski@cartermario.com
http://www.cartermario.com

---

**From:** David J. Dino [mailto:DDino@HarrisBeach.com]
**Sent:** Friday, February 24, 2017 12:46 PM
**To:** Danielle Wisniowski <dwisniowski@cartermario.com>
**Cc:** Brian A. Bender <Bbender@HarrisBeach.com>
**Subject:** Nellina Guerrera matter - Aetna MAO Lien

Ms. Wisniowski,

We have not received a response to the attached January 11 letter, or received any return call to the multiple messages I have left with your office the last few weeks.  Please provide a response to this letter and let us know if the settlement funds are being held in escrow or whether they have already been disbursed to your client.  We continue to reserve our right to seek reimbursement, including the potential for collection of double damages, against Ms. Guerrera, the Carter Mario firm, and Big Y Foods.

Regards,
DJ


**David J. Dino**
**Associate**


### HARRIS BEACH PLLC

**ATTORNEYS AT LAW**
100 Wall Street
New York, NY 10005
212.313.5484   Direct
212.687.0659   Fax
212.687.0100   Main

**Website**   |   **Bio**   |   **Add to Contacts**


**p r a c t i c e G R E E N**
Save a tree. Read, don't print, emails.

---

**Statement of Confidentiality**
This electronic message may contain privileged or confidential information. If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender.

---